## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No. 03-cr-00249-WYD-1**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. MICHAEL KEBLES,**

    **Defendants.**

_____

## PARTIES' FINAL JOINT STATUS REPORT
_____

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, after conferring with counsel for defendant Michael Kebles, hereby submits its status report in advance of the final pre-trial conference set in this matter for Thursday, December 22, 2005, at 1:00 p.m, showing unto the Court as follows:

1. On this date, counsel conferred regarding jury instructions, exhibits, and witnesses. The parties are reviewing the recently promulgated 10th Circuit Pattern Jury instruction and both parties may use these instructions.

2. A final plea offer has been transmitted to counsel for the defendant in this matter. Without involving the Court in the plea negotiations, the parties would note that the present and final plea offer expires if not accepted by Monday, December 19, 2005 at 5:00 p.m.

3. In light of the foregoing, counsel for the parties would respectfully request leave to file proposed jury instructions, witness and exhibit lists, not later

than Wednesday, December 21, 2005, in the event that no disposition is reached in this matter.  Should this case proceed to trial, the parties intend to continue to confer on jury instructions, witness and exhibit lists and it is anticipated that agreed instructions and the other referenced pleadings will be ready for filing with the Court by Wednesday, December 21, 2005.  Any disputed contested instructions will also be identified for resolution by the Court prior to or during the trial of this matter. Again, the undersigned conferred with counsel for Michael Kebles, Robert J. Corry, Jr, Esquire, and he has authorized the undersigned to convey this information to the Court.

Respectfully submitted this 15th day of December, 2005,

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY


By:  s/James R. Boma
      JAMES R. BOMA
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO  80202
      Telephone:  (303) 454-0100
      Fax:  (303) 454-0401
      E-mail:  james.boma@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this  15th  day of December, 2005, I electronically filed the foregoing **PARTIES' FINAL JOINT STATUS REPORT** using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Robert J. Corry, Jr., Esq.
    E-mail:  robert.corry@comcast.net
    (Counsel for Michael Kebles)

                      s/Maggie E. Grenvik
                      Maggie E. Grenvik
                      Legal Assistant for Assistant U.S. Attorney Jim Boma
                      U.S. Attorney's Office
                      1225 17th St., Suite 700
                      Denver, CO  80202
                      Telephone:  (303) 454-0100
                      Fax:  (303) 454-0401
                      E-mail:  maggie.grenvik@usdoj.gov