UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES, and

    Defendants.

## UNOPPOSED MOTION TO START THIRD DAY OF TRIAL LATE

    Defendant Michael Kebles, through undersigned counsel, respectfully moves that the third day of the jury trial in this case, January 11, 2006, start three hours late so that counsel can participate in an oral argument in a different case in front of the United States Court of Appeals for the Tenth Circuit on January 11, 2006 at 9:00 a.m., and as grounds therefore, states as follows:

    1.    The five-day trial in this matter is set to begin on January 9, 2006 and continue through January 13, 2006.

    2.    Counsel for Mr. Kebles is also counsel of record in <u>In re Special Grand Jury</u>, consolidated case numbers 04-1215 and 04-1193, a sealed case which is currently on appeal in the United States Court of Appeals for the Tenth Circuit.

    3.    The Tenth Circuit has set the case for oral argument on January 11, 2006 at 9:00 a.m., in Courtroom II.  There are five cases set for the 9:00 a.m.

docket that day.  Tenth Circuit oral arguments generally last approximately one half hour per case.  A sealed case such as this one may be taken up last on the Tenth Circuit's docket to allow other parties to clear the courtroom.

4.	It is expected that counsel will be finished with the oral argument by 12:00 noon on January 11, 2006, if not earlier.  If this motion is granted, it would make sense to convene the jury after lunch on that day.

5.	Counsel has checked with the Tenth Circuit clerk about rescheduling the oral argument, and has been informed that motions to continue oral arguments are strongly disfavored because the Tenth Circuit convenes so infrequently.  The clerk suggested that this motion be filed and ruled upon before seeking to continue the Tenth Circuit argument.

6.	Counsel has conferred with James R. Boma, attorney for the United States, who is not opposed to starting the third day of trial late.

Wherefore, for the above reasons and those that will be shown at a hearing, this Court should permit the third day of the jury trial in this case to begin after the lunch recess.

Date:  December 15, 2005			Respectfully Submitted,


					s/ Robert J. Corry, Jr.
					Robert J. Corry, Jr.
					600 Seventeenth Street
					Suite 2800 South Tower
					Denver, Colorado 80202
					303-634-2244
					Robert.Corry@comcast.net
					Attorney for Michael Kebles

2

3

## Certificate of Service

   I certify that on December 15, 2005, I served the above **UNOPPOSED MOTION TO START THIRD DAY OF TRIAL LATE** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

                s/ Robert J. Corry, Jr.