UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Start Third Day of Trial Late (# 197), filed December 15, 2005, is **GRANTED**. Accordingly, on Wednesday, January 11, 2006, the trial will commence at 1:30 p.m.

    Dated: December 16, 2005

                                          s/ M. Brooke McKinley
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge