UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Parties shall file proposed jury instructions, witness lists, and exhibit lists not later than **Wednesday, December 21, 2005**.

    Dated:  December 20, 2005

                                            s/ M. Brooke McKinley
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U. S. District Judge