# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case Numbers: 03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

**GOVERNMENT'S PROPOSED QUESTIONS FOR JUROR VOIR DIRE**

---

The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby files its proposed questions for juror voir dire in this case:

1. Have any of you or the members of your family ever been engaged in a lawsuit against the United States Government?

2. Do any of you have any physical limitations that might hamper your service as a juror, such as limited hearing or sight, or a back problem that makes it difficult to sit for an extended period?

3. Does any juror have any religious, moral or philosophical reservations about sitting as a juror in a criminal case? In other words, would personal religious or philosophical beliefs prevent you from passing judgment on the conduct of another person?

4. Do any of you have a personal belief that any of the existing drug laws are unfair, should not be enforced or should be repealed? What are your views on the Government's campaign against illegal drugs?

5. Have you, a close friend or family member ever been prosecuted in a local, state or federal court for any drug related offenses or for any felony offense?

6. Have any of you ever been the victim of or witness to a crime involving narcotics?

7. Are you, any close friend, or members of your immediate family addicted now or have they been addicted in the past to any controlled substance?

8. Have you or any member of your family ever had any experience with law enforcement officers or agents that would cause you to be prejudiced or biased against them in any way?

9. Would you tend to automatically believe or disbelieve a law enforcement officer or agent based solely upon his or her occupation?

10. Do you disagree with the law enforcement practice of using cooperating individuals or confidential informants who may be drug users or who may have criminal records in the investigation and prosecution of criminal conduct?

11. Would you tend to automatically disbelieve cooperating individuals or informants simply because he or she is an informant or an individual who is receiving payment or another benefit for his or her cooperation?

12. Do any of you have any personal experience or training in the field of chemistry? If so, where did you get that experience and what is the level of your experience in that field?

13. Have you ever served in the Armed Forces of the United States?  If so, in what branch of the service, and what types of duties did you perform?

14. Are you or any members of your immediate family presently employed by the United States Government?

15. Have you previously been called for jury service? Did you actually sit on a jury? Civil or criminal case? In what jurisdiction?  Did you reach a verdict?

16. Is there anything about your prior jury service that would cause you to be biased in any way in this case?

17. Do you watch police, lawyer, or court shows on television? Which ones and how often?

Respectfully submitted this 21st day of December, 2005,

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY


By: *s/ AUSA James R. Boma*
    JAMES R. BOMA
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO  80202
    Telephone:  (303) 454-0100
    Fax:  (303) 454-0401
    E-mail:  james.boma@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2005, I electronically filed the foregoing **GOVERNMENT'S PROPOSED QUESTIONS FOR JURY VOIR DIRE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert John Corry , Jr
robert.corry@comcast.net

Kenneth Frank Eichner
keneichner@gmail.com
Keichner@qwest.net

Walter L. Gerash
linda@waltergerash.com
wlg@waltergerash.com


 s/Diana L. Brown
DIANA L. BROWN
United States Attorney's Office
Legal Assistant to James R. Boma
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0358
Fax: 303-454-0401
diana.brown@usdoj.gov