IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL KEBLES,

      Defendant.

## PARTIES' PROPOSED FILING OF FINAL TRIAL WITNESS AND EXHIBIT LISTS

      The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, and counsel for the defendant, with the agreement of that counsel, hereby proposes the following regarding the filing of the parties' respective final trial witness and exhibit lists:

1.     Counsel conferred this date and each party is prepared to file potential trial exhibit and witness lists with the Court.  The Court also requires in its Hearing, Conference and Trial Procedures Order (Revised as of August 27, 2004) that these witnesses and exhibits be filed on the forms set forth therein.

2.     In the light of the recent brief continuance of this trial from January 9, 2006 to Wednesday, January 11, 2006, the Government and the defendant are in the process of contacting witnesses and determining the precise order in which such witnesses will be called to comply with the Court's referenced forms.  Also, with respect to exhibits, the parties are finalizing these exhibits. The parties would

respectfully request leave of the Court to file final trial witness and exhibit lists not later than Wednesday, January 4, 2006, a week prior to the trial commencement date of January 11, 2006.

Respectfully submitted this 21st day of December, 2005,

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY

By: *s/ AUSA James R. Boma*
    JAMES R. BOMA
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO  80202
    Telephone:  (303) 454-0100
    Fax:  (303) 454-0401
    E-mail:  james.boma@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2005, I electronically filed the foregoing **PARTIES' PROPOSED FILING OF FINAL TRIAL WITNESS AND EXHIBIT LISTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert John Corry , Jr
robert.corry@comcast.net

Kenneth Frank Eichner
keneichner@gmail.com
Keichner@qwest.net

Walter L. Gerash
linda@waltergerash.com
wlg@waltergerash.com


 s/Diana L. Brown
DIANA L. BROWN
United States Attorney's Office
Legal Assistant to James R. Boma
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0358
Fax: 303-454-0401
E-mail:  diana.brown@usdoj.gov