IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

ORDER GRANTING PARTIES PROPOSED FILING
OF FINAL TRIAL WITNESS AND EXHIBIT LISTS

Upon motion of the United States of America and for good cause shown, the Parties' Proposed Filing of Final Trial Witness and Exhibit Lists is hereby GRANTED.; the government has up to and through January 4, 2005 to file the final trial witness and exhibit lists in the above-referenced case**.**

**DONE AND ORDERED** this \_\_\_\_\_ day of December, 2005.

_____
WALKER D. MILLER, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO