IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

## GOVERNMENT'S PROPOSED EXHIBIT LIST

The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby files its Proposed Exhibit List as of December 21, 2005:

1. DEA Exhibit 6 (approximately 100 MDMA pills purchased on January 14, 2003);

2. DEA Exhibit 9 (approximately 300 MDMA pills purchased on February 11, 2003);

3. DEA Exhibit 13 (approximately 200 MDMA pills purchased on April 2, 2003);

4. DEA Exhibit 21 (approximately 70 MDMA pills seized on May 28, 2003);

5. DEA Exhibit 22 (Marijuana seized on May 28, 2003);

6. DEA Exhibit 23 (Codeine and other pills seized on May 28, 2003);

7. DEA Exhibit 24 (Marijuana seized on May 28, 2003);

8. Composite exhibit consisting of Colt Trooper Mark III .357 Magnum revolver pistol (Exhibit 7) and 7A (consisting of 6 rounds extracted from chamber and 11 additional rounds seized on May 28, 2003);

9. DEA Non-Drug (N) Exhibit 8: Recorded conversations on January 14, 2003 (Trial Exhibit One);

10. DEA N-9:  Recording from transaction on January 14, 2003 (Trial Exhibit One);

11. DEA N-10:  Recorded telephone call on January 23, 2003;

12. DEA N-12: Recorded telephone call on January 29, 2003;

13. DEA N-13: Recorded telephone call on January 30, 2003;

14. DEA N-16: Recording from transaction on February 11, 2003 (Trial Exhibit Two);

15. DEA N-22: Recorded telephone call on April 2, 2003;

16. DEA N-23: Recording from transaction on April 2, 2003 (Trial Exhibit 3); and

17. DEA N-51     (Excepts from DEA N-51 which consists of 17 compacts discs of pertinent recorded inmate conversations from May 29 - June 2, 2003, Clear Creek County Jail, Georgetown, Colorado. Transcripts from relevant calls were provided previously in discovery.).

Additionally, the Government would respectfully reserve the right to supplement its list of exhibits, if needed, based upon the testimony adduced during the trial of this matter.

Respectfully submitted this 21st day of December, 2005,

> WILLIAM J. LEONE
> UNITED STATES ATTORNEY
>
> By: *s/ AUSA James R. Boma*
> JAMES R. BOMA
> Assistant U.S. Attorney
> United States Attorney's Office
> 1225 17th St., Suite 700
> Denver, CO  80202
> Telephone:  (303) 454-0100
> Fax:  (303) 454-0401
> E-mail:  james.boma@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of December, 2005, I electronically filed the foregoing **GOVERNMENT'S PROPOSED EXHIBIT LIST**  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Robert John Corry , Jr
    robert.corry@comcast.net

    Kenneth Frank Eichner
    keneichner@gmail.com
    Keichner@qwest.net

    Walter L. Gerash
    linda@waltergerash.com
    wlg@waltergerash.com

    *s/Diana L. Brown*
    DIANA L. BROWN
    United States Attorney's Office
    Legal Assistant to James R. Boma
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: 303-454-0358
    Fax: 303-454-0401
    E-mail:  diana.brown@usdoj.gov