IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

## GOVERNMENT'S TRIAL WITNESS LIST

The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby submits its list of the following potential witnesses who may testify during the Government's case-in-chief:

1. Special Agent Carl Force, DEA

2. Special Agent Michael Marshall, DEA

3. Special Agent Mark Lee, DEA

4. Special Agent Jennifer Cotter, DEA

5. Special Agent Gary Owen, DEA

6. Special Agent R. James Scott, DEA

7. Special Agent Mark W. Kopper, DEA

8. Special Agent Brian Palmer, ICE

9. Special Agent Suzanne Halonen, DEA

10. Special Agent Suzanne Robert S. Martinez, DEA

11. Task Force Officer (TFO) Jerry Snow, DEA

12. Task Force Officer Timothy Creedon, DEA

13. Task Force Officer Mark Yacono, DEA

14. Task Force Officer Jerry Snow, DEA

15. Group Supervisor Robert Reid, DEA

16. Group Supervisor Jeffrey Boobar, DEA

17. Group Supervisor Michael J. Santavicca, DEA

18. Forensic Chemist Lionel Tucker, DEA (Retired)

19. Forensic Chemist Shana Irby, DEA

20. Mr. Robert Wilson

Respectfully submitted this 21st day of December, 2005,

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY


By: *s/ AUSA James R. Boma*
     JAMES R. BOMA
     Assistant United States Attorney
     United States Attorney's Office
     1225 17th St., Suite 700
     Denver, CO  80202
     Telephone:  (303) 454-0100
     Fax:  (303) 454-0401
     E-mail:  james.boma@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of December, 2005, I electronically filed the foregoing **GOVERNMENT'S TRIAL WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert John Corry , Jr
robert.corry@comcast.net

Kenneth Frank Eichner
keneichner@gmail.com
Keichner@qwest.net

Walter L. Gerash
linda@waltergerash.com
wlg@waltergerash.com

 s/Diana L. Brown
DIANA L. BROWN
United States Attorney's Office
Legal Assistant to James R. Boma
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0358
Fax: 303-454-0401
E-mail:  diana.brown@usdoj.gov