UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

## MICHAEL KEBLES' TRIAL WITNESS LIST

Defendant Michael Kebles, through undersigned counsel, respectfully submits his list of the following potential witnesses who may testify during the defense case:

1.    Co-Defendant Theresa Kebles, 720-364-6611, 915 West Phillips Drive, Littleton, CO 80128

2.    Dwayne Davis, 303 422-5192, 4535 Garland Street, Wheat Ridge, CO 80033

3.    Scott Anthony Raymond

4.    Julie Rutter (Sunset Grill owner), Cell 303 667-8387, HM 303 346-7920, WK 303 793-0445, 8039 South Kittredge Court, Englewood, CO 80112

5.    Cheri Rieg 720 404-1396 (acquaintance of informant) 4464 East Maplewood Way, Centennial, CO 80121

6. Corry Mulhaul (acquaintance of co-defendant) 720 341-9318

7. Priscilla (acquaintance of informant) 720 434-2720, 915 West Phillips Drive, Littleton, CO 80128

8. Sevcan Denezeri (Mother of Michael Kebles) 303 910-1122, 10051 Park Meadows Drive Apt#211, Lone Tree, CO 80124

9. Craig Jones (business associate of Michael Kebles), 303 931-5789, 2442 Bluff Street, Boulder, CO 80304

10. Jim Corry (business associate of Michael Kebles), Cell 972 922-8539, HM 972 576-0204, 1310 East Highland, Waxahachi, TX 75167

11. Dustin Slade (friend and client of Michael Kebles), 720 301-8696, 4495 Xavier Street, Denver, CO 80212

12. Jessie VanDerWal (friend of Michael Kebles), 303 870-6471, 8359 Flora St Unit A, Arvada, CO 80005

13. Chris Knack (business associate of Michael Kebles), HM 303 840-2584; Cell 720 837-4885, 40700 Madrid Dr., Elizabeth, Colorado 80107

14. Christy Brown (friend of Michael Kebles), South Logan Street #A, Denver, CO 80209

15. Mike and Steve (friends of Michael Kebles), 303 282-0155, 450 Clarkson Street, Denver, CO 80218

16. Louis Hogan (friend of Michael Kebles), TX 281 530-9564

17. Rick Brown (friend of Michael Kebles), CO Cell 303 503-1592 HM 303 904-0172

18. Nikki Braden (friend of Michael Kebles), 831 227-0320, 260 Kipling Ave., Ben Lomond, CA 95005

19. Barry Brian (friend of Michael Kebles), CO HM 719 528-1529 Cell 719 661-7217

20. Drea Hellm (friend of Michael Kebles), 720 436-2720, 3211 Zuni Suite #3, Denver, CO 80211

21. Tony DiVirgilio (private investigator), 303-534-1177

22. Lara Holly (friend of Michael Kebles), CO  720 436-1123

23. Teresa Benavente (friend of Michael Kebles), NJ 908 310-9923; 908 884-3467

24. Cray Palmer (friend of Michael Kebles), GA  678 795-1593

25. Hilda Shotwell (friend of Michael Kebles), CO 303 985-4415

26. Amy Dunn (friend of Michael Kebles), CO 303 941-7674

27. Laura Hemborg (friend of Michael Kebles), 303 726-2664, #130 South Ogden Street #205, Denver CO, 80209

28. Norm Cable (friend of Michael Kebles), Cell 720 219-7390, Office 720 842-0774, Market 303 840-8883, 525 RD 166, Parker, CO 80138

29. Pat Sweenie (friend of Michael Kebles), CO 303 674-5573

30. Daniel Berkowitz (friend of Michael Kebles), CO 303 358-3516

31.     Anita Wells (friend of Michael Kebles), CO 720 319-1413

32.     Van Warren (friend of Michael Kebles), CO 303 733-0490

33.     Jeanne Marie (friend of Michael Kebles), CO (303) 778-7261, work (303) 844-7878

34.     Chris Rule, real-estate (acquaintance of informant) 303 925-1171

35.     Christina AKA "Tini" (acquaintance of informant) 303 249-0498

36.     Michael Levine (Consultant and Investigator), NY PI License 11000084000, Post Office Box 533, Stone Ridge, New York 12484, 845-687-9642

37.     Michael Kebles, Defendant

Date:   December 21, 2005                Respectfully Submitted,


                                          s/ Robert J. Corry, Jr.
                                          Robert J. Corry, Jr.
                                          600 Seventeenth Street
                                          Suite 2800 South Tower
                                          Denver, Colorado 80202
                                          303-634-2244
                                          Robert.Corry@comcast.net
                                          Attorney for Michael Kebles

5

**Certificate of Service**

      I certify that on December 21, 2005, I served the above **MICHAEL KEBLES' TRIAL WITNESS LIST** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

                                                  s/ Robert J. Corry, Jr.