UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

---

## MICHAEL KEBLES' PROPOSED EXHIBIT LIST

---

Defendant Michael Kebles, through undersigned counsel, respectfully submits his Proposed Exhibit List:

1. Audiotaped telephone messages from informant Robert Wilson to Michael Kebles;

2. Memorandum dated 06/18/03 from Carl Force, Special Agent, U.S. Drug Enforcement Administration, to James R. Boma, Assistant U.S. Attorney, stating that the U.S. government paid the informant in this case, Robert Wilson, $12,839.00 for "services rendered and reimbursement of expenses." Bates Number 000379;

3. U.S. Drug Enforcement Administration Report of Investigation, by Special Agent Carl Force indicating Robert Wilson's cocaine use with co-defendant Teresa Kebles, his cocaine use with unspecified other defendants, Wilson's

outstanding arrest warrants out of Nevada, his jail sentences for same, his criminal record reflecting criminal charges for violent crimes, and the fact that the DEA agent did not discipline Wilson in any way following these revelations of Wilson's illegal activity; Bates Numbers 000452-000460;

4. June 19, 2003 letter from James R. Boma denying that informant Robert Wilson has an arrest for aggravated car theft;

5. U.S. Drug Enforcement Administration Report of Investigation, by Special Agent Carl Force indicating that DEA agents served as Robert Wilson's personal assistant in making numerous inquiries and phone calls in an effort to get Wilson a special preference in order to obtain a driver's license from the State of Nevada, despite the existence of a current arrest warrant for Wilson for violent crimes; Bates Numbers 000440-000441.

6. Vouchers for cash payments of various expenses of informant, including personal cell phone service, salary, and acquisition of drugs;

7. Confidential Source Agreement signed by Robert Wilson including his promise not to engage in any illegal activity;

8. Business materials, financial information, invoices, tax documents and forms, bank statements, and evidence of project completion from Michael Kebles' businesses, Choice Improvements and Yoga Edge;

9. U.S. Department of Justice receipt of September 1, 2004 indicating that the U.S. Government continues to pay informant Bob Wilson for his rent, security

deposit, car rental, and ATM fees, in exchange for his testimony in this case, Bates Number 000611;

10.   Authorizations for Use and Report of Use of Consensual Eavesdropping, with anticipated target listed a Scott Anthony Raymond, Report of Investigation with target as Scott Anthony Raymond, Bates Numbers 22, 52, 109, and 436;

11.   U.S. Drug Enforcement Administration Memorandum of 01/26/04 from Carl Force, Special Agent, to James R. Boma, Assistant U.S. Attorney, recommending Robert Wilson for "an award payment related to assets seized" in the Michael Kebles investigation, and Special Agent Force's opinion that Robert Wilson "has contributed considerably" to this case, "and as such have told the confidential source that I intend to suggest such compensation," but that "any such payment will be dependent upon the final disposition of the case." Bates Number 000465;

12.   *DEA Agents Manual*, excerpts related to Informant Handling, Informant Buys, Code of Conduct and other investigative and reporting procedures pertinent to this case.

13.   *FBI Manual of Investigative Operations & Guidelines*, excerpts related to Informant Handling and other investigative and reporting procedures pertinent to this case.

14.   *Attorney Generals Guidelines,* as pertains to "Informants."

15.   DEA 7a, report of Acquisition of Non-drug evidence acquisition, pertaining to Exhibit N-8, one 90-minute cassette tape alleged to be conversations between

informant and Teresa Kebles. Alleged to have been obtained by S/A Force from the informant at 4:30 P.M. *"on that same date."*

16. DEA 7a, report of Acquisition of Non-drug evidence acquisition, pertaining to Exhibit N-9, one 90-minute cassette tape alleged to be conversations between informant and Teresa Kebles.

17. DEA-6 [Report of Investigation] "Acquisition of Exhibit N-10, by S/A Carl Force, dated 1/24/03, alleged to contain a tape-recorded conversation between informant and Michael Kebles.

18. DEA-6 [Report of Investigation] "Acquisition of Exhibit N-12 and N-13, by S/A Carl Force, dated 2/1/03, alleged to contain 2 tape-recorded conversations between informant and Teresa Kebles recorded by the informant on 1/29 and 1/30/03.

19. DEA-7a, report of Acquisition of Non-drug evidence, dated 1/23/03 relating to exhibit N-22, Telephone call recording between CS and Michael Kebles.

20. DEA-6, 7/2/01, by S/A Force, "Outstanding Warrant for CS issued by Las Vegas Municipal court.

21. DEA-6, by S/A force dated 8/26/03 reporting the arrest of CS on 7/25/03, as well as S/A Force's intervention to aid the CS.

22. DEA-6 Informant debriefing report of CS on 8/25 and 26, 2003, during which time the discussion of whether or not the CS had "entrapped" Teresa Kebles was tabled.

23. PEPI Voucher for cash payment of $1600 furnished CS to purchase Exhibit 6; PEPI Voucher for cash payment to CS of $50 for "information services," on 1/29/03, listed as "reimbursement of expenses."; PEPI voucher dated 2/11/03 indicating that a $700 cash payment was made by S/A force to the CS for "Information services" related to Acquisition of Exhibit 9; PEPI voucher dated 2/11/03 indicating that $4500 cash was paid to CS for the purchase of Exhibit 9; PEPI voucher dated 4/1/03 indicating that $100 cash had been paid to the CS to reimburse his cellular telephone expense; PEPI voucher dated 4/2/03 indicating that $750 cash had been paid to the CS for his services as related in the DEA-6 reporting the Acquisition of Exhibits 13, N-22 and N-23 on April 2, 2003;PEPI voucher dated 4/2/03 indicating that $3,000 cash had been paid to the CS for the purchase of Exhibit 13, 200 tabs of Ecstasy.

24. DEA-6 by S/A Carl Force reporting the a "partially transcribed" surreptitiously recorded telephone conversation between Michael Kebles and Bobby Lnu, designated 4.2. by Clear Creek County Jail and N-51 by S/A Force. Also: a "partially transcribed" surreptitiously recorded telephone conversation between Michael Kebles and his mother designated 4.4 by the jail; also designated N-51 by S/A Force.

25. Transcript of telephone conversation, first of three, listed as Exhibit N-8 in DEA reporting; Transcript of telephone conversation, second of three, listed as Exhibit N-8 in DEA reporting; Transcript of telephone conversation, third of three, listed as Exhibit N-8 in DEA reporting; Transcript of telephone conversation,

listed as Exhibit N-10 in DEA reporting; Transcript of telephone conversation, listed as Exhibit N-23 in DEA reporting.

Mr. Kebles would respectfully reserve the right to supplement his list of exhibits, if needed, based upon the testimony adduced during the trial of this matter.

Date:   December 21, 2005                  Respectfully Submitted,


                                           s/ Robert J. Corry, Jr.
                                           Robert J. Corry, Jr.
                                           600 Seventeenth Street
                                           Suite 2800 South Tower
                                           Denver, Colorado 80202
                                           303-634-2244
                                           Robert.Corry@comcast.net
                                           Attorney for Michael Kebles

## Certificate of Service

       I certify that on December 21, 2005, I served the above **MICHAEL KEBLES' PROPOSED EXHIBIT LIST** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

                                            s/ Robert J. Corry, Jr.