UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

---

# MICHAEL KEBLES' PROPOSED QUESTIONS FOR JUROR VOIR DIRE

---

Defendant Michael Kebles, through undersigned counsel, hereby respectfully submits his proposed questions for juror voir dire:

1.    Are you, any of your family members, or close friends employed, or ever been formerly employed, by a law enforcement agency?

2.    Do you believe that a witness who is employed by the government or a law enforcement agency is entitled to more credibility in his or her testimony, or would you treat a law enforcement witness the same as any other witness?

3.    Do you believe it is possible for persons employed by law enforcement or by the government to provide false testimony in a court, or do you believe this is impossible?

4. Do you have any religious or moral beliefs for or against drugs or the drug war where such beliefs are so strong that they prevent you from being fair to Mr. Kebles in this case?

5. Do you understand that a person charged with a crime does not have to produce any evidence and that it is the prosecutor's job to produce the evidence to convince you that any person is guilty of the offense charged? How do you feel about that?

6. Do you understand the concept of proof beyond a reasonable doubt? What is your understanding of that?

7. This case involves MDMA, commonly known as "ecstasy." Is there anything about the publicity surrounding this drug, your background, attitudes, life experience, or bias, if any, concerning MDMA or "ecstasy" that would prevent you from being fair to Mr. Kebles in this case?

8. This case involves a firearm. Is there anything about guns and firearms in your background, attitudes, life experience, or bias, if any, concerning guns or firearms that would prevent you from being fair to Mr. Kebles in this case?

9. The Second Amendment to the U.S. Constitution provides that "the right of the people to keep and bear arms shall not be infringed." Do you agree with this?

10. Although this is a criminal case, there is no actual victim and no person was harmed in any way. Does this fact affect your ability to be fair to Mr. Kebles in this case?

11. If you were Mr. Kebles in this case, would you be satisfied with a person of your background, experience in life, and biases, if any, passing judgment on you?

12. If you were sitting in Mr. Kebles' place as the defendant in this case, is there anything else about you as a prospective juror not covered in the other questions, such as organizations to which you belong, particular life experiences, or anything else, that you would want to know if you were the defendant in this case? (If there is anything that you wish to discuss in private outside of open court, please do not hesitate to ask.)

Date: December 21, 2005    Respectfully Submitted,

s/ Robert J. Corry, Jr.
Robert J. Corry, Jr.
600 Seventeenth Street
Suite 2800 South Tower
Denver, Colorado 80202
303-634-2244
Robert.Corry@comcast.net
Attorney for Michael Kebles

## Certificate of Service

I certify that on December 21, 2005, I served the above **MICHAEL KEBLES' PROPOSED QUESTIONS FOR JUROR VOIR DIRE** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

s/ Robert J. Corry, Jr.