IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

# VERDICT FORM

## COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count One of the Superseding Indictment:

   \_\_\_\_\_  Not Guilty

   \_\_\_\_\_  Guilty

## COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count Two of the Superseding Indictment:

   \_\_\_\_\_  Not Guilty

   \_\_\_\_\_  Guilty

## **COUNT THREE**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count Three of the Superseding Indictment:

    _____ Non Guilty

    _____ Guilty

## **COUNT FOUR**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count Four of the Superseding Indictment:

    _____ Not Guilty

    _____ Guilty

## **COUNT FIVE**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count Five of the Superseding Indictment:

    _____ Not Guilty

    _____ Guilty

## **COUNT SIX**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count Six of the Superseding Indictment:

    _____ Not Guilty

    _____ Guilty

Dated this ___ day of January, 2006.

 

                                                        _____
                                                        FOREPERSON