UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Parties' Proposed Filing of Final Trial Witness and Exhibit Lists (# 201), filed December 21, 2005, seeking until Wednesday, January 4, 2006, to file final trial witness and exhibit lists is **GRANTED**.

    By **Wednesday, January 4, 2006**, Defendant shall file any objections to the Government's proposed instructions or, in the alternative, file any modified instructions based on the parties' agreement.

    The parties shall meet and confer, and by **Wednesday, January 4, 2006**, file a jury instruction, which recites the language contained in the Superseding Indictment.

    Parties shall file legal briefing regarding use of Defendant's exhibits related to the arrest of the Government's informant not later than **Wednesday, January 4, 2006**.

    Government's Motion to Seal (#91), filed February 5, 2004, is **DENIED AS MOOT**.

    Defendant's Motion to Seal (#92), filed February 5, 2004, is **DENIED AS MOOT**.

    Defendant's Motion for Extension of Time (#97), filed February 11, 2004, is **DENIED AS MOOT**.

    Defendant's Motion to Exclude (#110), filed March 22, 2004, is **DENIED AS MOOT**.

On the first day of trial, **Monday, January 9, 2006**, Counsel shall arrive at 8:30 a.m. to handle any preliminary matters.

Dated:  December 23, 2005

s/ M. Brooke McKinley
Law Clerk to
Wiley Y. Daniel
U. S. District Judge
