**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | December 22, 2005 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-CR-00249-WYD**        Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

  Plaintiff,

v.

**1. MICHAEL KEBLES**,                        Robert J. Corry, Jr.

  Defendants.

_____

**COURTROOM MINUTES**
_____

**FINAL TRIAL PREPARATION CONFERENCE**

**1:04 p.m.**   Court in Session - Defendant present (on-bond)

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

1:05 p.m.   Discussion regarding the late start of third day of trial.

1:09 p.m.   Discussion regarding witness lists, exhibit lists and jury instructions which have been filed by the parties.

**ORDERED:**   Parties shall file revised jury instructions not later than **Wednesday, January 4, 2006.**

1:12 p.m.   Further discussion regarding jury instructions and verdict form.

Judge Wiley Y. Daniel
03-CR-00249-WYD - Courtroom Minutes
Page 2

**ORDERED:** Counsel shall submit a jury instruction, which recites the language contained in the Superseding Indictment, not later than **Wednesday, January 4, 2006.**

1:21 p.m.   Court outlines procedures for jury selection, peremptory challenges, and challenges for cause.

**ORDERED:** There will be thirteen jurors selected to hear this case.

**ORDERED:** The juror in seat 7 will be the alternate juror.

**ORDERED:** Court will not allow supplemental voir dire by counsel, but counsel may approach the bench to request additional questions to be asked by the Court.

1:28 p.m.   Discussion regarding additional pending motions.

**ORDERED:** Government's Motion to Seal (#91 - 2/5/04) is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion to Seal (#92 - 2/5/04) is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion for Extension of Time to File (#97 - 2/11/04) is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion to Exclude (#110 - 3/22/04) is **DENIED AS MOOT.**

**ORDERED:** Government's Proposed Motion for Extension of Time to File Final Trial Witness and Exhibit Lists (#201 - 12/21/05) is **GRANTED.**

**ORDERED:** Witness and Exhibit Lists shall be filed not later than **Wednesday, January 4, 2006.**

Court's remarks regarding first day of trial on **Monday, January 9, 2006.**

**ORDERED:** Counsel shall arrive on **Monday, January 9, 2006, at 8:30 a.m.**

1:32 p.m.   Discussion regarding Government's objection to Defendant's use of exhibits which are related to arrest of Government's informant.

**ORDERED:** Counsel for Defendant may not mention this arrest of Government's informant in opening statement.

Judge Wiley Y. Daniel
03-CR-00249-WYD - Courtroom Minutes
Page 3

**ORDERED:** Government shall file any legal authority related to the objection to Defendant's exhibits related to the arrest of Government's informant not later **Wednesday, January 4, 2006.**

1:35 p.m.   Discussion regarding use of paper and electronic exhibits.

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**1:39 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :38**