IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

**GOVERNMENT'S MOTION *IN LIMINE* RE DEFENDANT'S
PROPOSED IMPROPER IMPEACHMENT OF GOVERNMENT WITNESS,
ROBERT WILSON, RELATING TO MISDEMEANOR OFFENSES
NOT RELATING TO DISHONESTY OR FALSE STATEMENTS**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its above-referenced Motion *in limine,* as directed by the Court at the final trial conference in this matter on Thursday, December 22, 2005, showing unto the Court as follows:

1. During a review of the defendant's proposed trial exhibits, the Government noted that numerous documents proposed as exhibits related to Government witness', Robert Wilson, prior criminal history relating to misdemeanor charges of domestic violence and resisting an officer in Las Vegas, Nevada.  Based upon the Government's research to date, it is believed that Mr. Wilson entered a guilty plea to the domestic violence charge in Las Vegas, and was sentenced to 25 days' jail time. To the Government's knowledge, he has no convictions for any felony nor

any convictions of lesser offenses involving dishonesty or false statements.

2. As the final trial conference on December 22, 2005, the Court directed that counsel for the defendant may not mention the arrest of the Government's informant in opening statement to the jury, and also directed that the Government file this motion not later than Wednesday, January 4, 2006.

**THE GOVERNMENT SUBMITS THAT THE ATTEMPTED IMPEACHMENT OF MR. WILSON FOR CONVICTIONS OF MISDEMEANOR OFFENSE(S) NOT RELATING TO DISHONESTY OR FALSE STATEMENTS IS NOT PROPER UNDER RULES 608 AND 609 OF THE FEDERAL RULES OF EVIDENCE.**

3. Regarding character evidence, Rule 607 of the Federal Rules of Evidence provides the "[t]he credibility of a witness may be attacked by any party, including the party calling him." Rule 608(a) of the Federal Rules of Evidence is the general provision governing opinion and reputation evidence of the character of a witness. It provides that the credibility of a witness may be attacked by reputation or opinion evidence as to the witness' character for truthfulness, provided that evidence of truthfulness, used to support the witness' credibility, is only admissible after his credibility has been attacked. *See United States v. Benedetto,* 571 F.2d 1246 1250 (2d Cir. 1978); *United States v. Petsas*, 592 F.2d 525,527-28 (9th Cir.), *cert. denied,* 442 U.S. 910 (1979).

4. However, with regard to reputation evidence, subjecting the witness' credibility to impeachment by opinion or reputation evidence about his

        truthfulness or untruthfulness is to be distinguished from character evidence under Rule 404(a) of the Federal Rules of Evidence which relates to the witness' reputation for integrity, peacefulness, and for being a law-abiding citizen. *United States v. Thomas,* 676 F.2d 531, 536 (11th Cir. 1982); *United States v. Walker,* 313 F.2d 236 (6th Cir.), *cert. denied,* 374 U.S. 807 (1963).  Reputation evidence requires a foundation that the witness is familiar with the person and his community to insure that his testimony reflects the community sentiment.  This foundation is not required for opinion testimony which is the witness' personal impression of the individuals' character for truthfulness. United States v. Watson, 669 F.2d 1374, 1382 (11th Cir. 1982).

5. With respect to impeachment through allegations of prior misconduct and other crimes, Rule 608(b) of the Federal Rules of Evidence prohibits the use of extrinsic evidence of misconduct, except for Rule 609 convictions, for the purpose of attacking the credibility of the witness, and it permits only cross-examination as to specific instances of conduct concerning the truthfulness or untruthfulness of the witness subject to the discretion of the Court.  Rule 609 of the Federal Rules of Evidence establishes the ground rules for the introduction of evidence of prior convictions and misconduct. These provisions must be read in conjunction with Rule 608(b), which provides in general that a witness' credibility may be the subject of cross-examination, but may not be attacked through the introduction of extrinsic evidence under Rule 404(b) of the Federal Rules

       of Evidence.  Specific instances of conduct are not generally admissible, except as to prior convictions of a felony or a lesser crime involving dishonesty or false statements or, in the discretion of the Court, specific acts of misconduct which did not result in such a conviction if deemed by the Court to be probative of truthfulness or untruthfulness. *United States v. Werbrouck,* 589 F.2d 273, 277 (7th Cir. 1978), *cert. denied,* 440 U.S. 962 (1979); *United States v. Cluck,* 544 F.2d 1995 (5th Cir. 1976); *United States v. Kahn,* 472 F.2d 272, 279-80 (2d Cir.), *cert. denied,* 411 U.S. 982 (1973).

6. Thus, Rule 609(a) strikes a balance between the traditional view that any prior felony conviction could be used to impeach and the more recent view that convictions for crimes involving dishonesty or false statements could also be used for impeachment of a non-defendant witness.  *United States v. Seamster,* 568 F.2d 188, 190 (10th Cir. 1978).

WHEREFORE, and in light of the foregoing, the Government respectfully submits that the defendant be precluded from referring to Government witness', Robert Wilson, misdemeanor conviction(s) for domestic violence and/or resisting an officer during the trial of this matter, as neither offense is a felony and neither offense relates to this witness' reputation for truthfulness as a witness at trial.

Respectfully submitted this 3rd day January, 2006,

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY

By: *s/ James R. Boma*
    JAMES R. BOMA
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO  80202
    Telephone:  (303) 454-0100
    Fax:  (303) 454-0401
    E-mail:  james.boma@usdoj.gov
    Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing **GOVERNMENT'S MOTION *IN LIMINE* RE DEFENDANT'S PROPOSED IMPROPER IMPEACHMENT OF GOVERNMENT WITNESS, ROBERT WILSON, RELATING TO MISDEMEANOR OFFENSES NOT RELATING TO DISHONESTY OR FALSE STATEMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Robert John Corry , Jr
    robert.corry@comcast.net

    Kenneth Frank Eichner
    keneichner@gmail.com
    Keichner@qwest.net

    Walter L. Gerash
    linda@waltergerash.com
    wlg@waltergerash.com


    *s/Diana L. Brown*
    DIANA L. BROWN
    United States Attorney's Office
    Legal Assistant to James R. Boma
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: 303-454-0358
    Fax: 303-454-0401
    E-mail: diana.brown@usdoj.gov