IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

## GOVERNMENT'S FILING OF WITNESS AND EXHIBIT FORMS

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its witness and exhibit lists in the format required by this Court.

    Further, the Government respectfully reserves the right to supplement its witness and exhibit lists as needed to respond to the testimony adduced at trial, and also as required to impeach or rebut the defendant's case, if any.

    Respectfully submitted this 3rd day of January, 2006.

                              WILLIAM J. LEONE
                              UNITED STATES ATTORNEY

               By:  s/ James R. Boma
                    JAMES R. BOMA
                    Assistant U.S. Attorney
                    U.S. Attorney's Office
                    1225 17th St., Suite 700
                    Denver, CO 80202
                    Telephone: (303) 454-0100
                    Fax: (303) 454-0401
                    E-mail: james.boma@usdoj.gov
                    Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing **GOVERNMENT'S FILING OF WITNESS AND EXHIBIT FORMS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Robert John Corry , Jr
        robert.corry@comcast.net

      *s/Diana L. Brown*
    DIANA L. BROWN
    United States Attorney's Office
    Legal Assistant to James R. Boma
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: 303-454-0358
    Fax: 303-454-0401
    E-mail:  diana.brown@usdoj.gov