# EXHIBIT LIST

CASE NO  03-cr-00249-1-WYD        PLAINTIFF'S LIST   X     DEFENDANT'S LIST _____    THIRD PTY DEFTS LIST_____

CASE CAPTION   United States of America    vs.   Michael Kebles         PAGE NUMBER 1    DATE  January 9, 2006

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | DEA Exhibit 6 - approximately 100 MDMA pills purchased on January 14, 2003 | | | | | | | |
| 2 | | DEA Exhibit 9 - approximately 300 MDMA pills purchased on February 11, 2003 | | | | | | | |
| 3 | | DEA Exhibit 13 - approximately 200 MDMA pills purchased on April 2, 2003 | | | | | | | |
| 4 | | DEA Exhibit 21 - approximately 70 MDMA pills seized on May 28, 2003 | | | | | | | |
| 5 | | DEA Exhibit 22 - marijuana seized on May 28, 2003 | | | | | | | |
| 6 | | DEA Exhibit 23 - Codeine and other pills seized on May 28, 2003 | | | | | | | |

CASE NO  03-cr-00249-1-WYD          PLAINTIFF'S LIST   X     DEFENDANT'S LIST _____     THIRD PTY DEFTS LIST_____

CASE CAPTION   United States of America    vs.  Michael Kebles         PAGE NUMBER  2    DATE  January 9, 2006

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 7 | | DEA Exhibit 24 - Marijuana seized on May 28, 2003 | | | | | | | |
| 8 | | Composite exhibit consisting of Colt Trooper Mark III .357 Magnum revolver pistol (Exhibit 7) and 7A (consisting of 6 rounds extracted from chamber and 11 additional rounds seized on May 28, 2003 | | | | | | | |
| 9 | | DEA N-22 - Recorded telephone call on April 2, 2003 | | | | | | | |

CASE NO  03-cr-00249-1-WYD          PLAINTIFF'S LIST   X     DEFENDANT'S LIST _____     THIRD PTY DEFTS LIST_____

CASE CAPTION   United States of America    vs.  Michael Kebles          PAGE NUMBER  3    DATE  January 9, 2006

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | DEA N-51 - Excerpts from DEA N-51 which consists of 17 compact discs of pertinent recorded inmate conversations from May 29, - June 2, 2003, Clear Creek County Jail, Georgetown, Colorado. Transcripts from relevant calls were provided previously in discovery. | | | | | | | |
| 11 | | DEA N-23: Recording from transaction on April 2, 2003 (Trial Exhibit 3) | | | | | | | |
| 12 | | DEA Non-Drug (N) Exhibit 8 - Recorded conversations on January 14, 2003 (Trial Exhibit One) | | | | | | | |
| 13 | | DEA N-9: Recording from transaction on January 14, 2003 (Trial Exhibit One) | | | | | | | |

CASE NO  03-cr-00249-1-WYD          PLAINTIFF'S LIST   X     DEFENDANT'S LIST _____     THIRD PTY DEFTS LIST_____

CASE CAPTION   United States of America    vs.  Michael Kebles          PAGE NUMBER  4      DATE  January 9, 2006

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 14 | | DEA N-10 - Recorded telephone call on January 23, 2003 | | | | | | | |
| 15 | | DEA N-12: Recorded telephone call on January 29, 2003 | | | | | | | |
| 16 | | DEA N-13: Recorded telephone call on January 30, 2003 | | | | | | | |
| 17 | | DEA N-16 - Recording from transaction on February 11, 2003 (Trial Exhibit Two) | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |