IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Wiley Y. Daniel

Case No.     03cr00249-WYD                              Date   January 9, 2006

Case Title:  United States of America v. Michael Kebles

<u>     Plaintiff     </u>   WITNESS LIST
(Plaintiff/Defendant)

| | WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|---|
| 1. | Special Agent Carl Force<br>Drug Enforcement Administration | January 9 -10, 2006 (6-8 hours) |
| 2. | Special Agent Michael Marshall<br>Drug Enforcement Administration | If needed. |
| 3. | Special Agent Mark Lee<br>Drug Enforcement Administration | If needed. |
| 4. | Special Agent Rick Champion<br>Drug Enforcement Administration | If needed. |
| 5. | Special Agent Jennifer Cotter<br>Drug Enforcement Administration | If needed. |
| 6. | Special Agent Gary Owen<br>Drug Enforcement Administration | If needed. |
| 7. | Special Agent R. James Scott<br>Drug Enforcement Administration | If needed. |
| 8. | Special Agent Mark W. Kopper<br>Drug Enforcement Administration | If needed. |
| 9. | Special Agent Brian Palmer<br>Immigration and Customs Enforcement | If needed. |
| 10. | Special Agent Suzanne Halonen<br>Drug Enforcement Administration | If needed. |
| 11. | Special Agent Suzanne Robert S. Martinez<br>Drug Enforcement Administration | If needed. |
| 12. | Task Force Officer Jerry Snow<br>Drug Enforcement Administration | If needed. |

| | | |
|---|---|---|
| 13. | Task Force Officer Timothy Creedon<br>Drug Enforcement Administration | If needed. |
| 14. | Task Force Officer Mark Yacono<br>Drug Enforcement Administration | If needed. |
| 15. | Group Supervisor Robert Reid<br>Drug Enforcement Administration | If needed. |
| 16. | Group Supervisor Michael J. Santavicca<br>Drug Enforcement Administration | If needed. |
| 17. | Forensic Chemist Lionel Tucker<br>Drug Enforcement Administration (Retired) | January 10 or 11, 2006 (1 hour) |
| 18. | Forensic Chemist Shana Irby<br>Drug Enforcement Administration | January 10 or 11, 2006 (1 hour) |
| 19. | Mr. Robert Wilson | January 10 or 11, 2006 (4 hours) |