UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

## EXPERT DESIGNATION

    Defendant Michael Kebles, through undersigned counsel, respectfully designates the following additional expert:

    Gregory D. Lee
    17145 Wahoo Lane
    Sugarloaf Key, FL 33042
    305-304-0438

    The expert's curriculum vitae is submitted concurrently as an attachment to this document.

Date:  January 4, 2006          Respectfully Submitted,

                                          s/ Robert J. Corry, Jr.
                                          Robert J. Corry, Jr.
                                          600 Seventeenth Street
                                          Suite 2800 South Tower
                                          Denver, Colorado 80202
                                          303-634-2244
                                          Robert.Corry@comcast.net
                                          Attorney for Michael Kebles

## Certificate of Service

I certify that on January 4, 2006, I served the above **EXPERT DESIGNATION** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

                                              s/ Robert J. Corry, Jr.