# Gregory D. Lee

Career History
2003 – Present
Criminal Justice author and consultant. Wrote Global Drug Enforcement: Practical Investigative Techniques, published by CRC Press and Conspiracy Investigations: Terrorism, Drugs and Gangs, which is published by Prentice Hall. Practical Criminal Evidence, also published by Prentice Hall, will be released in March, 2006. In 2005, selected as the Lead Instructor for the U.S. Department of State's Antiterrorism Assistance Program's "Preventing, Interdicting and Investigating Acts of Terrorism" course conducted in Islamabad, Pakistan.

2001 – 2003
Supervisory Special Agent (GS-1811-14/7), Drug Enforcement Administration (DEA), United States Department of Justice, Los Angeles Field Division, Edward Roybal Federal Building, 20th Floor, 255 East Temple Street, Los Angeles, California 90012 , (213) 621-6700. Coordinator for the U.S. Department of Justice Organized Crime Drug Enforcement Task Forces Program (OCDETF). Managed a substantial annual budget for use in OCDETF designated criminal cases for the Los Angeles Division. Reviewed proposals, approved expenditures, and represented DEA in committee decision making processes. Guest instructor at various national and international venues including the Defense Intelligence Agency, International Law Enforcement Academy, Bangkok, Thailand, California Narcotics Officers Association and the International Narcotics Interdiction Association.

1998 – 2001
Group Supervisor (GS-1811-14), Drug Enforcement Administration, Enforcement Group 1, at the Santa Ana, California Resident Office, (714) 836-2892, which serves Orange County. Supervised nine DEA Special Agents, three local law enforcement task force officers, and a secretary. Supervised the conduct of complex drug enforcement investigations prosecuted in federal and state courts. Supervised DEA airport operations at Orange County/John Wayne Airport.

1996 - 1998
Resident Agent-in-Charge (GS-1811-14), DEA Karachi, Pakistan Resident Office, Unit 62401, Box 122, APO AE 09814-2401, Tele: [92](21) 568-5170, Ext. 431. Supervised the conduct of international drug and criminal investigations in Pakistan's Sindh Province and seven Middle Eastern nations in which the United States is a party of interest. Collected, analyzed, and disseminated drug intelligence with foreign drug liaison officers and the U.S. intelligence Community. Was responsible for all drug enforcement matters concerning the United States, including liaison with Saudi Arabia, Oman,

Bahrain, Kuwait, Yemen, Qatar, and the United Arab Emirates. Held TOP SECRET/SCI security clearance.

1994 - 1996
Assistant Attaché/DEA Special Agent, (GS-1811-13), Islamabad Country Office, U.S. Embassy Islamabad, Unit 62215, APO AE 09812-2215, [92](51) 826161 Ext. 2327. Conducted international drug and criminal investigations affecting the United States. Was responsible for monitoring and facilitating all drug-related extradition matters for the United States. Collected and disseminated drug intelligence to foreign drug liaison officers and the U.S. intelligence community. Participated in the arrest of 1993 New York City World Trade Center bombing suspect Ramzi Ahmed Yousef, and later testified at his trial.

1991 - 1994
DEA Special Agent, Course Developer/Instructor, (GS-1811-13), DEA Office of Training (TRDA), FBI Academy, P.O. Box 1475, Quantico, Virginia 22134-1475, (703) 632-5211. Taught drug enforcement subjects to basic and in-service DEA Special Agents, Intelligence Research Specialists, police officers, foreign law enforcement officers, and employees of the U.S. Intelligence Community. Developed lesson plans, researched, and wrote articles for professional publications such as the FBI Law Enforcement Bulletin, and Police Chief magazines. Conducted international training seminars throughout the world. Recognized as subject matter expert on drug conspiracy investigations, informant management, undercover operations and smuggling. Certified tactical instructor.

1988 - 1991
DEA Special Agent, (GS-1811-13), Monterey Post-of-Duty, 2560 Garden Road, Monterey, California 93941-3182. Conducted drug enforcement operations as a senior Special Agent Task Force member assigned to the DEA sponsored Monterey County Narcotic Enforcement Team.

1983 - 1988
DEA Special Agent/Back-up Supervisor, (GS-1811-13), Los Angeles Field Division, Edward Roybal Federal Building, 20th Floor, 255 East Temple Street, Los Angeles, California 90012, (213) 894-2650. Conducted complex drug conspiracy investigations, participated in surveillances, wrote comprehensive reports of investigation, made arrests, and testified in judicial proceedings. Supervised group of Special Agents in absence of Group Supervisor.

1981 - 1983
Police Officer, Pasadena Police Department, 207 N. Garfield Avenue, Pasadena California 91103, (626) 405-4501. Assigned to the Patrol Division. Also worked special events including Rose Bowl games and parades, the

Super Bowl, Emmy Awards, and security for Movie and TV productions within the city. Awarded Advanced Certificate from the California Commission on Peace Officer Standards and Training (POST).

1980 - 1981
Police Officer, Salinas Police Department, 222 Lincoln Avenue, Salinas, California 93901, (831) 758-7321. Assigned to the Patrol Division after graduating from the Central Coast Counties Police Academy, Gilroy, California.

1978
Part-time faculty member, Administration of Justice Department, Monterey Peninsula College, 980 Fremont Blvd., Monterey, California 93942, (831) 646-4000. Instructed course on criminal investigation.

Military Experience
October 2001 – October 2002
Called to active duty to support Operation Nobel Eagle in the Global War on Terrorism. CID Special Agent/Chief Warrant Officer 5/Staff Officer at the Army Operations Center, Anti-Terrorism Operations Intelligence Cell (ATOIC), The Pentagon, Washington, DC (703) 695-5300. As an ATOIC Terrorism Warning Staff Officer, collected, analyzed, and disseminated highly classified intelligence having a bearing on worldwide force protection and future terrorist actions directed against U.S. government entities and the U.S. Army in particular. Conducted Force Protection assessments of major military installations and off-site military sponsored events. Interacted daily with members of the U.S. Intelligence Community, and attended DIA Counterterrorism Analysis Courses. Routinely briefed the top senior leadership of the U.S. Army and Department of Defense. Guest speaker at the Defense Intelligence Agency's Joint Military Intelligence Training Center as well as Homeland Defense conferences in the Washington, DC area. Granted DoD TOP SECRET/SCI clearance for position. SSBI completed 12/27/01.

1980 - Present
U.S. Army Reserve Chief Warrant Officer 5/Special Agent, HQ.,U.S. Army Criminal Investigation Command (CID), 6010 6th Street, Attn: CIOP-RA, Fort Belvoir, Virginia 22060-5506, (703) 806-0269. Supervise and conduct felony criminal investigations as well as Crime Prevention Surveys and Personal Security Missions for the Secretary of Defense, Secretary of the Army, Chairman of the Joint Chiefs of Staff, foreign dignitaries, and other high ranking U.S. Government officials. Subject Matter Expert/Associate Instructor of counter-drug and counter terrorism operations for the U.S. Army Military Police School, Fort Leonard Wood, Missouri. Possess DoD TOP SECRET/SCI security clearance. SSBI completed 12/27/01.

1977 - 1980
U.S. Army active duty Chief Warrant Officer 2/CID Special Agent, Fort Ord District, Fort Ord, California 93941. Criminal Intelligence Coordinator responsible for the collection, analysis, and dissemination of criminal information to other federal, state, and local law enforcement agencies. Supervised the Drug Suppression Team. Conducted Crime Prevention Surveys. Fort Ord is now closed.

1975 - 1977
CID Special Agent, Darmstadt, Germany Resident Agency, Second Region, USACIDC, APO New York 09175. Conducted a wide-variety of criminal investigations of felony violations of the Uniform Code of Military Justice (UCMJ). Performed duties as the Drug Suppression Coordinator.

1974 - 1975
Military Police Investigator (MPI), 61st Military Police Detachment, Darmstadt Military Community, APO New York 09175. Conducted mostly misdemeanor and some felony violations of the UCMJ.

1972 - 1974
Military Policeman and MPI, Office of the Provost Marshal, 18th Airborne Corps and Fort Bragg, Fort Bragg, North Carolina 28372. Conducted criminal investigations of misdemeanor and some felony violations of the UCMJ.

Education
1979
Master of Public Administration in Justice Administration, Golden Gate University, San Francisco, California.

1977
Bachelor of Science in Sociology with dual minors in Psychology and Vocational Education, University of Maryland, European Division.

Partial List of Specialized Law Enforcement Training

Graduate, FBI National Academy (160th Session)
DEA Special Agent Basic Training
DEA Methods of Instructon School
DEA Clandestine Laboratory Investigations
DEA Conspiracy Investigations School
DEA Street Gang Seminar
DEA Tactical Instructor School
Outlaw Motorcycle Gangs Training
DEA Financial Asset Removal School
DEA Supervisors Institute
Central Coast Counties Police Academy, Gilroy, CA

Traffic Accident Investigations
Chemical Agents Training
California Juvenile Street Gang Activity
Narcotic Enforcement for Peace Officers Course
Laws of Arrest, Search and Seizure
Officer Survival
Arson and Fire Investigation
US Army Protective Services Training
Criminal Investigator Logistics Management
US Army Criminal Investigation Course
US Army Military Police Investigation Course
US Army Military Police School

Publications
Practical Criminal Evidence, Prentice Hall (2006).

Conspiracy Investigations: Terrorism, Drugs and Gangs, Prentice Hall (2005).

Global Drug Enforcement: Practical Investigative Techniques, CRC Press (2004).

U.S. Sentencing Guidelines, Their Impact on Federal Drug Offenders, FBI Law Enforcement Bulletin, May, 1995.

Drug Conspiracy Cases, FBI Law Enforcement Bulletin, October, 1994.

Chapter on Drug Informants, Drug Enforcement Handbook, pp. 11-17, U.S. Department of Justice, Drug Enforcement Administration, July 1994.

Drug Informants - Motives, Methods, and Management, FBI Law Enforcement Bulletin, September, 1993.

Food for thought: Police Officers as College Instructors, The Police Chief, October, 1979.

Affiliations
Counselor/Graduate, 160th Session of the FBI National Academy, Quantico, Virginia (Section 4, Winter, 1990).

Life Member, Reserve Officers Association, Washington, DC.

Association of Former Federal Narcotics Agents

Police Writers Association

Professional Licenses

California Community College Teaching Credential for
Police Science, valid for life.

California Commission on Peace Officer Standards and Training (POST) Advanced Certificate.

Partial Listing of References:

Jeffrey C. Buchella
Attorney at Law
177 North Church Avenue
Tucson, Arizona 85701
(520)622-0140

Provided expert analysis of the use of unwitting couriers by drug trafficking organizations.

Matthew F. Leitman, Esq
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
(248)879-2000

Provided deposition concerning a doctor allegedly engaged in providing prescriptions to patients without benefit of a physical examination. Case was favorably settled prior to trial.

John Trevena, Esq.
801 West Bay Drive
Suite 509
Largo, FL 33770-3220
(727)581-5813
Re: Florida vs. Steven Douglas Walker, Jr.

Evaluated the justification given by local police in their use of a Taser during an arrest of a student at a local high school.

David J. Kimmelman, Esq.
701 North St. Vrain
El Paso, TX 79902
(915) 351-2600
Re: United States v. Jose Garcia

Retained to evaluate physical evidence seized by federal agents for possible testimony during future sentencing hearing.

Kenneth E. Kanev, Esq.
1001 Fourth Avenue Plaza
Suite 2120
Seattle, WA 98154-1109
(206) 223-1355
Re: United States v. Wole Ogendengbe

Testified as an expert witness on smuggling operations in Federal District Court. Evaluated discovery material concerning Mr. Ogendengbe's alleged involvement in a Nigerian smuggling organization.

Peter Johnson, Esq.
430 Railroad Avenue
Pittsburg, CA 94565
(925) 432-7447
Re: State of California v. Charles Cohea

Testified as an expert witness in California Superior Court concerning extrajudicial renditions during a motion to dismiss criminal charges.

William L. Roelke, Jr.
Fallgatter & Farmand, P.A.
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800
Re: Ferryman v. United States

Retained to evaluate discovery material concerning a wrongful death suit in which a federal agent shot and killed Mr. Ferryman during his arrest. Testified as an expert witness on firearms and use of force. Settlement reached prior to jury deliberation.

Jessie J. Glenn, Esq.
Glenn Law Firm, LLC
6650 Rivers Avenue, Suite 1403
Charleston, South Carolina 29406
(843) 576-1403
Re: Political Asylum Application Based On Terrorist Threats

Mr. Nelson Maurico FLOREZ-Forero, a Colombian National, applied for political asylum based on members of the FARC and AUC terrorist organizations harassing and threatening him and his family. Both organizations believe Mr. Florez is supporting the other. Provided Mr. Glenn with a written affidavit to support Mr. Florez's claim in that the FARC and AUC are terrorist organizations with ties to Colombian cocaine traffickers and derive substantial income from them to further their political agendas.

Phil Watkins, P.C.
Attorney at Law
700 N. St. Mary's Street
Austin, Texas 78205
(210) 225-6666
Re: Villarreal v. United States of America; Case No.: SA: 04-CA-0020-FB

Provided an evaluation of discovery material surrounding the shooting death of a 14-year old girl by federal agents. Provided insights as to what actions agents could have taken to avoided this deadly confrontation.

Alan Hilliard Legum, P.A
275 West Street, Suite 305
Annapolis, Maryland 21401
(410) 263-3001
Re: Maryland v. Julian Rios, Jr.; Case No. 5648

Evaluated discovery material to determine whether evidence existed that would rise to the level of Mr. Rios being properly charged with possession of cocaine with the intent to distribute.

Thomas B. Dominick, Esq.
Hoagland, Dominick & Hicks
1471 Shoreline Drive, Suite 100
Boise, Idaho 83702
(208) 343-9111
Re: Idaho v. Danielle Stone; Case No.: H0400391

Provided expert opinion concerning Danielle Stone's alleged involvement in the operation of a methamphetamine laboratory.

Mr. Lee Davis, Esq.
Davis & Hoss, PC
Attorneys At Law
508 E. 5th Street
Chattanooga, Tennessee 37403
(423) 266-0605
Re: United States v. Terry E. Penney

Retained to conduct case evaluation of Mr. Penney's alleged involvement in a distribution of marijuana incident in which he was accused of shooting a federal agent and a sheriff's deputy during the time of his arrest. Later testified at trial.

William J. Barabino

599 North Avenue, Suite 7, 2nd Floor
Wakefield, Massachusetts 01880
(781) 775-7024
Re: Commonwealth v. McCreedy

Provided expert analysis concerning his client's alleged possession of a prescription medication, and if the amount was indicative of distribution. Plea bargain reached prior to scheduled trial and testimony in which distribution charges were dropped, and defendant was placed on probation.

Mr. Patrick McCool
The Thistletown Plaza
964 Albion Road, Suite 110
Rexdale Etobicoke
Toronto, Ontario Canada M9V 1A7
(416) 740-3684

Conducted case evaluation concerning a defendant arrested for smuggling cocaine into Canada, and the likelihood of the defendant being an unwitting drug courier for a smuggling organization.

**For further information, seven days a week, please call:**
**(305) 304-0438 (Cell)**
**Or email me at: info@gregorydlee.com**

*"Retired DEA Supervisory Special Agent Lee's book is essential reading for anyone involved in drug enforcement at any level. ...His book reflects his valuable insights from many years of experience in the criminal investigation and police training fields. It is a must read for police and prosecutors alike."*

*- Enrique Romero, Los Angeles County Superior Court Judge (Ret.)*

*"CW5 Lee" served as a Staff Officer at the Pentagon's U.S. Army Operation Center's Anti-Terrorism Operations Intelligence Cell for a year immediately following the tragic events of September 11th.*

*As an Army Reservist, "Chief Lee" is a Chief Warrant Officer 5, CID Special Agent, the highest rank a warrant officer can achieve.*