IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. <u>03-cr-00249-WYD-1</u>     Date: <u>January 9, 2006</u>

Case Title: <u>United States of America v. Michael Kebles</u>

<u>    Defendant    </u> WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Teresa Kebles | January 11 or 12, 2006 (1-2 hours) |
| Julie Rutter | January 11 or 12, 2006 (1-2 hours) |
| Dwayne Davis | January 11 or 12, 2006 (1-2 hours) |
| Craig Jones | January 10, 11, or 12, 2006 (0-1 hours) |
| Dustin Slade | January 10, 11, or 12, 2006 (0-1 hours) |
| Barry Brian | January 10, 11, or 12, 2006 (0-1 hours) |
| Amy Dunn | January 10, 11, or 12, 2006 (0-1 hours) |
| Laura Hemborg | January 10, 11, or 12, 2006 (0-1 hours) |
| Cheri Rieg | January 10, 11, or 12, 2006 (0-1 hours) |
| Jessie VanDerWal | January 10, 11, or 12, 2006 (0-1 hours) |
| Christy Brown | January 10, 11, or 12, 2006 (0-1 hours) |
| Priscilla Parker | January 10, 11, or 12, 2006 (0-1 hours) |
| Daniel A. Kebles | January 10, 11, or 12, 2006 (0-1 hours) |
| Anthony DiVirgilio | If needed. |

| | |
|---|---|
| Gregory D. Lee | January 11 or 12, 2006 (3-4 hours) |
| Sevcan Denezeri | January 11 or 12, 2006 (0-1 hours) |
| Michael Kebles | January 11 or 12, 2006 (3-4 hours) |