# EXHIBIT LIST

CASE NO. <u>03-cr-00249-WYD-1</u>   PLAINTIFF'S LIST ____   DEFENDANT'S LIST __X__   THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>   PAGE NUMBER __1__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A1 | | DEA Report of Investigation 8/26/03 re cocaine distribution by CI | | | | | | | |
| A2 | | DEA Report of Investigation 8/26/03 re outstanding arrest warrants of CI | | | | | | | |
| A3 | | U.S. Department of Justice Confidential Source Agreement | | | | | | | |
| A4 | | Voucher for Payment of Expenses to CI | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>   PLAINTIFF'S LIST ____   DEFENDANT'S LIST __X__   THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>   PAGE NUMBER __2__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A5 | | DEA Report of Investigation 7/2/03 re assistance to CI for his license | | | | | | | |
| A6 | | DEA Memorandum 6/18/03 Re CI payments | | | | | | | |
| A7 | | U.S. Department of Justice Memorandum 1/26/04 recommending payment to CI of assets seized | | | | | | | |
| A8 | | U.S. Department of Justice Emergency Witness Assistance 9/1/04 | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>    PLAINTIFF'S LIST ____    DEFENDANT'S LIST __X__   THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>    PAGE NUMBER __3__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A9 | | Audiotape of Voice Mails from CI to Michael Kebles | | | | | | | |
| A10 | | *DEA Agents Manual*, related excerpts | | | | | | | |
| A11 | | *FBI Manual of Investigative Operations & Guidelines*, excerpts related | | | | | | | |
| A12 | | *Attorney Generals Guidelines,* as pertains to "Informants." | | | | | | | |
| B1 | | Choice Improvements Brochures | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>    PLAINTIFF'S LIST ____   DEFENDANT'S LIST __X__   THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>    PAGE NUMBER __4__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B2 | | Choice Improvements Business Card | | | | | | | |
| B3 | | Advanta Credit Card Statements for Choice Improvements | | | | | | | |
| B4 | | Choice Improvements Invoices for Sweeneys | | | | | | | |
| B5 | | Choice Improvements Invoices for Dwayne Davis | | | | | | | |
| B6 | | Choice Improvements Invoices for Jean Marie and Beth | | | | | | | |

CASE NO. 03-cr-00249-WYD-1    PLAINTIFF'S LIST ____ DEFENDANT'S LIST __X__ THIRD PTY DEFTS LIST _____

CASE CAPTION United States of America vs. Michael Kebles    PAGE NUMBER __5__ DATE January 9, 2006

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B7 | | Choice Improvements Invoices for Doug and Jancie | | | | | | | |
| B8 | | Choice Improvements Invoices for Kara E. Barker | | | | | | | |
| B9 | | Choice Improvements Invoices for Michael and Steven | | | | | | | |
| B10 | | Choice Improvements Invoices for Jeremy Schneider | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>    PLAINTIFF'S LIST _____   DEFENDANT'S LIST __X__   THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>    PAGE NUMBER __6__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B11 | | Choice Improvements Invoices for Nicole Russomanno | | | | | | | |
| B12 | | Choice Improvements Invoices for Ginny Richter | | | | | | | |
| B13 | | US Bank Statements for Michael Kebles 2002-2003 | | | | | | | |
| B14 | | Receipts for Choice Improvements Tools 2002 | | | | | | | |
| B15 | | Receipts for Choice Improvements Materials 2002 | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>    PLAINTIFF'S LIST \_\_\_\_    DEFENDANT'S LIST  <u>  X  </u>   THIRD PTY DEFTS LIST \_\_\_\_\_

CASE CAPTION <u>United States of America vs. Michael Kebles</u>    PAGE NUMBER <u>  7  </u>   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B16 | | Receipts for Choice Improvements Materials 2003 | | | | | | | |
| B17 | | Income tax documents for Choice Improvements 2001-2002 | | | | | | | |
| B18 | | Yoga Edge Brochure | | | | | | | |
| B19 | | Yoga Edge Business Card | | | | | | | |
| C1 | | Choice Improvements Project Photos 300 Elati | | | | | | | |
| C2 | | Choice Improvements Project Photos Clarkson | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>   PLAINTIFF'S LIST ____   DEFENDANT'S LIST __X__   THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>   PAGE NUMBER __8__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| C3 | | Choice Improvements Project Photos Trim Designs | | | | | | | |
| C4 | | Choice Improvements Project Photos Craig Jones, Kitchen | | | | | | | |
| C5 | | Choice Improvements Project Photos DDRC | | | | | | | |
| C6 | | Choice Improvements Project Photos Dwayne Davis, Kitchen | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>   PLAINTIFF'S LIST ____ DEFENDANT'S LIST __X__ THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>   PAGE NUMBER __9__   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| C7 | | Choice Improvements Project Photos Hilda Pearl Street, Kitchen | | | | | | | |
| C8 | | Choice Improvements Project Photos Jancie | | | | | | | |
| C9 | | Choice Improvements Project Photos Jeanne Marie | | | | | | | |
| C10 | | Choice Improvements Project Photos Jeremy | | | | | | | |
| C11 | | Choice Improvements Project Photos Kara & Drea | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>   PLAINTIFF'S LIST ____ DEFENDANT'S LIST __X__ THIRD PTY DEFTS LIST _____

CASE CAPTION <u>United States of America vs. Michael Kebles</u>   PAGE NUMBER __10__ DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| C12 | | Choice Improvements Project Photos Michael and Steve | | | | | | | |
| C13 | | Choice Improvements Project Photos Misc Projects | | | | | | | |
| C14 | | Choice Improvements Project Photos Pats House, Paint and Shower | | | | | | | |
| C15 | | Choice Improvements Project Photos Rita Meskel | | | | | | | |

CASE NO. <u>03-cr-00249-WYD-1</u>    PLAINTIFF'S LIST \_\_\_\_   DEFENDANT'S LIST   <u>  X  </u>   THIRD PTY DEFTS LIST \_\_\_\_\_

CASE CAPTION <u>United States of America vs. Michael Kebles</u>    PAGE NUMBER <u>  11  </u>   DATE <u>January 9, 2006</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| C16 | | Choice Improvements Project Photos Town Hall | | | | | | | |
| C17 | | Choice Improvements Project Photos Vehicle and Tools | | | | | | | |