IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

### GOVERNMENT'S FILING OF REVISED EXHIBIT FORM

---

The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its revised exhibit list in the format required by this Court.

Further, the Government respectfully reserves the right to supplement its witness and exhibit lists as needed to respond to the testimony adduced at trial, and also as required to impeach or rebut the defendant's case, if any.

Respectfully submitted this 5th day of January, 2006.

                WILLIAM J. LEONE
                UNITED STATES ATTORNEY

      By: *s/ James R. Boma*
           JAMES R. BOMA
           Assistant U.S. Attorney
           U.S. Attorney's Office
           1225 17th St., Suite 700
           Denver, CO  80202
           Telephone:  (303) 454-0100
           Fax:  (303) 454-0401
           E-mail:  james.boma@usdoj.gov
           Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2006, I electronically filed the foregoing **GOVERNMENT'S FILING OF REVISED EXHIBIT FORM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Robert John Corry , Jr
robert.corry@comcast.net


*s/Diana L. Brown*
DIANA L. BROWN
United States Attorney's Office
Legal Assistant to James R. Boma
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0358
Fax: 303-454-0401
E-mail:  diana.brown@usdoj.gov