UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A telephone conference with the Court will be held on **Friday, January 6, 2006, at 3:30 p.m.** to discuss Government's Motion to Exclude Testimony at Trial of New Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and (C), Fed. R. Crim. P. (# 223), filed January 5, 2006, and Defendant's Opposition to Government Motion to Exclude Expert Testimony at Trial or in the Alternative, Unopposed Motion for Continuance (#225), filed January 5, 2006. The Court's Chambers will initiate the call to counsel.

    Dated: January 6, 2006

                                      s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge