UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**ORDER**
_____

    Based on a hearing before the Court held on Friday, January 6, 2006, it is

    ORDERED that the Government's Motion to Exclude Testimony at Trial of New Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and ©, Fed. R. Crim. P. (# 223), filed January 5, 2006, is **GRANTED to the extent it seeks to continue the trial**. The Court finds that in the interest of justice a continuance is needed in order to give both sides an opportunity for a fair trial. It is

    FURTHER ORDERED that the four-day jury trial scheduled to begin Monday, January 9, 2006, is **VACATED AND RESET** to **Monday, March, 20, 2006, at 9:00 a.m.** It is

    FURTHER ORDERED that Defendant shall file his FED. R. CRIM. P. 16(b) disclosure concerning Gregory D. Lee by **Monday, January 30, 2006**. It is

    FURTHER ORDERED that this disclosure must comply fully with FED. R. CRIM. P. 16(b). It is

    FURTHER ORDERED that the Government shall have the earlier of ten days

from receipt of the report or until Friday, February 10, 2006, to file any formal objections to either the qualifications of the expert or any aspect of the opinions contained in the report.  It is

FURTHER ORDERED that the Defendant shall file his proffer on the defense of duress by **Friday, January 20, 2006**.  It is

FURTHER ORDERED that the Government shall respond to Defendant's proffer by **Monday, February 6, 2006**.  It is

FURTHER ORDERED that a hearing on Defendant's proffer and a **Final Trial Preparation Conference** will be held on **Monday, March 6, 2006, at 3:00 p.m.**  It is

FURTHER ORDERED that under 18 U.S.C. § 3161(h)(8)(B)(iv), the Court finds that the ends of justice served by continuing the trial outweigh the best interests of Defendant and the public in a speedy trial.  In order for Defendant to have a fair trial, he requires the testimony of this new expert, whose identity was disclosed on January 4, 2006.  Further, the Government must be allowed to adequately prepare for the expert's testimony, and, as such, Defendant must provide an expert report to the Government in full compliance with FED. R. CRIM. P. 16(b).  Without a continuance, both sides would be precluded from effectively preparing for trial, taking into account the exercise of due diligence.

Dated:  January 9, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge