IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | January 6, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Maureen Nelson | Interpreter: | N/A |
| Court Reporter/ECR: | Paul Zuckerman | | |

_____

Criminal Case No. **03-CR-00249-WYD**              Counsel:

UNITED STATES OF AMERICA,                         James R. Boma

      Plaintiff,

v.

**1. MICHAEL KEBLES**,                            Robert J. Corry, Jr.

      Defendant.

_____

**COURTROOM MINUTES**
_____

**TELEPHONE/STATUS CONFERENCE**

**3:33 p.m.**       Court in Session - Defendant present (on-bond)

3:34 p.m.       APPEARANCES OF COUNSEL.

3:35 p.m.       Court's opening remarks.

Argument on the Government's Motion to Exclude Testimony at Trial of New Expert Witness, Gregory D. Lee **(Doc. #223 - filed 1/5/2006)**

Discussion regarding need for a continuance of the trial.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 2

**ORDERED:**   Rule 16 criminal rule disclosures concerning Mr. Lee and his opinions are due by **Monday, January 30, 2006.**  Formal objections to either the qualifications of the expert or any aspect of the opinions contained in the report are due no later than **Friday, February 10, 2006.**  Failure to file any objections by that date will be considered a waiver of the right to file objections.

Discussion regarding duress defense.

**ORDERED:**   The defendant shall file a proffer and the reasons for the assertion of a duress defense by **Friday, January 20, 2006.**  Government shall respond to the proffer by **Monday, February 6, 2006.**  A hearing on Defendant's proffer will be held on **Monday, March 6, 2006, at 3:00 p.m.**

**ORDERED:**   The Court grants the Government's written motion for continuance in the alternative contained in the Motion to Exclude Testimony at Trial of New Expert Witness, Gregory D. Lee **(Doc. #223 - filed 1/5/2006)** as joined in by the defendant today, because the Court finds that in the interest of justice a continuance is needed in order to give both sides an opportunity to adequately prepare for trial. Under 18 U.S.C. Section 3161(h)(8)(B)(iv), the Court finds the ends of justice served by continuing the trial from **Monday, January 9, 2006**, to **Monday, March 20, 2006**, outweigh the best interests of the defendant and the public in a speedy trial.

**ORDERED:**   Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**3:59 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :26**