IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

_____

### MOTION TO WITHDRAW DOCUMENT #232
_____

COMES NOW, the United States of America, by and through its undesigned Assistant United States Attorney for the District of Colorado, and hereby moves the Court to withdraw document #232 from the ECF filing system.  Due to clerical error, document #232 was erroneously linked as a response to document #216.  The government has filed an amended pleading (Docket #234) on this date.

                  WILLIAM J. LEONE
                  UNITED STATES ATTORNEY

        By:  *s/ James R. Boma*
              JAMES R. BOMA
              Assistant U.S. Attorney
              U.S. Attorney's Office
              1225 17th St., Suite 700
              Denver, CO  80202
              Telephone:  (303) 454-0100
              Fax:  (303) 454-0401
              E-mail:  james.boma@usdoj.gov
              Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of January, 2006, I electronically filed the foregoing **MOTION TO WITHDRAW DOCKET #232** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Robert John Corry , Jr
   robert.corry@comcast.net

               *s/Diana L. Brown*
               DIANA L. BROWN
               United States Attorney's Office
               Legal Assistant to James R. Boma
               U.S. Attorney's Office
               1225 17th Street, Suite 700
               Denver, Colorado 80202
               Telephone: 303-454-0358
               Fax: 303-454-0401
               E-mail:  diana.brown@usdoj.gov