IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-1-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW DOCUMENT

---

    Upon motion of the United States of America and for good cause shown, document #232 will be withdrawn from the ECF filing system.

    **DONE AND ORDERED** this _____ day of February, 2006.

                                                _____
                                                WILEY Y. DANIEL, JUDGE
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO