UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government's Motion to Withdraw Document # 232, filed February 6, 2006, is **GRANTED**.

    Dated:  February 7, 2006

                            s/ M. Brooke McKinley
                            Law Clerk to
                            Wiley Y. Daniel
                            U. S. District Judge