IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendants.

**GOVERNMENT'S RESPONSE TO COURT'S ORDER OF JANUARY 9, 2006, AND RENEWAL OF MOTION TO EXCLUDE TESTIMONY AT TRIAL OF EXPERT WITNESS, GREGORY D. LEE, DUE TO NON-COMPLIANCE WITH THE PROVISIONS OF RULE 16(b)(1)(B) and (C), FED. R. CRIM. P.**

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, in response to this Court's Order of January 9, 2006 (DE: 227), hereby renews its motion to exclude trial testimony by defense expert witness, Gregory D. Lee, (DE: 223) for the defendant's non-compliance with this Court's Order of January 9, 2006, and with the Reciprocal Discovery requirements of Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, showing unto the Court as follows:

    1.    In the referenced Order of January 9, 2006, this Court directed that defense counsel file his Fed. R. Crim. P. 16(b) disclosure concerning Gregory D. Lee by Monday, January 30, 2006, and also directed the Government to file its objections to the qualifications of the expert and to any aspect of the opinions contained in his report within the earlier of 10

      days from the Government's receipt of the report or by Friday, February 10, 2006.

2.   To date, the defendant has not complied with this Court's Order as the Government has received no report from expert Lee, nor, based upon a review of the Court's docket sheet this date, has any such report been filed with this Court.  The trial date of January 9, 2006, was continued due to the defendant's failure to comply with Rule 16 obligations as of that date, leading to the entry of this Court's Order of January 9, 2006.  Per that Order, trial in this matter is presently set to commence on Monday, March 20, 2006, and the Government has been prejudiced by the non-receipt of the expert's report in a timely fashion so that the Government might review the report, file objections thereto, as necessary, and retain its own expert, if warranted under the circumstances.  In the Government's view, the defendant's ongoing failure to meet his Rule 16(b) discovery obligations as Ordered by this Court should not be the basis for further continuances of the trial of this matter.  However, the Government should not be prejudiced in its trial preparations by the defendant's failure to comply with this Court's Order.

3.   Therefore, with leave of the Court, the Government would incorporate by reference its earlier filed Motion to Exclude Trial Testimony by Expert Lee (DE 223), and would respectfully moves this Court for an Order excluding the testimony of defense expert Gregory D. Lee due to the defendant's ongoing failure to comply with the provisions of Rule 16(b), Fed. R. Crim. P., and this Court's Order of January 9, 2006.

3

WHEREFORE, the Government respectfully moves the Court for an Order excluding any testimony by defense expert, Gregory D. Lee, at the trial of this matter.

Respectfully submitted this 7th day of February, 2006.

> WILLIAM J. LEONE
> UNITED STATES ATTORNEY
>
> By: *s/ James R. Boma*
> JAMES R. BOMA
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 1225 17th St., Suite 700
> Denver, CO 80202
> Telephone: (303) 454-0100
> Fax: (303) 454-0401
> E-mail: james.boma@usdoj.gov
> Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO COURT'S ORDER OF JANUARY 9, 2006, AND RENEWAL OF MOTION TO EXCLUDE TESTIMONY AT TRIAL OF EXPERT WITNESS, GREGORY D. LEE, DUE TO NON-COMPLIANCE WITH THE PROVISIONS OF RULE 16(b)(1)(B) and (C), FED. R. CRIM. P.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Robert John Corry , Jr
    robert.corry@comcast.net

    *s/Diana L. Brown*
    DIANA L. BROWN
    United States Attorney's Office
    Legal Assistant to James R. Boma
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: 303-454-0358
    Fax: 303-454-0401
    E-mail:  diana.brown@usdoj.gov