UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

## ORDER
_____

    Defendant is hereby ordered to show cause in writing by **Wednesday, February 15, 2006**, why the Court should not impose sanctions against him for failing to comply with the Court's Order dated January 9, 2006.  Following a hearing on the Government's Motion to Exclude Testimony at Trial of New Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and (C), the Court vacated and reset the trial in this case and gave Defendant until Monday, January 30, 2006, to file his Fed. R. Crim. P. 16(b) disclosure concerning Gregory D. Lee.  *See* January 9, 2006 Order (# 227).  The Court was alerted by the Government on February 7, 2006, that no such disclosure has been made.  Accordingly, it is

    ORDERED that Defendant shall show cause in writing by **Wednesday, February 15, 2006**, why the Court should not impose sanctions against him for failing to comply with the Court's Order dated January 9, 2006.  It is

    FURTHER ORDERED that Defendant shall respond to Government's Response to Court's Order of January 9, 2006, and Renewal of Motion to Exclude Testimony at

Trial of Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and (C), Fed. R. Crim. P. (# 236) by **Wednesday, February 15, 2006**.

Dated: February 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge