# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

---

## CHANGE OF ADDRESS AND TELEPHONE NUMBER

---

Defense counsel hereby notifies the Court and parties of a change in his address and telephone number as follows:

    Robert J. Corry, Jr.
    Attorney at Law
    303 East 17th Ave., Suite 350
    Denver, Colorado 80203
    Telephone: 303-785-8585

Date:  February 8, 2006                Respectfully Submitted,

                                                          s/ Robert J. Corry, Jr.
                                                          Robert J. Corry, Jr.
                                                          303 East 17th Ave., Suite 350
                                                          Denver, Colorado 80203
                                                          303-785-8585
                                                           Robert.Corry@comcast.net
                                                          Attorney for Michael Kebles

2

**Certificate of Service**

      I certify that on February 8, 2006, I served the above **CHANGE OF ADDRESS AND TELEPHONE NUMBER** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

                                               s/ Robert J. Corry, Jr.