UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

**DEFENDANT MICHAEL KEBLES' RESPONSE TO ORDER TO SHOW CAUSE OF FEBRUARY 8, 2006 AND RESPONSE TO GOVERNMENT'S RESPONSE TO COURT'S ORDER OF JANUARY 9, 2006 AND RENEWAL OF MOTION TO EXCLUDE TRIAL TESTIMONY OF EXPERT WITNESS GREGORY D. LEE**

Defendant Michael Kebles, through undersigned counsel, hereby responds to the Court's Order to Show Cause dated February 8, 2006 and responds to the Government's renewed Motion to Exclude Trial Testimony of Gregory D. Lee (#236), by confessing that motion in its entirety, and as grounds therefore, states as follows:

    1.    Gregory D. Lee did not write a report in this case.

    2.    The defense concedes it did not comply with the Court's order of January 9, 2006 that it disclose the expert's report by January 30, 2006, as compliance was impossible because no such report exists.

3. The defense confesses the Government's Motion to Exclude Trial Testimony of Gregory D. Lee. Since the defense confesses the Government's motion in its entirety, will not endorse or call Gregory D. Lee as an expert witness, and does not oppose any of the relief the government seeks in that motion, sanctions against the defense are not appropriate. If the Court finds that sanctions are warranted, the appropriate sanction would be to order that the defense cannot designate or call Gregory D. Lee as a witness at trial.

Wherefore, for the above reasons and those that will be shown, the order to show cause should be discharged.

Date:  February 15, 2006                    Respectfully Submitted,

                                            s/ Robert J. Corry, Jr.
                                            Robert J. Corry, Jr.
                                            303 East 12th Ave., Suite 350
                                            Denver, Colorado 80203
                                            303-785-8585
                                            Robert.Corry@comcast.net
                                            Attorney for Michael Kebles

2

**Certificate of Service**

      I certify that on February 15, 2006, I served the above **DEFENDANT MICHAEL KEBLES' RESPONSE TO ORDER TO SHOW CAUSE OF FEBRUARY 8, 2006 AND RESPONSE TO GOVERNMENT'S RESPONSE TO COURT'S ORDER OF JANUARY 9, 2006 AND RENEWAL OF MOTION TO EXCLUDE TRIAL TESTIMONY OF EXPERT WITNESS GREGORY D. LEE** by delivering a true and correct copy electronically to the following:

James R. Boma
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: james.boma@usdoj.gov

                                                     s/ Robert J. Corry, Jr.