UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Government's Response to Court's Order of January 9, 2006, and Renewal of Motion to Exclude Testimony at Trial of Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and (C), Fed. R. Crim. P. (# 236), filed February 7, 2006.  Following a hearing on January 6, 2006, Defendant was ordered to file his Fed. R. Crim. P. 16(b) disclosure concerning Gregory D. Lee by  Monday, January 30, 2006, but no such disclosure was filed.  On February 8, 2006, the Court entered an Order to Show Cause, requiring Defendant to explain why sanctions should not be imposed against him for failing to comply the Court's Order.  On February 15, 2006, Defendant responded to the Court's Order and the Government's Motion.

In his Response, Defendant confessed the Government's Motion to Exclude Testimony at Trial of Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and (C), Fed. R. Crim. P.  Defendant stated that Gregory D. Lee did not write a report in this case and that, as such, Defendant could not comply

with the Court's Order that it disclose such a report.  Defendant further stated that "[s]ince the defense confesses the Government's motion in its entirety, will not endorse or call Gregory D. Lee as an expert witness, and does not oppose any of the relief the government seeks in that motion, sanctions against the defense are not appropriate." Based on the foregoing, it is

ORDERED that Government's Renewal of Motion to Exclude Testimony at Trial of Expert Witness, Gregory D. Lee, Due to Non-Compliance with the Provisions of Rule 16(b)(1)(B) and (C), Fed. R. Crim. P. (# 236) is **GRANTED**.  Accordingly, it is

FURTHER ORDERED that Defendant may not designate or call Gregory D. Lee as a witness at trial.  It is

FURTHER ORDERED that the Order to Show Cause, which was issued on February 8, 2006, is **DISCHARGED**.

Dated:  February 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge