## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No.  03-cr-00249-WYD-1**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**1.  MICHAEL KEBLES,**

      **Defendant.**

_____

### GOVERNMENT'S NOTICE OF INADVERTENT DESTRUCTION OF EVIDENCE
_____

      COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney for the State and District of Colorado, and hereby files its above-referenced pleading, showing unto the Court and counsel as follows:

      1.      During preparation for trial and the marking of exhibits, the undersigned discovered that 17 rounds of ammunition (part of DEA Non-drug Exhibit N-39) were not in evidence A subsequent investigation reveals that this ammunition was mistakenly destroyed during a routine DEA inventory of firearms and ammunition during August 2005.  **See** Report of Investigation (DEA Form-6), dated January 24, 2006, authored by S/A Kirk Miller, DEA, Denver, which is attached hereto and incorporated herein by reference as **Exhibit 1.**

2.      The firearm in question remains in evidence, and the Government

anticipates adducing testimony from agents involved in the execution of

the search warrant during May, 2003, that led to the recovery of the .357

caliber revolved and the referenced ammunition.  Also, photographs of the

firearm and ammunition may be introduced.  However, as set forth,  the

ammunition no longer exists.

Respectfully submitted this 27th day of February, 2006.

WILLIAM J. LEONE
UNITED STATES ATTORNEY


By:  s/ James R. Boma
     JAMES R. BOMA
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO  80202
     Telephone:  (303) 454-0100
     Fax:  (303) 454-0401
     E-mail:  james.boma@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 27th day of February, 2006, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF INADVERTENT DESTRUCTION OF EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Robert John Corry , Jr
   robert.corry@comcast.net

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non Participant's name:

  S/A Carl Force, San Juan, PR **(Via Fax to 787-775-1844)**
  S/A Kirk Miller, DEA, Denver **(Via Fax to 303-705-7438)**

    *s/Diana L. Brown*
    DIANA L. BROWN
    United States Attorney's Office
    Legal Assistant to James R. Boma
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Phone: 303-454-0100
    Fax: 303-454-0401
    E-mail:  diana.brown@usdoj.gov