# Exhibit 1

02/06/2006  11:25     3037057438                          DEA TASK FORCE II                          PAGE  02/06

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Kirk Miller<br>At: DEA Denver<br>Task Force II (Group 5) | ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>01/24/06 | |
| 9. Other Officers: S/A Mark Lee, TFO Scott Cooper | | | | |
| 10. Report Re: Destruction of Ammunition from Exhibit N-39 | | | | |

### DETAILS

1.  On 05-28-2003 S/A Carl Force seized a Colt .357 handgun, SN#J46965, and 17 rounds ammunition from the residence of Michael KEBLES located at 442 Clarkson St. in Denver, CO. This handgun, and associated ammunition, have been identified in this investigative file as Non-Drug Exhibit N-39.

2.  On 05-29-2003 S/A Force processed Exhibit N-39 as evidence and submitted Exhibit N-39 to the custody of the DEA Denver Non-Drug Evidence Custodian for safekeeping. The firearm and ammunition were packaged together in a single DEA Evidence Envelope.

3.  On 05-30-2003 S/A Carl Force submitted a Standard Seizure Form to the DEA Denver Asset Forfeiture Group and initiated Federal Forfeiture proceedings on Exhibit N-39. On this Standard Seizure Form, S/A Force requested Exhibit N-39 be retained as evidence.

4.  On 01-13-2004 Exhibit N-39 was declared forfeited to the United States pursuant to Title 21 United States Code, Section 1609. Since the date of forfeiture, quarterly updated documents contained within the DEA Denver Asset Forfeiture Group's files requested that Exhibit N-39 be retained as evidence. The decision to retain forfeited Exhibits is made by the assigned Case Agent and the Case Agent's Supervisor.

| 11. Distribution:<br>Division SARI<br><br>District<br><br>Other | 12. Signature (Agent)<br>S/A Kirk Miller | 13. Date<br>01-24-<br>2006 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Jeff Walsh<br>Group Supervisor | 15. Date |

**DEA Form - 6**
(Jul. 1996)
KWM    (Ammunition from N-39)
3 - Originating Office

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Received   02-06-06   12:33      From-3037057438                    To-U S ATTORNEY'S OFFIC   Page 03

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4.  Page  2  of  3 | | |
| 5. Program Code | 6. Date Prepared  01/24/06 | |

5. In approximately February/March 2005 S/A Force was transferred to the DEA offices in San Juan, Puerto Rico. Case Agent responsibilities for this investigation were then assigned to S/A Jen Cotter.

6. On 08-01-2005 Evidence Custodian Regina Richards transferred Exhibit N-39 to S/A Mark Lee. Per Ms. Richards, ammunition could no longer be packaged with a firearm, as Exhibit N-39 was. S/A Kirk Miller, assisting S/A Lee in re-processing Exhibit N-39, was advised by the DEA Denver Asset Forfeiture Group that Exhibit N-39 was forfeited to the Government.

    Please see DEA-6 by S/A Mark Lee dated 08-02-2005 RE: The reprocessing of Exhibits N-55, N-56, N-57, N-39, N-62, N-62a, N-75, and N-75a on August 2, 2005.

7. Since Exhibit N-39 was forfeited to the Government, S/A Miller and S/A Lee were forced to decide whether to process the handgun and ammunition as two separate Non-Drug Exhibits or destroy the handgun and ammunition, as is DEA policy when a firearm is forfeited. The Case Agents, S/A Force and S/A Cotter, were not able to be contacted and were not able to advise S/A Miller and S/A Lee that the handgun and ammunition were to be retained as evidence. The existence of the quarterly updated documents maintained by the DEA Denver Asset Forfeiture Group requesting the handgun and ammunition be retained were unknown to S/A Miller or S/A Lee.

8. At that time, with the lack of any information requesting the retention of Exhibit N-39 as evidence, S/A Miller and S/A Lee processed Exhibit N-39 for destruction as is DEA policy when a weapon is forfeited to the Government. S/A Miller gave the ammunition to the DEA Denver Primary Firearms Instructor for disposal. The handgun was prepared to be taken to a destruction facility.

9. Attempts to destroy the handgun at the destruction facility were unsuccessful. The destruction facility was not operational when S/A Miller or S/A Lee were able to transport the handgun to the facility.

10. On 08-05-2005 S/A Lee returned the handgun (minus the ammunition), and still identified as Exhibit N-39, to the DEA Non-Drug Evidence Custodian for safekeeping until further arrangements could be made with the destruction facility.

**DEA SENSITIVE**
Drug Enforcement Administration

**3 - Originating Office**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Received   02-06-06   12:33      From-3037057438              To-U S ATTORNEY'S OFFIC   Page  04

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4. Page  3  of  3 | |
|---|---|
| 5. Program Code | 6. Date Prepared 01/24/06 |

11. It was later learned that Exhibit N-39 was to be maintained as evidence and further attempts to take the handgun to the destruction facility were ceased at that time. The ammunition, however, has been destroyed by the DEA Denver Firearms Instructor.

**INDEXING**

1. KEBLES, Michael                    

| DEA Form   - 6a (Jul. 1996) | **DEA SENSITIVE** Drug Enforcement Administration | |
|---|---|---|

**3 - Originating Office**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.