UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the hearing on Defendant's proffer on the defense of duress and Final Trial Preparation Conference scheduled for Monday, March 6, 2006, at 3:00 p.m. is **VACATED** and **RESET** to **Monday, March 13, 2006, at 10:30 a.m.**  All pending motions will be addressed at this hearing.

    Dated:  March 6, 2006

                                          s/ M. Brooke McKinley
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge