# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

## NOTICE TO CLIENT

To:    Michael Kebles
        Email: yogaedge@msn.com
        720-323-1112

PLEASE BE ADVISED:

    1.    Robert J. Corry, Jr. has filed a motion to withdraw as counsel on your behalf, attached, in the above-entitled action.

    2.    The United States District Court for Colorado retains jurisdiction over the above-entitled action.

    3.    You have the burden of keeping the Court and parties informed where later notices, pleadings and other papers may be served.

    4.    You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set, and appear at and prepare for

hearings or make arrangements for other counsel to prepare for hearings in the above-entitled action.

  5. Your failure or refusal to comply with the duties set forth above may expose you to contempt of court and/or arrest.

  6. As of the date of this notice, this case will be scheduled for a status conference approximately 90 days from this date.

  7. The date of any proceedings, including any trial of this matter that might be scheduled in the future, will not be affected by the withdrawal of Robert J. Corry, Jr.

  8. Service of process may be served upon you at your last known address.

  9. You have the right to object to the withdrawal of Robert J. Corry, Jr. within 15 days from the date of this notice by mailing a written objection to the Court, Robert J. Corry, Jr., and AUSA James R. Boma.

Date: March 13, 2006

           s/ Robert J. Corry, Jr.
           Robert J. Corry, Jr.
           303 East 17th Ave., Suite 350
           Denver, Colorado 80203
           303-785-8585
           Robert.Corry@comcast.net
           Attorney for Michael Kebles