IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | March 13, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00249-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

       Plaintiff,

v.

**1. MICHAEL KEBLES**,                          Robert J. Corry, Jr.

       Defendants.

_____

**COURTROOM MINUTES**
_____

**TELEPHONE CONFERENCE (IN CHAMBERS)**

**10:39 a.m.**      Court in Session - Defendant present (on-bond)

        APPEARANCES OF COUNSEL.

        Court makes inquiry of Mr. Corry regarding obtaining an expert witness.

10:40 a.m.      Statement by Mr. Corry that Defendant has not obtained an expert witness.

        Court's opening remarks regarding duress defense.

        Duress defense is raised for argument.

10:43 a.m.      Argument by Defendant (Mr. Corry).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 2

| Time | Event |
|---|---|
| 10:53 a.m. | Defendant's witness **Michael Kebles** sworn. |
| | Direct examination by Defendant (Mr. Corry). |
| 11:00 a.m. | Court's examination of witness. |
| 11:02 a.m. | Direct examination by Defendant continues (Mr. Corry). |
| 11:09 a.m. | Cross examination by Government (Mr. Boma). |
| 11:16 a.m. | Court's examination of witness. |
| 11:24 a.m. | Cross examination by Government continues (Mr. Boma). |
| 11:26 a.m. | Court's examination of witness. |
| 11:27 a.m. | Re-Direct examination by Defendant (Mr. Corry). |
| 11:29 a.m. | Court's examination of witness. |
| 11:31 a.m. | Re-Direct examination by Defendant continues (Mr. Corry). |
| 11:34 a.m. | Defendant rests |
| 11:34 a.m. | Argument by Defendant (Mr. Corry). |
| 11:51 a.m. | Argument by Government (Mr. Boma). |
| | Court makes findings. |

**ORDERED:** Defendant will not be allowed to assert the duress defense at trial.

Government's Motion in Limine Re: Defendant's Proposed Improper Impeachment of Government Witness, Robert Wilson, Relating to Misdemeanor Offenses Not Relating to Dishonesty or False Statements (#216 - 1/3/06) is raised for argument.

| Time | Event |
|---|---|
| 11:54 a.m. | Argument by Government (Mr. Boma). |
| 11:54 a.m. | Argument by Defendant (Mr. Corry). |

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 3

| | |
|---|---|
| 11:59 a.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Government's Motion in Limine Re: Defendant's Proposed Improper Impeachment of Government Witness, Robert Wilson, Relating to Misdemeanor Offenses Not Relating to Dishonesty or False Statements (#216 - 1/3/06) is **GRANTED IN PART and DENIED IN PART as outlined by the Court.** |
| **ORDERED:** | Mr. Corry shall not refer to the misdemeanor charge against the informant in opening statement. |
| 12:03 p.m. | Discussion regarding the fact that this trial should take two or three days. |
| | Court's remarks to counsel that this trial may start on Tuesday, March 21, 2006. |
| 12:05 p.m. | Discussion regarding clarification on the Court's ruling on misdemeanor offenses against informant, the fact that Defendant is asserting entrapment defense, and issues related to jury instructions. |
| **ORDERED:** | Parties shall file legal authority related to the Defendant asserting an entrapment defense by **Wednesday, March 15, 2006.** |
| 12:16 p.m. | Court outlines procedures for jury selection. |
| **ORDERED:** | Counsel will not be allowed to conduct supplemental voir dire. |
| **ORDERED:** | The juror in seat number seven (7) will be the alternate juror. |
| 12:19 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **forty (40) minutes per side.** |
| 12:20 p.m. | Discussion regarding additional jury instruction to be submitted by Government and the tendered verdict form. |
| 12:21 p.m. | Bench conference off the record between the Court, Mr. Boma, and Mr. Corry. |
| 12:24 p.m. | Court's remarks regarding bench conference off the record. |
| **ORDERED:** | This matter is continued to this afternoon at 3:00 p.m. |
| **12:25 p.m.** | Court in Recess |

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 4

**3:08 p.m.**     Court in Session

Defendant's oral motion to withdraw as counsel.

3:09 p.m.     Argument by Defendant (Mr. Corry).

3:09 p.m.     Argument by Government (Mr. Boma).

**ORDERED:**     Defendant's oral motion to withdraw as counsel is **GRANTED.**

**ORDERED:**     Mr. Corry shall file a written motion to withdraw as counsel by **Tuesday, March 14, 2006, at 5:00 p.m.**

**ORDERED:**     Trial to jury set to commence on Monday, March 20, 2006 is **VACATED.**

Court makes inquiry of Mr. Kebles regarding efforts to obtain new counsel.

3:10 p.m.     Statement by Mr. Kebles regarding efforts to obtain new counsel.

**ORDERED:**     Parties no longer need to file legal authority related to the Defendant asserting an entrapment defense by **Wednesday, March 15, 2006.**

3:14 p.m.     Mr. Boma requests that Mr. Corry provide all discovery to new counsel in this case.

**ORDERED:**     Mr. Corry shall provide all discovery to new counsel that is hired by Mr. Kebles.

**3:15 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:53**