**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Date:                   March 13, 2006               Prob./Pret.:   N/A
Courtroom Deputy:   Robert R. Keech              Interpreter:   N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No.  **03-cr-00249-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                  James R. Boma

                 Plaintiff,

v.

**1. MICHAEL KEBLES**,                         Robert J. Corry, Jr.

                 Defendant.

_____

**AMENDED COURTROOM MINUTES**
_____

**HEARING ON DURESS DEFENSE and FINAL TRIAL PREPARATION CONFERENCE**

**10:39 a.m.**      Court in Session - Defendant present (on-bond)

                 APPEARANCES OF COUNSEL.

                 Court makes inquiry of Mr. Corry regarding obtaining an expert witness.

10:40 a.m.       Statement by Mr. Corry that Defendant has not obtained an expert witness.

                 Court's opening remarks regarding duress defense.

                 Duress defense is raised for argument.

10:43 a.m.       Argument by Defendant (Mr. Corry).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Amended Courtroom Minutes
Page 2

10:53 a.m.       Defendant's witness **Michael Kebles** sworn.

                 Direct examination by Defendant (Mr. Corry).

11:00 a.m.       Court's examination of witness.

11:02 a.m.       Direct examination by Defendant continues (Mr. Corry).

11:09 a.m.       Cross examination by Government (Mr. Boma).

11:16 a.m.       Court's examination of witness.

11:24 a.m.       Cross examination by Government continues (Mr. Boma).

11:26 a.m.       Court's examination of witness.

11:27 a.m.       Re-Direct examination by Defendant (Mr. Corry).

11:29 a.m.       Court's examination of witness.

11:31 a.m.       Re-Direct examination by Defendant continues (Mr. Corry).

11:34 a.m.       Defendant rests

11:34 a.m.       Argument by Defendant (Mr. Corry).

11:51 a.m.       Argument by Government (Mr. Boma).

                 Court makes findings.

**ORDERED:**     Defendant will not be allowed to assert the duress defense at trial.

                 Government's Motion in Limine Re: Defendant's Proposed Improper
                 Impeachment of Government Witness, Robert Wilson, Relating to Misdemeanor
                 Offenses Not Relating to Dishonesty or False Statements (#216 - 1/3/06) is
                 raised for argument.

11:54 a.m.       Argument by Government (Mr. Boma).

11:54 a.m.       Argument by Defendant (Mr. Corry).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Amended Courtroom Minutes
Page 3

11:59 a.m.      Argument by Government (Mr. Boma).

**ORDERED:**      Government's Motion in Limine Re: Defendant's Proposed Improper
Impeachment of Government Witness, Robert Wilson, Relating to Misdemeanor
Offenses Not Relating to Dishonesty or False Statements (#216 - 1/3/06) is
**GRANTED IN PART and DENIED IN PART as outlined by the Court.**

**ORDERED:**      Mr. Corry shall not refer to the misdemeanor charge against the informant in
opening statement.

12:03 p.m.      Discussion regarding the fact that this trial should take two or three days.

Court's remarks to counsel that this trial may start on Tuesday, March 21, 2006.

12:05 p.m.      Discussion regarding clarification on the Court's ruling on misdemeanor
offenses against informant, the fact that Defendant is asserting entrapment
defense, and issues related to jury instructions.

**ORDERED:**      Parties shall file legal authority related to the Defendant asserting an
entrapment defense by **Wednesday, March 15, 2006.**

12:16 p.m.      Court outlines procedures for jury selection.

**ORDERED:**      Counsel will not be allowed to conduct supplemental voir dire.

**ORDERED:**      The juror in seat number seven (7) will be the alternate juror.

12:19 p.m.      Discussion regarding time limits for opening statements.

**ORDERED:**      Opening statements shall not exceed **forty (40) minutes per side.**

12:20 p.m.      Discussion regarding additional jury instruction to be submitted by Government
and the tendered verdict form.

12:21 p.m.      Bench conference off the record between the Court, Mr. Boma, and Mr. Corry.

12:24 p.m.      Court's remarks regarding bench conference off the record.

**ORDERED:**      This matter is continued to this afternoon at 3:00 p.m.

**12:25 p.m.**      Court in Recess

Judge Wiley Y. Daniel
03-cr-00249-WYD - Amended Courtroom Minutes
Page 4

| | |
|---|---|
| **3:08 p.m.** | Court in Session |
| | Defendant's oral motion to withdraw as counsel. |
| 3:09 p.m. | Argument by Defendant (Mr. Corry). |
| 3:09 p.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Defendant's oral motion to withdraw as counsel is **GRANTED.** |
| **ORDERED:** | Mr. Corry shall file a written motion to withdraw as counsel by **Tuesday, March 14, 2006, at 5:00 p.m.** |
| **ORDERED:** | Trial to jury set to commence on Monday, March 20, 2006 is **VACATED.** |
| | Court makes inquiry of Mr. Kebles regarding efforts to obtain new counsel. |
| 3:10 p.m. | Statement by Mr. Kebles regarding efforts to obtain new counsel. |
| **ORDERED:** | Parties no longer need to file legal authority related to the Defendant asserting an entrapment defense by **Wednesday, March 15, 2006.** |
| 3:14 p.m. | Mr. Boma requests that Mr. Corry provide all discovery to new counsel in this case. |
| **ORDERED:** | Mr. Corry shall provide all discovery to new counsel that is hired by Mr. Kebles. |
| **ORDERED:** | Bond is **CONTINUED.** |
| **3:15 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  1:53**