UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defense Counsel's Unopposed Motion to Withdraw as Counsel and to Vacate Trial Date (# 243), filed March 13, 2006. Withdrawal of counsel in a criminal case is governed by D.C.COLO.LCrR 57.5D. Robert J. Corry, counsel for Defendant Michael Kebles, states in his Motion that an ethical conflict has arisen which necessitates his withdrawal from this case and that the Government does not oppose his withdrawal. As required by the Local Rule, Mr. Corry provided adequate notice to his client of his withdrawal.

Mr. Corry further requests that the trial be vacated and that the Court grant an "ends of justice continuance," stating that failure to grant a continuance would deny Defendant and his counsel the reasonable time necessary for effective trial preparation. The trial in this matter is currently scheduled to commence on Monday, March 20, 2006, which is less than a week away. I agree that the ends of justice served by an additional continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

    ORDERED that the Unopposed Motion to Withdraw as Counsel and to Vacate Trial Date (# 243), filed March 13, 2006, is **GRANTED**. It is

    FURTHER ORDERED that Robert J. Corry, Jr. is no longer counsel of record for Defendant. It is

    FURTHER ORDERED that the four-day jury trial scheduled to commence Monday, March 20, 2006, is **VACATED**. It is

    FURTHER ORDERED that new defense counsel shall file an Entry of Appearance with the Court by **Friday, April 7, 2006.** It is

    FURTHER ORDERED that a status conference will be held on **Tuesday, June 6, 2006, at 11:00 a.m.** It is

    FURTHER ORDERED that Mr. Corry retain all discovery provided by the Government and tender it to new counsel.

    Dated: March 16, 2006

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge