IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RETAIN NEW COUNSEL AND TO ALLOW NEW COUNSEL TO FILE AN ENTRY OF APPEARANCE WITH THE COURT

---

The Defendant, Michael Kebles, *pro se*, respectfully moves for an extension of time in which to retain new counsel, and for an extended deadline for new counsel to file an Entry of Appearance with the Court; and as grounds therefor, states as follows:

1. At a hearing on March 13, 2006, the Court directed the Defendant to "accelerate" his efforts to retain new counsel to replace Robert J. Corry, Jr., whose Unopposed Motion to Withdraw as Counsel was granted at that same hearing.

2. Beginning that very day, March 13, 2006, Defendant immediately undertook a thorough search for a new attorney. After scrutinizing many references and conducting many interviews, Defendant concluded that he could find no attorney better qualified or more experienced than Joseph Saint-Veltri of 900 Logan Street, Denver, Colorado.

3. Mr. Saint-Veltri has agreed to begin serving as new defense counsel as soon as he is paid. Defendant is working expeditiously to raise the funds to pay Mr. Saint-Veltri's fee, but requires at least one month to sell his house and personal property to raise the required money.

4. In the meantime, Defendant's prospective new attorney cannot be hired and, consequently, cannot comply with the Court's Order, dated March 16, 2006, to "file an Entry of Appearance with the Court by **Friday, April 7, 2006**."

1

5. Defendant has worked diligently to attempt to comply with the Court's deadline of April 7, 2006, but does respectfully submit that Mr. Corry's abrupt and unexpected departure from this case has placed him in a legally awkward and financially difficult position, requiring the Defendant to locate, interview, brief, and pay for his **fourth** attorney.

6. Therefore, pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, Defendant requests an extension of one month in which to raise the funds to pay for his new counsel; and further requests that new counsel be allowed to file an Entry of Appearance with the Court by **Monday, May 8, 2006**.

WHEREFORE, Defendant respectfully moves the Court for an Order extending the Court's previous deadline of Friday, April 7, 2006, by thirty-one days.

Respectfully submitted this seventh day of April, 2006.

MICHAEL KEBLES
Defendant *pro se*
4495 Xavier Street
Denver, Colorado 80212
720-323-1112

2