UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion for an Extension of Time to Retain New Counsel and to Allow New Counsel to File an Entry of Appearance with the Court [# 250], filed April 7, 2006. By Order dated March 16, 2006, Defendant was ordered to retain new counsel and to have such counsel file an entry of appearance by Friday, April 7, 2006. In his present motion, Defendant states that he has found new counsel and is trying to raise funds to pay new counsel's fees. As such, Defendant requests that new counsel be allowed to file an entry of appearance by Monday, May 8, 2006. Having reviewed the motion and being fully advised, it is

    ORDERED that Defendant's Motion for an Extension of Time to Retain New Counsel and to Allow New Counsel to File an Entry of Appearance with the Court is **GRANTED**. It is

    FURTHER ORDERED that new counsel for Defendant shall file an entry of appearance by **Monday, May 8, 2006**.

-2-

Dated: April 17, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge