UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The status conference scheduled for Tuesday, June 6, 2006, at 11:00 a.m. is **VACATED and RESET** for **Wednesday, June 7, 2006, at 3:30 p.m.**

    Dated:  April 26, 2006

                                    s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge