MAY-08-2006 16:49                        95%                        P.02

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2006

GREGORY C. LANGHAM
                    CLERK

---

## DEFENDANT'S MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO RETAIN NEW COUNSEL AND TO ALLOW NEW COUNSEL TO FILE AN ENTRY OF APPEARANCE WITH THE COURT

---

    The Defendant, Michael Kebles, *pro se*, respectfully moves for an additional extension of time in which to retain new counsel, and for an extended deadline for new counsel to file an Entry of Appearance with the Court; and as grounds therefor, states as follows:

    1.    On Friday, April 7, 2006, the date previously set by the Court as the deadline for new defense counsel to file his Entry of Appearance, Defendant filed a Motion for an Extension of Time to Retain New Counsel and to Allow New Counsel to File an Entry of Appearance with the Court.

    2.    As of the date of this present Motion, May 8, 2006, Defendant has not received any written response from the Plaintiff's counsel, James R. Boma, Assistant United States Attorney, or from the Clerk of the Court, or from the Court itself. As far as Defendant can ascertain, his earlier Motion was granted by the Court on April 16th or April 26, 2006.

    3.    Upon checking with the Clerk, Defendant has learned that there is some confusion as to his *pro se* status, which he officially received upon the withdrawal of his counsel, Robert J. Corry, Jr., on March 13, 2006. The Clerk's Office was apparently unaware of this change in Defendant's status and consequently did not provide him with the Court's Order granting his earlier Motion. Upon checking with the Clerk of the Court, Defendant was orally informed by telephone that his Motion had been granted and that the deadline for making an Entry of Appearance had been extended to Monday, May 8, 2006.

1

4. In setting this new deadline, the Court did grant the Defendant's request for an additional thirty-one days in which to sell his house for the purpose of raising the funds to pay for his new attorney. Defendant has worked diligently during those thirty-one days to effect the sale of his house, and has finally located a buyer who has signed a contract to purchase the property.

5. Defendant, unfortunately, underestimated the time necessary to locate a buyer **and** to complete the sale. Although a qualified buyer has been located, there is much preliminary, pre-closing work that remains to be done, including the title commitment, final approval and underwriting of the mortgage, and compliance with the underwriter's final stipulations. The estimated time to complete the sale, transfer the title, and obtain the proceeds of the sale is one month.

6. Defendant recognizes the necessity to proceed with this case, but respectfully submits that his right to obtain the counsel of his own choosing is worth a delay of one additional month.

7. Defendant therefore requests that the deadline for his new attorney to file his Entry of Appearance be extended to **Thursday, June 8, 2006**.

WHEREFORE, Defendant respectfully moves the Court for an Order extending the Court's previous deadline of Monday, May 8, 2006, by thirty-one additional days.

Respectfully submitted this eighth day of May, 2006.

*/s/ Michael Kebles*

MICHAEL KEBLES
Defendant *pro se*
4495 Xavier Street
Denver, Colorado 80212
720-323-1112

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1 and D.C.COLO.LCrR 49.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L and D.C.COLO.LCrR 49.3L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _May 8, 2006_

2. Name of attorney or *pro se* party making the transmission: _Michael Kebles_

   Facsimile number: _303 778-1230_ Telephone number: _303 778-1230_

3. Case number, caption, and title of pleading or paper: _Case No. 03-CR-249-D United States of America V. Michael Kebles Defendant's motion for an additional extension of Time_

4. Number of pages being transmitted, including the facsimile cover sheet: _3_

   Instructions, if any: _Please fax receipt to 303-778-1230_

MAY 0 8 REC'D

(Rev. 04/16/02)