UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion for an Additional Extension of Time to Retain New Counsel and to Allow New Counsel to File an Entry of Appearance with the Court [# 253], filed May 8, 2006. In his motion, Defendant seeks an extension until Thursday, June 8, 2006, to have new counsel file an entry of appearance.

By Order dated March 16, 2006, Defendant's counsel, Robert Corry, was permitted to withdraw from this case. At the time of Mr. Corry's withdrawal, Defendant was ordered to retain new counsel and to have such counsel file an entry of appearance by Friday, April 7, 2006. On April 17, 2006, I granted Defendant's request for an extension of time for new counsel to enter an appearance and gave Defendant until May 8, 2006, to retain new counsel. Defendant now seeks additional time to retain counsel. While I am inclined to grant Defendant's motion, I expect Defendant to be present at the status conference scheduled for **Wednesday, June 7, 2006**, **regardless of whether he has counsel at that time**. Accordingly, it is

ORDERED that Defendant's Motion for an Additional Extension of Time to Retain New Counsel and to Allow New Counsel to File an Entry of Appearance with the Court is **GRANTED**.  It is

FURTHER ORDERED that Defendant shall have to and including **Wednesday, June 7, 2006**, for new counsel to enter an appearance.  It is

FURTHER ORDERED that Defendant shall appear at the status conference scheduled for **Wednesday, June 7, 2006, at 3:30 p.m. regardless of whether he has counsel at that time**.

Dated:  May 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge