IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

Date:              June 7, 2006           Prob./Pret.:   N/A
Courtroom Deputy:  Bernique Abiakam       Interpreter:   N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No. **03-cr-00249-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                      James R. Boma

    Plaintiff,

v.

**1. MICHAEL KEBLES**,                         *Pro se*

    Defendant.

_____

### COURTROOM MINUTES
_____

**STATUS CONFERENCE**

**3:58 p.m.**   Court in Session - Defendant present (on-bond)

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

3:59 p.m.   Discussion regarding progress in Mr. Kebles' efforts to obtain new counsel.

4:01 p.m.   Comments by Mr. Boma.

4:03 p.m.   Further comments by Mr. Kebles.

**ORDERED:**   Defendant shall contact Nancy Rutledge, CJA Supervising Attorney, to find out his eligibility to obtain court appointed counsel.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 2

**ORDERED:**   Defendant has to and including **June 16, 2006** to file a Status Report indicating whether he has retained private counsel or is eligible for court appointed counsel.

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**4:09 p.m.**   Court in Recess - HEARING CONCLUDED.
**TOTAL TIME:  :**        **11 minutes**