UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**ORDER**
_____

    The Court held a status conference in this case on Wednesday, June 7, 2006. At that time, I ordered Defendant Michael Kebles to find out his eligibility for court-appointed counsel and to file a status report by June 16, 2006, indicating whether he had retained counsel or is eligible for court-appointed counsel. Defendant has not filed a status report as ordered by the Court. Accordingly, it is

    ORDERED that Defendant Michael Kebles shall show cause in writing why he has failed to comply with this Court's order by **Wednesday, June 28, 2006**.

    Dated: June 20, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge