IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2006

GREGORY C. LANGHAM
CLERK

Criminal Case No. 03-CR-249-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL KEBLES,

Defendant.

## DEFENDANT'S MOTION FOR CJA APPOINTED COUNSEL

The Defendant, Michael Kebles, *pro se*, respectfully moves for the appointment of counsel for himself pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b); and as grounds therefor, states as follows:

1.  At the Status Conference held on June 7, 2006, the Court directed the Defendant to ascertain his eligibility for appointed counsel under the provisions of the Criminal Justice Act.

2.  *Guidelines for the Administration of the Criminal Justice Act and Related Statutes*, Chapter II, paragraph 2.01 A(1)(i) states that representation "**shall** be provided for any financially eligible person who is charged with a felony..." The Superseding Indictment charges Defendant with several felonies.

3.  Paragraph 2.03 B states that "Relevant information bearing on the person's financial eligibility should be reflected on CJA Form 23..." Defendant has spoken to Nancy Rutledge and has filled out CJA 23, in which he provides "the court with sufficient and accurate information upon which the court can make an eligibility determination." (Paragraph 2.03 C).

1

4. The financial information submitted by Defendant clearly demonstrates that his "net financial resources and income are insufficient to enable him to obtain qualified counsel." (Paragraph 2.04). Defendant is therefore a financially eligible person for whom an appointed attorney should be provided.

WHEREFORE, Defendant respectfully moves the Court for an Order providing him with an attorney appointed pursuant to the provisions of the Criminal Justice Act.

Respectfully submitted this sixteenth day of June, 2006.

*Michael Kebles*

MICHAEL KEBLES
Defendant *pro se*
4495 Xavier Street
Denver, Colorado 80212

720-323-1112