

4495 Xavier Street
Denver, Colorado 80212
June 22, 2006

The Honorable Wiley Y. Daniel
U.S. District Court, District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294-3589

## BY HAND DELIVERY

RE:  *United States* v. *Michael Kebles*, Criminal Case No. 03-CR-249-D

Dear Judge Daniel:

Thank you for your letter inquiring about the C.J.A. motion you had directed me to file by June 16, 2006.  I did, in fact, file a DEFENDANT'S MOTION FOR CJA APPOINTED COUNSEL, by facsimile transmission, with the Clerk of the Court, at 4 p.m. on Friday, June 16, 2006.  I filed it in the same manner as I had successfully filed my two previous *pro se* motions, so I cannot explain what has happened to it, or why it is still not considered as filed.

I am today personally delivering the same DEFENDANT'S MOTION FOR CJA APPOINTED COUNSEL to the Clerk's Office, where it will be filed, in person, by me.  The required CJA Form 23 is being filed with the motion.

I am eager to obtain court-appointed counsel as soon as possible so that this case can be justly resolved as quickly as possible.

Sincerely,

*/s/ Michael Kebles*

Michael Kebles