UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**ORDER**
_____

    On June 20, 2006, I ordered Defendant Michael Kebles to show cause in writing why he failed to comply with this Court's order to file a status report regarding his eligibility for court-appointed counsel by June 16, 2006.  It appears that Defendant did comply with that order by filing a Motion for CJA Appointed Counsel on June 16, 2006. Because Defendant's motion was not actually entered into CM-ECF until June 22, 2006, the Court was not aware that it had been filed.  Because Defendant filed his motion by the imposed deadline of June 16, 2006, it is

    ORDERED that the Order to Show Cause is **DISCHARGED**.

    Dated:  June 23, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge