IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-CR-00249-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL KEBLES, et al.,

Defendant.

## ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Pro Se Defendant Michael Kebles' Motion for CJA Appointed Counsel (docket no. 258) is GRANTED. A new CJA Panel Attorney shall be appointed to represent Defendant Michael Kebles.

Date: June 26, 2006