CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Kebles, Michael | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>03-cr-00249-WYD-1 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S. v. Kebles | 8. PAYMENT CATEGORY<br>x Felony       G Petty Offense<br>G Misdemeanor   G Other<br>G Appeal | 9. TYPE PERSON REPRESENTED<br>x Adult Defendant    G Appellant<br>G Juvenile Defendant  G Appellee<br>G Other | | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>Criminal Case |

11. OFFENSE(S) CHARGED *(Cite U.S. Code, Title & Section)* If more than one offense, list (up to five) major offenses charged, according to severity of offense.
     21   846=CD.F

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*,<br>AND MAILING ADDRESS<br>Sullivan, John F. III<br>155 S. Madison<br>Suite 209<br>Denver, CO 80209<br><br>Telephone Number :         303-320-1250 | 13. COURT ORDER<br>  x  O  Appointing Counsel           G C  Co-Counsel<br>     G F  Subs For Federal Defender     G R  Subs For Retained Attorney<br>     G P  Subs For Panel Attorney        G Y  Standby Counsel<br><br>Prior Attorney's Name: _____<br>    Appointment Dates: _____<br>  G Because the above-named person represented has testified under oath or has otherwise<br>satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not<br>wish to waive counsel, and because the interests of justice so require, the attorney whose name<br>appears in Item 12 is appointed to represent this person in this case, OR<br>  G Other *(See Instructions)*<br><br>          s/Michael J. Watanabe<br>       Signature of Presiding Judge or By Order of the Court<br><br>          7/7/06<br>       Date of Order                Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of<br>appointment.       G YES    G NO |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | |

| **CLAIM FOR SERVICES AND EXPENSES** | | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| **(RATE PER HOUR = $         )   TOTALS:** | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| **(RATE PER HOUR = $         )   TOTALS:** | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>  FROM: _____     TO: _____ | 20. APPOINTMENT TERMINATION DATE<br>   IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS        G Final Payment       G Interim Payment Number _____       G Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  G YES     G NO     If yes, were you paid?    G YES   G NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this
representation?    G YES    G NO    If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**

  Signature of Attorney _____          Date _____

| **APPROVED FOR PAYMENT — COURT USE ONLY** | | | | | |
|---|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved<br>    in excess of the statutory threshold amount.* | | | DATE | | 34a. JUDGE CODE |