UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL KEBLES,

      Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A Status Conference is scheduled for **Friday, July 28, 2006, at 4:30 p.m.**  The parties shall be prepared to advise the Court of the status of the case and discuss trial-management deadlines.

      Dated:  July 24, 2006