IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-249-WYD

UNITED STATES OF AMERICA,
                                Plaintiff,

vs.

MICHAEL KEBLES
                                Defendant.

## MOTION FOR AN "ENDS OF JUSTICE" FINDING TO ALLOW TIME FOR COUNSEL TO REVIEW DISCOVERY

      Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and, pursuant to 18 U.S.C. Section 3161(h)(8)(A), respectfully requests this Court grant an extension of time before any trial or motions date is set in order to give counsel time to review the discovery in this case. In support of his motion counsel would offer the following:

      1) Counsel was recently appointed CJA counsel for Mr. Kebles. Counsel picked up the discovery on this case from former counsel for Mr. Kebles, Robert Corry, on July 27, 2006 and has begun to review it.

      2) However, in order to properly prepare for this case, counsel will need more time and submits that the ends of justice served by granting an extension of time outweigh the best interest of the public and the Defendant in a speedy trial.

      3) Counsel has spoken with counsel for the government and they have no objection to the Court's granting such an extension of time.

      4) This motion is not being filed with the intent to unnecessarily delay the proceedings or to cause prejudice to the government in its prosecution of this case.

WHEREFORE, the Defendant, by counsel, respectfully requests this Court find that the ends of justice served by granting an extension of time for counsel to review the discovery before setting a motions or trial date outweigh the best interests of the public and Defendant in a speedy trial and for all other relief proper in the premises.

Respectfully submitted this 31st day of July 2006.

                          /s/

By:  John F. Sullivan III,
       155 S. Madison Street, Suite 209
       Denver, CO 80209
       (303) 748-4343