## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

---

Date:                  July 28, 2006            Prob./Pret.:   N/A
Courtroom Deputy:  Robert R. Keech         Interpreter:    N/A
Court Reporter/ECR: Kara Spitler

---

Criminal Case No.  **03-cr-00249-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    James R. Boma

         Plaintiff,

v.

**1. MICHAEL KEBLES**,                              John F. Sullivan, III

         Defendant.

---

## COURTROOM MINUTES
---

**STATUS CONFERENCE**

**4:50 p.m.**      Court in Session - Defendant present (on-bond)

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

4:50 p.m.      Discussion regarding the status of the case, time necessary for Mr. Sullivan to review the file and be prepared to move forward.

**ORDERED:**   Mr. Sullivan shall have # weeks to review the file.

**ORDERED:**   This status conference is **CONTINUED** to **Wednesday, August 30, 2006, at 4:00 p.m.**

**ORDERED:**   Mr. Sullivan shall file a status report not later than **Friday, August 25, 2006.**

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 2

4:55 p.m.      Statement by Government regarding an ends of justice finding.

**ORDERED:**    Defendant shall file a motion for an ends of justice finding as soon as possible.

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**4:56 p.m.**    Court in Recess - HEARING CONTINUED.

**TOTAL TIME  :06**