UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MICHAEL KEBLES,

     Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion for an "Ends of Justice" Finding to Allow Time for Counsel to Review Discovery [# 266], filed July 31, 2006. In the motion, counsel for Defendant indicates that a continuance is sought in this case because he was recently appointed counsel for Defendant and only received discovery on the case from Defendant's former counsel on July 27, 2006. Defendant's counsel also states in the motion that the Government has no objection to granting a continuance.

The Court, having reviewed the motion and being fully advised in the premises, hereby grants the motion pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). I find that the failure to grant a continuance in this case, which I do not find to be complex, would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, defense counsel has indicated that he will not have time to prepare for this case because he only recently received the discovery in this case

-2-

from Defendant's former counsel.  I further find that the ends of justice served by an

additional continuance in this case outweigh the best interest of the public and

Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Motion for an "Ends of Justice" Finding to Allow

Time for Counsel to Review Discovery is **GRANTED** pursuant to 18 U.S.C. §

3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that sixty (60) days are excluded from the Speedy Trial

deadlines.  It is

FURTHER ORDERED that a status conference will be held **Wednesday,**

**August 30, 2006, at 4:00 p.m.** to discuss the status of this case and impose

appropriate trial-management deadlines.

Dated:  August 11, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge