**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 03-cr-00249-D**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

**DEFENDANT MICHAEL KEBLES' STATUS REPORT**

---

    The Defendant, by counsel, John Sullivan, III, files the following status report as ordered by this Honorable Court on July 28, 2006.

    1) Counsel has received approximately 600 pages of discovery which contain DEA reports, search warrant documents, forfeiture documents, and criminal histories.  Counsel has briefly reviewed those documents.

    2) Counsel has reviewed over a hundred pages of pleadings in detail along with the previous attorneys' files.

    3) Counsel has had several conversations with the Defendant and the Assistant United States Attorney Mr. Boma and discussed with them their opinions of the status of the case and impressions of where the case is headed.

    4) Counsel understands that this case is from 2003 and has been heavily litigated by the previous attorneys and does not wish to duplicate their efforts so counsel does not see any obvious need to file additional motions .  Counsel believes that further investigation may be warranted and

possibly an expert approved to render an opinion. This would likely require more time. However, counsel is in no way foreclosing the possibility of a disposition.

Respectfully submitted this 25th day of August, 2006.

                                               s/John Sullivan
                                               By: John F. Sullivan, III
                                               Law Office of John F. Sullivan, III, PC
                                               155 South Madison Street, #209
                                               Denver, CO 80209
                                               (303) 748-4343

**Certificate of Service**

I hereby certify that on August 25, 2006 I sent a copy of this Status Report to the following via ECF:

Mr. James Boma
Assistant United States Attorney