IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | August 30, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00249-WYD**     Counsel:

UNITED STATES OF AMERICA,              James R. Boma

       Plaintiff,

v.

**1. MICHAEL KEBLES**,                  John F. Sullivan, III

       Defendant.

_____

### COURTROOM MINUTES
_____

**CONTINUATION OF STATUS CONFERENCE (continued from July 28, 2006)**

**4:11 p.m.**   Court in Session - Defendant present (on-bond)

       APPEARANCES OF COUNSEL.

       Court's opening remarks to defendant regarding being prompt.

4:12 p.m.   Discussion regarding the status of the case, the fact that there is a possibility of a disposition being reached, and possible trial dates.

**ORDERED:**   A 3-day trial to jury is set to commence on **Monday, November 20, 2006, at 8:30 a.m. in courtroom A-1002.**

**ORDERED:**   Final trial preparation conference is set for **Tuesday, November 14, 2006, at 4:30 p.m., in courtroom A-1002.**

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes
Page 2

**ORDERED:**   Counsel shall make themselves familiar with the Court's Practice Standards.

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**4:16 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME  :05**