IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-249-WYD

UNITED STATES OF AMERICA,
                              Plaintiff,

vs.

MICHAEL KEBLES
                              Defendant.

**NOTICE OF INTENTION TO ASSERT THE AFFIRMATIVE DEFENSE OF ENTRAPMENT**

      Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and, respectfully gives notice to the Court that he intends to assert the defense of entrapment in this case. In support of this notice Mr. Kebles offers the following:

      1) Mr. Kebles will request that the Court give the entrapment instruction as submitted by the Defendant as "Defendant's I" in his filing of December 22, 2005.

      2) "A defendant is 'entitled to an entrapment instruction whenever there is sufficient evidence from which a reasonable jury could find entrapment.'" *United States v. Banuelos, 117 Fed. Appx. 692, 698 (10th Cir. 2004)(citing Mathews v. United States, 485 U.S. 58, 62, 108 S. Ct. 883, 99 L.Ed.2d 54 (1988).* "The defendant must show, either by presenting his own evidence or by pointing to the evidence presented by the government in its case-in-chief, his lack of predisposition to commit the crime and 'government involvement and inducement.'" *Id. (citing United States v. Ortiz, 804 F.2d 1161, 1164-5 (10th Cir. 1986)).*

      3) Mr. Kebles will be able to show that it was a government agent in this case, Robert Wilson, who induced Mr. Kebles to commit this offense by calling Mr. Kebles and using Mr. Kebles' sister as an undue influence to have Mr. Kebles agree to sell drugs to Mr. Wilson.

Moreover, Mr. Kebles will also be able to show that he was not predisposed to commit the offense given the opportunity. This is due to Mr. Kebles' not having any criminal history of such offenses and having a legitimate business remodeling houses and installing and maintaining sprinkler systems.

      4) The Defendant submits that he will be entitled to an entrapment instruction after he shows these two elements either in his case or through cross examination of the government's witnesses. *See United States v. Nguyen, 413 F.3d 1170 (10th Cir. 2005).*

Respectfully submitted this 10th day of November 2006.

        s/John Sullivan
By:  John F. Sullivan III,
      155 S. Madison Street, Suite 209
      Denver, CO 80209
      (303) 748-4343

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2006, true and correct copies of the foregoing were served via ECF upon:

Mr. James Boma
james.boma@usdoj.gov

      s/John Sullivan