IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S UNOPPOSED EMERGENCY MOTION
TO VACATE FINAL PRE-TRIAL CONFERENCE AND TO CONTINUE TRIAL
DUE TO UNAVAILABILITY OF AN INDISPENSABLE GOVERNMENT WITNESS**

---

    **THIS MATTER**, coming to be hearing on the above-captioned Motion, and the Court, after reviewing this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby **ORDERED** that the Motion should be, and is hereby **GRANTED.**

    Therefore, the Final Trial Preparation Conference and the Jury Trial in this matter, currently set for Tuesday, November 14, 2006, at 4:30 p.m., and on Monday, November 20, 2006, at 8:30 a.m., respectively, are hereby **VACATED.**

    The Government is **ORDERED** to file its status report on its witness' availability not later than 30 days from the date of the entry of this Order.

    Further, the Court finds that the time between the filing of this motion through the new trial date is hereby excluded for the purposes of the Speedy Trial Act, pursuant to

the provisions of 18 U.S.C. §§ 3161(h)(3)(A) and (h)(8)(A), due to the unavailability of an essential Government and defense witness, Special Agent Carl Force, DEA.

Finally, the Court finds that the ends of justice served by this continuance outweighs the best interests of the public and this defendant in a speedy trial.

**DONE AND ORDERED** this \_\_\_\_\_ day of November, 2006.

_____
WILEY Y. DANIEL
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO