IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED EMERGENCY MOTION TO VACATE
FINAL PRE-TRIAL CONFERENCE AND TO CONTINUE TRIAL DUE TO
UNAVAILABILITY OF AN INDISPENSABLE GOVERNMENT WITNESS**

---

     The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully moves the Court to vacate the Final Trial Preparation Conference, currently set for Tuesday, November 14, 2006, at 4:30 p.m., and the jury trial presently set to commence on Monday, November 20, 2006, at 8:30 a.m., showing unto the Court as follows:

    1.    As the Court is aware, the Government's lead agent and a trial witness in this matter, Special Agent Carl Force, DEA, has been reassigned to DEA's San Juan, Puerto Rico office.  The undersigned was recently advised that S/A Force has an ear condition that will require S/A Force to have tubes implanted.  At present and for the immediate future, S/A Force's attending physician doctor has advised that he is in a "no

fly" status as he cannot properly clear his ears due to his present condition. At this time, it is unclear as to whether the treatment will be successful nor how long it will take to determine S/A Force's prognosis and ability to fly.  If he continues in a "no fly" status, the Government may have to look into having S/A Force travel via ship from Puerto Rico to the continental United States and then proceed to Denver via ground transportation.  It is hoped that his condition will improve sufficiently so that he can fly to Denver for the trial in the near, but not immediate, future.

      3.     The undersigned conferred with John Sullivan, Esquire, counsel for Michael Kebles, this date and advised him of S/A Force's condition and prognosis.  Mr. Sullivan has authorized me to state that he does not oppose the relief requested herein.  Further, Mr. Sullivan stated that S/A Force is a critical defense witness as well.

      4.     In light of the foregoing, and the uncertain nature of S/A Force's medical condition and ongoing treatment, the Government would suggest that it file a status report in 30 days on S/A Force's condition. If it appears at that point that S/A Force will not be able to fly, the Government will pursue the other transportation methods set forth herein above to ensure that S/A Force is available for travel.

      WHEREFORE, and in light of the foregoing, the Government respectfully moves that the Final Trial Preparation Conference and the Jury Trial in this matter, currently set for Tuesday, November 14, 2006, at 4:30 p.m., and on Monday, November 20, 2006, at 8:30 a.m., respectively, be vacated and that the Government be ordered to file its status report on S/A Force's condition in 30 days if the Court grants the Government's motion.  Further, the Government would ask that the Court make a

finding that the time between the date of the filing of this Motion until the trial commences be deemed excludable time under the provisions of 18 U.S.C. §§ 3161(h)(3)(A) and (h)(8)(A) due to the unavailability of an essential witness.

Respectfully submitted this 13th day of November, 2006,

TROY A. EID
UNITED STATES ATTORNEY


By: *s/ James R. Boma*
JAMES R. BOMA
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
E-mail:  james.boma@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of January, 2006, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED EMERGENCY MOTION TO VACATE FINAL PRE-TRIAL CONFERENCE AND TO CONTINUE TRIAL DUE TO UNAVAILABILITY OF AN INDISPENSABLE GOVERNMENT WITNESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Robert John Corry , Jr
    robert.corry@comcast.net


and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner indicated:

    S/A Carl Force, DEA,
    fax: (787) 775-1844

                              *s/Diana L. Brown*
                              DIANA L. BROWN
                              Legal Assistant
                              U.S. Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, Colorado 80202
                              Telephone: 303-454-0358
                              Fax: 303-454-0401
                              E-mail:  diana.brown@usdoj.gov