IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL KEBLES
2. TERESA KEBLES,

        Defendant.

## MOTION TO WITHDRAW

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, through James Boma, Assistant United States Attorney, hereby files its Motion to Withdraw Joseph T. Urbaniak as counsel of record in the above-captioned case. As grounds for this motion, the government states that Joseph T. Urbaniak is no longer employed as an Assistant United States Attorney for the District of Colorado.

Dated this __21st__ day of __ November __, 2006.

        Respectfully submitted,

        TROY A. EID
        United States Attorney


        by: s/ James Boma
        James Boma
        Assistant United States Attorney
        U.S. Attorney's Office

1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
E-mail: James.Boma@usdoj.gov
Attorney for Government