**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. MICHAEL KEBLES
2. TERESA KEBLES,

   Defendant.

---

**PROPOSED ORDER**

---

  The Court has for consideration the government's Motion to Withdraw. Upon consideration, it is

  ORDERED that the government's Motion is granted. AUSA Joseph T. Urbaniak is hereby allowed to withdraw from this case. Counsel of record for this case is AUSA James Boma.

  IT IS SO ORDERED on this ____ day of _____, 2006.

                _____
                UNITED STATES DISTRICT JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO