### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES
2. TERESA KEBLES,

    Defendant.

### ORDER

The Court has for consideration the government's Motion to Withdraw. Upon consideration, it is

ORDERED that the government's Motion is granted. AUSA Joseph T. Urbaniak is hereby allowed to withdraw from this case. Counsel of record for this case is AUSA James Boma.

Dated: November 22, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge