IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

## GOVERNMENT'S STATUS REPORT RE AVAILABILITY OF A CRITICAL GOVERNMENT WITNESS (DOCUMENT NUMBER 288)

The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby responds as directed by this Court's Order of December 14, 2006 (Document Number 288), with respect to the status of Special Agent Carl Force, DEA, showing unto the Court as follows:

1.    Special Agent Force has advised the undersigned that his attending physician has now cleared him for air travel, thereby permitting him to travel to Denver from San Juan, Puerto Rico, for the trial of this matter.

Respectfully submitted this 12th day of December, 2006,

        TROY A. EID
        UNITED STATES ATTORNEY

By:  s/ James R. Boma
      JAMES R. BOMA
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO  80202
      Telephone:  (303) 454-0100
      Fax:  (303) 454-0401
      E-mail:  james.boma@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, I electronically filed the foregoing **GOVERNMENT'S STATUS REPORT RE AVAILABILITY OF A CRITICAL GOVERNMENT WITNESS (DOCUMENT NUMBER 288)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**John F. Sullivan, III**
jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

S/A Carl Force, DEA, in San Juan at **(Via Fax to (787) 775-1844)**

                s/Lisa Vargas
                LISA VARGAS
                Legal Assistant to
                James R. Boma
                Assistant United States Attorney
                United States Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone:  (303) 454-0100
                FAX: (303) 454-0409
                E-mail:  Lisa.Vargas@usdoj.gov