IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-249-WYD

UNITED STATES OF AMERICA,
                        Plaintiff,

vs.

MICHAEL KEBLES
                        Defendant.

## MOTION FOR AN "ENDS OF JUSTICE" FINDING TO ALLOW TIME FOR COUNSEL TO SECURE EXPERT TESTIMONY

      Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and, pursuant to 18 U.S.C. Section 3161(h)(8)(A), respectfully requests this Court grant an extension of time before any trial date is set for counsel to retain an expert in this case. In support of his motion counsel would offer the following:

      1) Counsel is CJA counsel for Mr. Kebles.

      2) There are issues in this case which, in order to properly prepare for trial, have required the assistance of an expert. Mr. Michael Levine has prepared an expert report which may be useful in the defense of Mr. Kebles but Mr. Levine has not yet been retained as counsel determines if he will be the expert who will be used in the trial.

      3) In order to properly decide who will be the best expert and then apply for CJA funds to pay for the expert counsel will need more time and submits that the ends of justice served by granting an extension of time outweigh the best interest of the public and the Defendant in a speedy trial.

      4) Counsel has spoken with counsel for the government and they have no objection to the Court's granting such an extension of time.

5) This motion is not being filed with the intent to unnecessarily delay the proceedings or to cause prejudice to the government in its prosecution of this case.

WHEREFORE, the Defendant, by counsel respectfully requests this Court find that the ends of justice served by granting an extension of time for counsel to consider and request funds for an expert outweigh the best interests of the public and Defendant in a speedy trial and for all other relief proper in the premises.

Respectfully submitted this 22nd day of December 2006.

                         s/John F. Sullvan III
              By:  John F. Sullivan III,
                     155 S. Madison Street, Suite 209
                     Denver, CO 80209
                     (303) 748-4343

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2006, true and correct copies of the foregoing **MOTION** were served via ECF upon:

Mr. James Boma, Esq.
Assistant United States Attorney
1225 17th Street, Suite 700
17th Street Plaza
Denver, CO 80202                s/John F. Sullivan, III