# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | December 20, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

_____

Criminal Case No. **03-cr-00249-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

       Plaintiff,

v.

**1. MICHAEL KEBLES**,                        John F. Sullivan, III

       Defendant.

_____

## COURTROOM MINUTES
_____

**STATUS CONFERENCE**

**11:18 a.m.**   Court in Session - Defendant present (on-bond)

       APPEARANCES OF COUNSEL.

       Court's opening remarks regarding the arrest of Mr. Kebles.

11:19 a.m.   Statement by Defendant regarding the arrest (Mr. Sullivan).

11:20 a.m.   Discussion regarding the status of the case and setting a trial date.

**ORDERED:**   Defendant shall file a motion for an ends of justice finding to extend speedy trial deadlines.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

        Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**11:29 a.m.**   Court in Recess - HEARING CONTINUED

**TOTAL TIME  0:11**