UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion for an "Ends of Justice" Finding to Allow Time for Counsel to Secure Expert Testimony [# 294], filed December 22, 2006.  In the motion, defense counsel indicates that a continuance is sought because the remaining time until trial is inadequate for counsel to effectively represent the Defendant.  Counsel for the Defendant further indicates that the Government does not oppose the requested continuance.

The Court, having reviewed the motion, and being fully advised in the premises, hereby finds that Defendant's Unopposed Motion for an "Ends of Justice" Finding to Allow Time for Counsel to Secure Expert Testimony should be granted.  I find that the failure to grant a continuance in this case which I do not find to be complex would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, defense counsel has indicated that he expects that the defense in this case will involve the presentation of expert testimony.  Mr. Michael

Levine has prepared an expert report which may be useful in the defense of Mr. Kebles, but Mr. Levine has not yet been retained by the defense. Additionally, the defense will need additional time to determine who will be the best expert and then apply for CJA funds to pay for the expert. I further find that the ends of justice served by an additional one hundred twenty (120) day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion for an "Ends of Justice" Finding to Allow Time for Counsel to Secure Expert Testimony filed December 22, 2006, is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). In accordance therewith, it is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional **one hundred twenty (120) days**. It is

FURTHER ORDERED that a status and case management conference is set for **Friday, April 13, 2007, at 10:30 a.m.** It is

FURTHER ORDERED that each party shall file a status report by **Friday, April 6, 2007.**

-3-

Dated: January 8, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge