IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-249-WYD

UNITED STATES OF AMERICA,
                         Plaintiff,

vs.

MICHAEL KEBLES
                         Defendant.

## NOTICE OF ADDITIONAL DEFENSE WITNESS

Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and, respectfully adds the following witness to his trial witness list originally filed on December 21, 2005:

1) Stephen Rutter, (husband of Julia Rutter owner of the Sunset Grill), 8039 South Kittredge Court, Englewood, CO 80112.

Respectfully submitted this 21st day of March 2007.

                               s/ John F. Sullivan
                   By:   John F. Sullivan III,
                             155 S. Madison Street, Suite 209
                             Denver, CO 80209
                             (303) 748-4343

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2007, true and correct copies of the foregoing **NOTICE** were served via ECF upon:

Mr. James Boma, Esq.
james.boma@usdoj.gov

                              s/John F. Sullivan