IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-249-WYD

UNITED STATES OF AMERICA,
       Plaintiff,

vs.

MICHAEL KEBLES
       Defendant.

## STATUS REPORT

  Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and, files the following status report:

  1) Counsel has received the proposed government witness list, jury instructions, exhibit list and voir dire questions and has reviewed them.  Counsel has also reviewed the previously submitted defense witness list, exhibit list and jury instructions.

  2) Counsel has been in consistent communication with Mr. Boma and received the most recent plea offer by the government and communicated said offer to the Defendant in a March 28, 2007 letter.  The Defendant has not decided whether or not to accept the offer.

  3) Counsel has nearly completed his investigation in this case.  Counsel recently requested his paralegal to request additional funding for his investigator to conduct 2 or 3 more witness interviews.

Respectfully submitted this 4th day of April 2007.

         s/John Sullivan III
       By: John F. Sullivan III,
         155 S. Madison Street, Suite 209
         Denver, CO 80209
         (303) 748-4343

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of April 2007, true and correct copies of the foregoing **STATUS REPORT** were served via ECF upon:

Mr. James Boma, Esq.
james.boma@usdoj.gov

                                  s/John F. Sullivan