UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court, the status conference set for Friday, April 13, 2007, is **VACATED and RESET to Wednesday, April 18, 2007, at 11:00 a.m.**

    Dated:  April 12, 2007