UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL KEBLES,

Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court upon review of the file.  On April 18, 2007, the

Court held a status conference in the above-captioned case.  At the status conference,

various matters including speedy trial and setting an upcoming trial date were

discussed.  Accordingly, it is

ORDERED that the parties shall file a status report and any motion to extend the

speedy trial deadline by **Wednesday, April 25, 2007.**  It is

FURTHER ORDERED that the parties shall file jury instructions, witness lists,

exhibit lists, and submit proposed voir dire questions to the Court by **Monday, May 21,**

**2007.**  It is

FURTHER ORDERED that a final trial preparation conference is set for

**Wednesday, May 23, 2007, at 8:30 a.m.**  It is

FURTHER ORDERED that a 3-day Jury Trial shall commence on **Tuesday, May**

**29, 2007, at 9:00 a.m.**  It is

Dated:  April 19, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge