**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | April 18, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00249-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

      Plaintiff,

v.

**1. MICHAEL KEBLES**,                         John F. Sullivan, III

      Defendant.

_____

**COURTROOM MINUTES**
_____

**STATUS CONFERENCE**

**11:13 a.m.**   Court in Session - Defendant present (on-bond)

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

11:13 a.m.   Discussion regarding the status of the case and speedy trial calculations.

**ORDERED:**   Counsel shall file a written motion for a further ends of justice continuance.

**ORDERED:**   A three-day trial to jury is set to commence on **Tuesday, May 29, 2007, at 9:00 a.m.**

**ORDERED:**   Trial preparation conference is set for **Wednesday, May 23, 2007, at 8:30 a.m.**

-1-

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

**ORDERED:** Trial materials, as outlined in the Court's Practice Standards dated May 30, 2006, shall be filed not later than **Monday, May 21, 2007.**

**ORDERED:** Counsel shall submit jury instructions not later than **Monday, May 21, 2007.**

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**11:27 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME  0:14**