IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-000249-WYD

UNITED STATES OF AMERICA,
                              Plaintiff,

vs.

MICHAEL KEBLES
                         Defendant.

## MOTION FOR AN "ENDS OF JUSTICE" FINDING TO ALLOW TIME FOR COUNSEL TO COMPLETE INVESTIGATION

Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and, pursuant to 18 U.S.C. Section 3161(h)(8)(A), respectfully requests this Court grant an extension of time for counsel to finish the investigation in this case. In support of his motion counsel would offer the following:

1) Counsel is CJA counsel for Mr. Kebles.

2) There are issues in this case which, in order to properly prepare for trial, have required the assistance of an investigator. Counsel has had funds approved by this Court to retain the services of an investigator. Counsel has filed for approval for more funding and that request is still pending. Counsel believes that an extension of time before trial will be necessary to have an investigator conduct additional interviews of witnesses in order for counsel to be properly prepared for trial. Counsel submits that the ends of justice served by granting an extension of time outweigh the best interest of the public and the Defendant in a speedy trial.

3) Counsel has spoken with counsel for the government and they have no objection to the Court's granting such an extension of time.

4) This motion is not being filed with the intent to unnecessarily delay the proceedings or

to cause prejudice to the government in its prosecution of this case.

WHEREFORE, the Defendant, by counsel respectfully requests this Court find that the ends of justice served by granting an extension of time for counsel to request additional funding for and obtain the services of an investigator outweigh the best interests of the public and Defendant in a speedy trial and for all other relief proper in the premises.

Respectfully submitted this 25th day of April 2007.

           s/John Sullivan
By:  John F. Sullivan III,
      155 S. Madison Street, Suite 209
      Denver, CO 80209
      (303) 748-4343

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2007, true and correct copies of the foregoing **MOTION** were served via ECF upon:

Mr. James Boma, Esq.
Assistant United States Attorney
1225 17th Street, Suite 700
17th Street Plaza
Denver, CO 80202        s/ John Sullivan