IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-000249-WYD

UNITED STATES OF AMERICA,
                        Plaintiff,

vs.

MICHAEL KEBLES
                        Defendant.

---

### JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT

---

Comes now the Defendant, Michael Kebles, by counsel John F. Sullivan, III and the United States of America by Assistant United States Attorney, James Boma and respectfully requests a short enlargement of time for the filing of a status report on the issue of speedy trial. In support of this motion counsel offer the following:

1) This Court has ordered that counsel confer with each other and draft a report on the status of the speedy trial calculation in this case.

2) As the Court knows, this case was originally filed in June of 2003 and has gone through several defense attorneys, many motions and several hearings. Thus calculating what time can be applied to the speedy trial clock is taking time. Complicating matters is that only half of this case's filings can be accessed through the ECF system so counsel has had to review the hard copies of the various motions and orders.

3) Counsel have conferred and are requesting a one week enlargement of time to complete their calculation.

4) Counsel for the defense filed a motion today which should toll the speedy trial clock.

WHEREFORE, counsel respectfully request this Court grant a one week enlargement of time to

file the status report on the speedy trial calculation and for all other relief proper in the premises.

Respectfully submitted this 25th day of April 2007.

                                                s/John Sullivan
By:  John F. Sullivan III,
      155 S. Madison Street, Suite 209
      Denver, CO 80209
      (303) 748-4343

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2007, true and correct copies of the foregoing **MOTION** were served via ECF upon:

Mr. James Boma, Esq.
Assistant United States Attorney
1225 17th Street, Suite 700
17th Street Plaza
Denver, CO 80202                s/ John Sullivan