UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Joint Motion for Enlargement of Time to File Status Report [# 310], filed April 25, 2007, is **GRANTED**.  The parties shall file the joint status report regarding speedy trial no later than **Thursday, May 3, 2007.**

    Dated:  April 26, 2007