UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL KEBLES,

      Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion for an "Ends of Justice" Finding to Allow Time for Counsel to Complete Investigation [# 309], filed April 25, 2007.  In the motion, defense counsel indicates that a continuance is sought because the remaining time until trial is inadequate for counsel to effectively investigate and conduct additional witness interviews.  Counsel for the Defendant further indicates that the Government does not oppose the requested continuance.

The Court, having reviewed the motion, and being fully advised in the premises, hereby finds that Defendant's Unopposed Motion for an "Ends of Justice" Finding to Allow Time for Counsel to Complete Investigation should be granted.  I find that the failure to grant a continuance in this case which I do not find to be complex would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  I further find that the ends of justice served by an additional one hundred twenty (120) day extension of the speedy trial deadlines outweigh the best

interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. §

3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion for an "Ends of Justice" Finding

to Allow Time for Counsel to Complete Investigation filed April 25, 2007, is **GRANTED**

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional

**one hundred twenty (120) days**.

Dated:  April 27, 2007


BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge