IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

**PARTIES' STATUS REPORT REGARDING SPEEDY TRIAL ACT COMPUTATION IN RESPONSE TO MINUTE ORDER OF APRIL 26, 2007 (DOCUMENT NUMBER 311)**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, as directed, shows unto the Court as follows:

    1.    On May 1, 2007, the undersigned conferred at length with defendant's counsel regarding the time remaining for trial of this matter under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*   Based upon the computation of the parties, to date, 4 days have elapsed on the seventy-day limit established by the statute, that is, from the arraignment of co-defendant Teresa Kebles on June 11, 2003, through June 15, 2003, the date prior to the filing of numerous motions in this matter by both defendants.

    2.    Also, and significantly, the Court has deferred ruling on defendant Michael Kebles' pending Motion to Exclude Statements, filed on March 22, 2004 (Document Number 110).   This matter and other pending motions were heard before the Court on

November 29, 2004 (Document Number 135), with an Order entered thereafter on December 13, 2004 (Document Number 137). In that Order, the Court ordered defendant Michael Kebles to provide more specificity as to which statements were sought to be excluded. To date, that has not occurred. Defendant's current counsel has advised the undersigned that he does not intend to abandon this motion, and the parties have had preliminary discussions regarding resolution of this pending motion.

3. At present, upon Motion of the defendant and based upon the Court's Order of April 27, 2007 (Document Number 313), the Speedy Trial Act has been tolled for an additional 120 days. That excludable time expires on Monday, August 27, 2007, as the 120th day falls on Saturday, August 25, 2007. As of Monday, August 27, 2007, the parties estimate that 66 days remain under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, and that trial in this matter must commence not later than Wednesday, October 31, 2007.

Respectfully submitted this 2nd day of May, 2007,

        TROY A. EID
        UNITED STATES ATTORNEY

        By: *s/ James R. Boma*
           JAMES R. BOMA
           Assistant U.S. Attorney
           U.S. Attorney's Office
           1225 17th St., Suite 700
           Denver, CO  80202
           Telephone:  (303) 454-0100
           Fax:  (303) 454-0401
           E-mail:  james.boma@usdoj.gov
           Attorney for the Government

## CERTIFICATE OF SERVICE

 I hereby certify that on this 2nd day of May, 2007, I electronically filed the foregoing **PARTIES' STATUS REPORT REGARDING SPEEDY TRIAL ACT COMPUTATION IN RESPONSE TO MINUTE ORDER OF APRIL 26, 2007 (DOCUMENT NUMBER 311)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

 John F. Sullivan, III
 jfslaw1@aol.com

              *s/Diana L. Brown*
              DIANA L. BROWN
              Legal Assistant
              U.S. Attorney's Office
              1225 17th Street, Suite 700
              Denver, Colorado 80202
              Telephone: 303-454-0358
              Fax: 303-454-0401
              E-mail:  diana.brown@usdoj.gov