IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

## GOVERNMENT'S NOTICE OF FILING OF EXHIBIT LIST

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its exhibit list in the format required by this Court.

    Further, the Government respectfully reserves the right to supplement its exhibit list as needed to respond to the testimony adduced at trial, and also as required to impeach or rebut the defendant's case, if any.

    Respectfully submitted this 18th day of May, 2007,

                          TROY A. EID
                          UNITED STATES ATTORNEY

                By:  s/ James R. Boma
                      JAMES R. BOMA
                      Assistant U.S. Attorney
                      U.S. Attorney's Office
                      1225 17th St., Suite 700
                      Denver, CO  80202
                      Telephone:  (303) 454-0100
                      Fax:  (303) 454-0401
                      E-mail:  james.boma@usdoj.gov
                      Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 18th day of May, 2007, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF FILING OF EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

John F. Sullivan, III
jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

       s/Lisa Vargas
       LISA VARGAS
       Legal Assistant to
       James R. Boma
       Assistant United States Attorney
       United States Attorney's Office
       1225 Seventeenth Street, Suite 700
       Denver, Colorado 80202
       Telephone:  (303) 454-0100
       FAX: (303) 454-0409