IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

### GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its witness list in the format required by this Court.

    Further, the Government respectfully reserves the right to supplement its witness lists as needed to respond to the testimony adduced at trial, and also as required to impeach or rebut the defendant's case, if any.

    Respectfully submitted this 18th day of May, 2007,

                  TROY A. EID
                  UNITED STATES ATTORNEY


            By: s/ James R. Boma
                  JAMES R. BOMA
                  Assistant U.S. Attorney
                  U.S. Attorney's Office
                  1225 17th St., Suite 700
                  Denver, CO  80202
                  Telephone:  (303) 454-0100
                  Fax:  (303) 454-0401
                  E-mail:  james.boma@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of May, 2006, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    John F. Sullivan, III
    jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner indicated:

    S/A Carl Force, DEA,
    fax: (787) 775-1844

                                      *s/Diana L. Brown*
                                      DIANA L. BROWN
                                      Legal Assistant
                                      U.S. Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: 303-454-0358
                                      Fax: 303-454-0401
                                      E-mail:  diana.brown@usdoj.gov