IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Wiley Y. Daniel

Case No.     03cr00249-WYD-01                                  Date   May 18, 2007

Case Title:   United States of America v. Michael Kebles

<u>   Plaintiff   </u>   WITNESS LIST
(Plaintiff/Defendant)

| | WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|---|
| 1. | Special Agent Carl Force<br>Drug Enforcement Administration (DEA) | May 29-30, 2007 (6-8 hours) |
| 2. | Custodian of Records<br>Clear Creek County Jail<br>Georgetown, Colorado | May 30, 2007 (½ hour) |
| 3. | Special Agent Philip R. Miller<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | May 30-31, 2007 (½ hour) |
| 4. | Senior Forensic Chemist Phyllis E. Quinn<br>DEA Western Regional Laboratory | May 30-31, 2007 (1 hour) |
| 5. | Special Agent Michael J. Tinkler, DEA<br>(Government Agent during trial) | If needed |
| 6. | Group Supervisor Gary Owen, DEA | May 30-31, 2007 (1 hour) |
| 7. | Special Agent Brian Palmer<br>Bureau of Immigration and Customs Enforcement (BICE) | May 30-31, 2007 (I hour) |
| 8. | Sgt. Jeff Smith<br>Clear Creek County Sheriff's Office<br>Clear Creek County Jail<br>Georgetown, Colorado | May 29, 2007 (½ hour) |
| 9. | Mr. John Meinzer<br>(former Clear Creek County Jail Employee) | May 29, 2007 (½ hour, if needed) |
| 10. | Sup. Forensic Chemist Phyllis Quinn<br>Drug Enforcement Administration | May 30-31, 2007<br>(1 hour: only if stipulation is not signed) |
| 11. | Mr. Robert Wilson | May 30-31, 2007 (4 hours) |

| | | |
|---|---|---|
| 12. | Special Agent Michael Marshall<br>Drug Enforcement Administration | If needed. |
| 13. | Special Agent Mark Lee<br>Drug Enforcement Administration | If needed. |
| 14. | Special Agent Rick Champion<br>Drug Enforcement Administration | If needed. |
| 15. | Special Agent Mark W. Kopper<br>Drug Enforcement Administration | If needed. |
| 16. | Special Agent Suzanne Halonen<br>Drug Enforcement Administration | If needed. |
| 17. | Special Agent Suzanne Robert S. Martinez<br>Drug Enforcement Administration | If needed. |
| 18. | Task Force Officer Jerry Snow<br>Drug Enforcement Administration | If needed. |
| 19. | Task Force Officer Timothy Creedon<br>Drug Enforcement Administration | If needed. |
| 20. | Task Force Officer Mark Yacono<br>Drug Enforcement Administration | If needed. |
| 21. | Group Supervisor Robert Reid<br>Drug Enforcement Administration | If needed. |
| 22. | Group Supervisor Michael J. Santavicca<br>Drug Enforcement Administration | If needed. |