IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-000249-1-WYD

UNITED STATES OF AMERICA,
                              Plaintiff,

vs.

MICHAEL KEBLES
                              Defendant.

## DEFENDANT MICHAEL KEBLES'
## POTENTIAL EXHIBIT LIST

The Defendant, Michael Kebles, by and through his attorney, John F. Sullivan, III, respectfully submits the following list of potential exhibits in this case:

1) All exhibits listed on the government's proposed exhibit list of May 18, 2007,

2) Memoranda describing amounts paid to the Informant and proposing additional compensation depending on the outcome of trial.  (Dates 6/18/03 and 1/26/04.),

3) Audiotape of phone messages left by the Informant on the Defendant's answering machine,

4) Reports from August, 2003 documenting drug use of Informant during the investigation into the Defendant's alleged drug activities and report on subsequent debriefing on entrapment issue,

5) *DEA Agents Manual*,

6) Reports of the Informant's arrest on 7/25/03,

7) Criminal history of the Informant,

8) Confidential Source agreement signed by the Informant.

9) Reports documenting all payments made to the Informant for services and expenses.

10) Business records of Michael Kebles, Choice Improvements and Yoga Edge,

There was an exhibit list filed by Mr. Kebles on December 22, 2005 which contains a list of the exhibits listed above and counsel may consider using exhibits from that list depending on evidence presented during trial and would respectfully reserve the right to supplement the list depending on the evidence presented during trial.

Respectfully submitted this 20th day of May, 2007.

s/John Sullivan
John F. Sullivan, III
155 S. MADISON STREET, SUITE 209
DENVER, CO 80209
(303) 748-4343

**CERTIFICATE OF SERVICE**

I hereby certify that I have duly served this motion on the 20th day of May 2007 by ECF to:

Mr. James Boma, Esq.
james.boma@usdoj.gov

s/John Sullivan