IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED EMERGENCY MOTION TO VACATE
FINAL PRE-TRIAL CONFERENCE AND TO CONTINUE TRIAL DUE TO THE
UNAVAILABILITY OF AN INDISPENSABLE GOVERNMENT WITNESS**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully moves the Court to vacate the Final Trial Preparation Conference, currently set for Wednesday, May 23, 2007, at 8:30 a.m., and the jury trial presently set to commence on Tuesday, May 29, 2007, at 9:00 a.m., showing unto the Court as follows:

    1.    The Government's forensic chemist in this case is retired DEA Forensic Chemist Lionel Tucker, who, as an employee of DEA, conducted the forensic analysis of all the controlled substances which are being offered as trial exhibits in this case. Last week, during the course of serving trial subpoenas in this matter, the undersigned learned that Mr. Tucker had recently undergone hip replacement surgery and would not be able to travel at this time due to his post-operative recovery.  However, the Government had prepared a stipulation regarding Mr. Tucker's analysis and forwarded

that to counsel for the defendant in this case, who advised, in good faith, that he thought his client would execute the stipulation.  **See Exhibit One** which is attached hereto and incorporated herein by reference.  Also, due to the pending trial, the drug exhibits were ordered from secure storage at DEA's laboratory in San Francisco and these exhibits are presently in transit to Denver for the trial next week.

2. On Monday afternoon, May 21, 2007, at approximately 4:30 p.m., the undersigned was contacted by counsel for the defendant who advised that his client had unexpectedly refused to sign the proffered stipulation set forth in Exhibit One.  On Monday, May 21, 2007, the undersigned contacted Ms. Phyllis Quinn, a Supervisory Chemist at the DEA laboratory in San Francisco, regarding a re-testing of the controlled substances at issue here.   Ms. Quinn that upon receipt of the drugs back at the laboratory in San Francisco, the testing would require 5 business days.  Further, in the event of a re-testing by a different DEA chemist, the Government, through no fault on its part, would be unable to satisfy its obligations under Rule 16, Fed. R. Crim. P., with respect to the qualifications of the new chemist, and the results of the analyses undertaken.   Due to the transit of the drugs to Denver at this time, the need for the return of these exhibits to the laboratory in San Francisco, the time needed for re-testing of these controlled substances, and the need to comply in a timely fashion with Rule 16 requirements, the Government cannot accomplish all these tasks prior to the scheduled trial start date of next Tuesday, May 29, 2007.

3. On Monday afternoon, May 21, 2007, at approximately 5:30 p.m., the undersigned spoke with retired Forensic Chemist Lionel Tucker, who advised that he has been discharged from the hospital, but he is presently experiencing post-operative

pain and is taking prescribed pain medications.  Further, he advised that, at this time, he is unable to sit for more than 30 minutes at a time.  Therefore, at this time, he is unable to fly from San Francisco to Denver to testify at trial.  When he was asked how long it would be before he had recovered sufficiently to be able to travel to Denver for trial, Mr. Tucker advised the undersigned that based upon consultations with his attending physician, he would be able to travel and testify in 6 weeks

    4.    The undersigned conferred with John F. Sullivan III, Esquire, counsel for Michael Kebles, this date, and advised him of the situation set forth herein.   Mr. Sullivan has authorized me to state that he does not oppose, but rather takes no position on the relief requested herein.

    5.    In light of the foregoing, the Government would respectfully request that the Court continue the trial of this matter for approximately 6 weeks so that Mr. Tucker is available to testify as a Government witness in this matter.  In the alternative, the Government would propose a continuance of at least 30 days so that the controlled substances at issue here could be re-tested by a different DEA chemist and the Government could comply with its Rule 16 obligations in this matter.

    WHEREFORE, and in light of the foregoing, the Government respectfully moves that the Final Trial Preparation Conference and the Jury Trial in this matter, currently set for Wednesday, May 23, 2007, at 8:30 a.m., and on Tuesday, May 29, 2007, at 9:00 a.m., respectively, be vacated and that the trial of this matter be re-set at the convenience of the Court in approximately 45 days.

    Further, the Government would ask that the Court make a finding that the time between the date of the filing of this Motion until the trial commences be deemed

excludable time under the provisions of 18 U.S.C. §§ 3161(h)(3)(A) and (h)(8)(A) due to the unavailability of an essential Government witness, retired DEA Forensic Chemist Lionel Tucker.

Respectfully submitted this 22nd day of May, 2007,

TROY A. EID
UNITED STATES ATTORNEY


By:  s/ James R. Boma
JAMES R. BOMA
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
E-mail:  james.boma@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of May, 2007, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED EMERGENCY MOTION TO VACATE FINAL PRE-TRIAL CONFERENCE AND TO CONTINUE TRIAL DUE TO THE UNAVAILABILITY OF AN INDISPENSABLE GOVERNMENT WITNESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    **John F. Sullivan, III**
    jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

    S/A Jay Tinkler, DEA, Denver

                                     s/Lisa Vargas
                                     LISA VARGAS
                                     Legal Assistant to
                                     James R. Boma
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     1225 Seventeenth Street, Suite 700
                                     Denver, Colorado 80202
                                     Telephone:  (303) 454-0100
                                     FAX: (303) 454-0409
                                     E-mail:  Lisa.Vargas@usdoj.gov