IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

### ORDER GRANTING GOVERNMENT'S UNOPPOSED EMERGENCY MOTION TO VACATE FINAL PRE-TRIAL CONFERENCE AND TO CONTINUE TRIAL DUE TO UNAVAILABILITY OF AN INDISPENSABLE GOVERNMENT WITNESS

---

    **THIS MATTER**, coming to be hearing on the above-captioned Motion, and the Court, after reviewing this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby **ORDERED** that the Motion should be, and is hereby **GRANTED.**

    Therefore, the Final Trial Preparation Conference and the Jury Trial in this matter, currently set for Wednesday, May 23, 2007, at 8:30 a.m., and on Tuesday, May 29, 2007, at 9:00 a.m., respectively, are hereby **VACATED.**

    This matter will be re-set for trial in approximately 45 days by separate Minute Order of this Court.

    Further, the Court finds that the time between the filing of this motion through the new trial date is hereby excluded for the purposes of the Speedy Trial Act, pursuant to the provisions of 18 U.S.C. §§ 3161(h)(3)(A) and (h)(8)(A), due to the unavailability of

an essential Government witness, retired Forensic Chemist Lionel Tucker, DEA, due to his recent surgery and post-operative recovery period.

Finally, the Court finds that the ends of justice served by this continuance outweigh the best interests of the public and this defendant in a speedy trial.

**DONE AND ORDERED** this _____ day of May, 2007.

_____
WILEY Y. DANIEL
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO