# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

___

| | | | |
|---|---|---|---|
| Date: | May 23, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

___

Criminal Case No. **03-cr-00249-WYD**        Counsel:

UNITED STATES OF AMERICA,                James R. Boma

       Plaintiff,

v.

**1. MICHAEL KEBLES**,                John F. Sullivan, III

       Defendant.

___

## COURTROOM MINUTES
___

**FINAL TRIAL PREPARATION CONFERENCE**

**8:31 a.m.**   Court in Session - Defendant not present (on-bond)

       APPEARANCES OF COUNSEL.

       Court's opening remarks regarding Mr. Kebles being late.

8:31 a.m.   Statement by Mr. Sullivan regarding Mr. Kebles being late.

       Government's Emergency Motion to Vacate Final Pre-Trial Conference and to Continue Trial Due to the Unavailability of an Indispensable Government Witness (#324 - 5/22/07) is raised for argument.

8:32 a.m.   Argument by Government (Mr. Boma).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

| | |
|---|---|
| 8:37 a.m. | Discussion regarding resetting the trial date until sometime after the middle of July. |
| **8:37 a.m.** | Court in Recess |
| **8:44 a.m.** | Court in Session |
| **ORDERED:** | Government's Emergency Motion to Vacate Final Pre-Trial Conference and to Continue Trial Due to the Unavailability of an Indispensable Government Witness (#324 - 5/22/07) is **GRANTED.** |
| **ORDERED:** | A 3-day trial to jury is reset to **Monday, August 13, 2007, at 9:00 a.m.**, in courtroom A-1002. |
| **ORDERED:** | Final trial preparation conference is set for **Wednesday, July 18, 2007, at 3:30 p.m., in courtroom A-1002.** |
| **ORDERED:** | Any trial materials shall be filed not later than **Friday, July 13, 2007.** |
| **ORDERED:** | Defendant shall be prompt for all future court proceedings or an order to show cause. |
| **8:48 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:10**