UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on the Government's Unopposed Emergency Motion to Vacate Final Trial Preparation Conference and to Continue Trial Date due to the Unavailability of an Indispensable Government Witness [# 324], filed May 22, 2007. The Court held a hearing on this motion on May 23, 2007.  In the motion and at the hearing, the Government indicated that a continuance is sought because the Government's forensic chemist, Lionel Tucker, is unable to travel for at least 45 days due to medical reasons.  Further, the drugs in question need to be transported and tested at the DEA laboratory in San Francisco, California.  Counsel for the Defendant further indicated that the Defendant does not oppose the requested relief.

    The Court, having reviewed the motion, heard argument, and being fully advised in the premises, hereby finds that Government's Unopposed Emergency Motion to Vacate Final Trial Preparation Conference and to Continue Trial Date Due to the Unavailability of an Indispensable Government Witness should be granted based on

the reasons set forth on the record.  I further find that the ends of justice served by an additional ninety (90) day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that the Government's Unopposed Emergency Motion to Vacate Final Trial Preparation Conference and to Continue Trial Date Due to the Unavailability of an Indispensable Government Witness [# 324], filed May 22, 2007, is **GRANTED.**  In accordance therewith, it is

FURTHER ORDERED that the jury trial set for May 29, 2007, is **VACATED and RESET for Monday, August 13, 2007, at 9:00 a.m.**  It is

FURTHER ORDERED that the final trial preparation conference set for May 23, 2007, is **VACATED and RESET for Wednesday, July 18, 2007, at 3:30 p.m.**  It is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional **ninety (90) days** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  It is

FURTHER ORDERED that the parties shall file all trial materials by **Friday, July 13, 2007.**

Dated:  May 23, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge