IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

_____

**GOVERNMENT'S NOTICE FILING OF EXHIBIT LIST**

_____

    The United States of America, by and through its undersigned Assistant United

States Attorney for the District of Colorado, hereby respectfully submits its exhibit list in

the format required by this Court.

    Further, the Government respectfully reserves the right to supplement its exhibit

list as needed to respond to the testimony adduced at trial, and also as required to

impeach or rebut the defendant's case, if any.

    Respectfully submitted this 13th day of July, 2007,

                        TROY A. EID
                        UNITED STATES ATTORNEY


                        By: s/ James R. Boma_____
                            JAMES R. BOMA
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            1225 17th St., Suite 700
                            Denver, CO  80202
                            Telephone:  (303) 454-0100
                            Fax:  (303) 454-0401
                            E-mail:  james.boma@usdoj.gov
                            Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2007, I electronically filed the foregoing **GOVERNMENT'S NOTICE FILING OF EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**John F. Sullivan , III**
jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

s/Lisa Vargas
LISA VARGAS
Legal Assistant to
James R. Boma
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX: (303) 454-0409