IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

## GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its witness list in the format required by this Court.

    Further, the Government respectfully reserves the right to supplement its witness lists as needed to respond to the testimony adduced at trial, and also as required to impeach or rebut the defendant's case, if any.

    Respectfully submitted this 13th day of July, 2007,

        TROY A. EID
        UNITED STATES ATTORNEY

        By: s/ James R. Boma
            JAMES R. BOMA
            Assistant U.S. Attorney
            U.S. Attorney's Office
            1225 17th St., Suite 700
            Denver, CO 80202
            Telephone: (303) 454-0100
            Fax: (303) 454-0401
            E-mail: james.boma@usdoj.gov
            Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2007, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**John F. Sullivan , III**
jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

    s/Lisa Vargas
    LISA VARGAS
    Legal Assistant to
    James R. Boma
    Assistant United States Attorney
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone:  (303) 454-0100
    FAX: (303) 454-0409