IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Wiley Y. Daniel

Case No.      03cr00249-WYD-01                                    Date   July 13, 2007

Case Title:   United States of America v. Michael Kebles

<u>      Plaintiff      </u>   WITNESS LIST
(Plaintiff/Defendant)

| | WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|---|
| 1. | Special Agent Carl Force<br>Drug Enforcement Administration (DEA) | August 13-14, 2007 (6-8 hours) |
| 2. | Custodian of Records<br>Clear Creek County Jail<br>Georgetown, Colorado | August 13 or 14, 2007 (½ hour) |
| 3. | Special Agent Philip R. Miller<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | August 14 or 15, 2007 (½ hour) |
| 4. | Forensic Chemist Lionel Tucker<br>DEA Western Regional Laboratory | August 14 or 15, 2007 (1 hour) |
| 5. | Special Agent Michael J. Tinkler, DEA | If needed |
| 6. | Group Supervisor Gary Owen, DEA | August 14 or 15, 2007 (1 hour) |
| 7. | Special Agent Brian Palmer<br>Bureau of Immigration and Customs Enforcement (BICE) | August 13 or 14, 2007 (1 hour) |
| 8. | Sgt. Jeff Smith<br>Clear Creek County Sheriff's Office<br>Clear Creek County Jail<br>Georgetown, Colorado | August 14 or 15, 2007 (½ hour) |
| 9. | Mr. Robert Wilson | August 14 or 15, 2007 (3 hours) |
| 10. | Special Agent Michael Marshall<br>Drug Enforcement Administration | If needed. |
| 11. | Special Agent Mark Lee<br>Drug Enforcement Administration | If needed. |
| 12. | Special Agent Rick Champion<br>Drug Enforcement Administration | If needed. |

13. Special Agent Mark W. Kopper                        If needed.
    Drug Enforcement Administration

14. Special Agent Suzanne Halonen                       If needed.
    Drug Enforcement Administration

15. Special Agent Suzanne Robert S. Martinez            If needed.
    Drug Enforcement Administration

16. Task Force Officer Jerry Snow                       If needed.
    Drug Enforcement Administration

17. Task Force Officer Timothy Creedon                  If needed.
    Drug Enforcement Administration

18. Task Force Officer Mark Yacono                      If needed.
    Drug Enforcement Administration

19. Group Supervisor Robert Reid                        If needed.
    Drug Enforcement Administration

20. Group Supervisor Michael J. Santavicca              If needed.
    Drug Enforcement Administration