IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00249-01-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Defendant.

---

**PARTIES' STATUS REPORT REGARDING
JURY INSTRUCTIONS AND VERDICT FORM**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, and this defendant, by and through his counsel of record, John F. Sullivan, III, Esquire, hereby submit this status report as to jury instructions for the trial of this matter, showing unto the Court as follows:

    1.    Pursuant to the Court's policy in this regard, the undersigned conferred with Mr. Sullivan on July 12 and 13, 2007, regarding the parties' proposed jury instructions.

    2.    Regarding the Government's tendered jury instructions and verdict form (Document Number: 322, filed on May 21, 2007), the defendant has no objections to the Government's instructions and form of verdict.

    3.    Regarding the defendant's proposed jury instructions (Document Number: 323, also filed on May 21, 2007, the parties would note that defendant's proposed instruction "F" regarding the 18 U.S.C. §924(c)(1), is virtually, if not *verbatim,* to the

Government's proposed instruction in that regard, Government's proposed Jury Instruction Number 31, and is, therefore, redundant.  The Government at this time, assuming the evidence adduced at trial supports the giving of such an instruction, has no objections to Defendant's other proposed jury instructions, with the exception of Defendant's Instruction "E," dealing with Entrapment.  The Government is in the process of drafting an instruction on the affirmative defense of entrapment and will attempt to resolve the issue dealing with this one instruction with defense counsel prior to the final pre-trial conference set in this matter for Wednesday, July 18, 2007 at 3:30 p.m.  If that effort is unsuccessful, the Government will file its alternative instruction dealing with this issue with the Court for resolution by the Court at the referenced conference or prior to the giving of jury instructions at the conclusion of the trial of this case.

4. As set forth above, the only jury instruction in dispute between the parties at this time is Defendant's instruction "E" dealing with entrapment.

Respectfully submitted this 13th day of July, 2007,

        TROY A. EID
        UNITED STATES ATTORNEY

By: s/ James R. Boma
     JAMES R. BOMA
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO  80202
     Telephone:  (303) 454-0100
     Fax:  (303) 454-0401
     E-mail:  james.boma@usdoj.gov
     Attorney for the Government

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of July, 2007, I electronically filed the foregoing **PARTIES' STATUS REPORT REGARDING JURY INSTRUCTIONS AND VERDICT FORM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    John F. Sullivan, III
    jfslaw1@aol.com

                                      *s/Diana L. Brown*
                                      DIANA L. BROWN
                                      Legal Assistant
                                      U.S. Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: 303-454-0358
                                      Fax: 303-454-0401
                                      E-mail:  diana.brown@usdoj.gov