**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

Date:                    July 18, 2007          Prob./Pret.:   N/A
Courtroom Deputy:   Robert R. Keech       Interpreter:    N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No.  **03-cr-00249-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                   James R. Boma

              Plaintiff,

v.

**1. MICHAEL KEBLES**,                            John F. Sullivan, III

              Defendant.

_____

**COURTROOM MINUTES**
_____

**FINAL TRIAL PREPARATION CONFERENCE**

**3:41 p.m.**      Court in Session - Defendant present (on-bond)

              APPEARANCES OF COUNSEL.

              Court's opening remarks regarding schedule for trial.

3:42 p.m.      Discussion regarding witness lists, exhibit lists, and issues related to jury
              instructions.

3:50 p.m.      Court outlines procedures for jury selection process, voir dire, and peremptory
              challenges.

**ORDERED:**      Juror in seat number seven (7) will be the alternate juror.

-1-

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

**ORDERED:**    Counsel will not be permitted to conduct voir dire.

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**3:59 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:18**