IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

## GOVERNMENT'S FILING OF REVISED EXHIBIT LIST

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby respectfully submits its revised exhibit list in the format required by this Court. The only change is to Exhibit 18.

    Further, the Government respectfully reserves the right to supplement its exhibit list as needed to respond to the testimony adduced at trial, and also as required to impeach or rebut the defendant's case, if any.

    Respectfully submitted this 1st day of August, 2007,

                  TROY A. EID
                  UNITED STATES ATTORNEY

          By:  s/ James R. Boma
               JAMES R. BOMA
               Assistant U.S. Attorney
               U.S. Attorney's Office
               1225 17th St., Suite 700
               Denver, CO 80202
               Telephone: (303) 454-0100
               Fax: (303) 454-0401
               E-mail: james.boma@usdoj.gov
               Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2007, I electronically filed the foregoing **GOVERNMENT'S FILING OF REVISED EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**John F. Sullivan , III**
jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

s/Lisa Vargas
LISA VARGAS
Legal Assistant to
James R. Boma
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX: (303) 454-0409