# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | August 13, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00249-WYD**                Counsel:

UNITED STATES OF AMERICA,                            James R. Boma

       Plaintiff,

v.

**1. MICHAEL KEBLES**,                               John F. Sullivan, III

       Defendant.

_____

## COURTROOM MINUTES
_____

**TRIAL TO JURY (DAY 1)**

**8:55 a.m.**  Court in Session - Defendant present (on bond) - Jury not present

       APPEARANCES OF COUNSEL.

8:57 a.m.  Discussion regarding objection by Defendant to Government seeking to introduce evidence relating to defendant's brother Daniel Kebles.

**ORDERED:**  Objection by Defendant to Government seeking to introduce evidence relating to defendant's brother Daniel Kebles is **DEFERRED.**

**ORDERED:**  Government shall not refer to Daniel Kebles as a source of supply in opening statements.

9:06 a.m.  Court's remarks regarding preliminary jury instructions.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**9:08 a.m.**   Court in Recess

**9:27 a.m.**   Court in Session - Jury present

Court's opening remarks to prospective jurors and review of jury selection process.

9:30 a.m.   Voir dire oath given.

9:38 a.m.   Voir dire by Court commences.

9:45 a.m.   Bench conference regarding inadvertent playing of audio tape in the presence of the jury before trial.

9:46 a.m.   Voir dire by Court continues.

**11:15 a.m.**   Court in Recess

**11:39 a.m.**   Court in Session - Jury present

Voir dire by Court continues.

**12:41 p.m.**   Court in Recess

**2:05 p.m.**   Court in Session - Jury present

Voir dire by Court continues.

<u>Challenge for Cause:</u>

 1)    100141705

<u>Challenges by Government:</u>

 1)    100140316
 2)    100138941
 3)    100151164

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

Challenges by Defendant:

1) 100142857
2) 100124905
3) 100150905
4) 100154550
5) 100130219
6) 100124963
7) 100152150
8) 100141792
9) 100128608
10)

2:49 p.m.    Jury sworn to try:

1) 100159075    2) 100125182
3) 100133976    4) 100130135
5) 100140316    6) 100134004
7) 100142342    8) 100141173
9) 100156975    10) 100126349
11) 100127297   12) 100130057
13) 100123354

2:50 p.m.    Court reads preliminary jury instructions.

**2:55 p.m.**    Court in Recess

**3:23 p.m.**    Court in Session - Jury enters

3:26 p.m.    Opening statement by Government (Mr. Boma).

3:41 p.m.    Opening statement by Defendant (Mr. Sullivan).

3:50 p.m.    Government's witness **Jeffrey W. Smith** sworn.

Direct examination by Government (Mr. Boma).
*EX ID:*       *18*

**Exhibit/s 18 RECEIVED.**

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

| | |
|---|---|
| 3:57 p.m. | Cross examination by Defendant (Mr. Sullivan).<br>***EX ID:***   **18** |
| 4:01 p.m. | Government's witness **Michael J. Tinkler** sworn.<br><br>Direct examination by Government (Mr. Boma). |
| 4:03 p.m. | Government's witness **Carl Force** sworn.<br><br>Direct examination by Government (Mr. Boma).<br>***EX ID:***   **9, 10, 1** |

**Exhibit/s 9, 10 RECEIVED.**

**Exhibit/s 1 REFUSED.**

| | |
|---|---|
| 4:50 p.m. | Jury excused for the evening.<br><br>Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.** |
| **4:51 p.m.** | Court in Recess - TRIAL CONTINUED |

**Total Time in Court = 5:28**