**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | August 14, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No.  **03-cr-00249-WYD**                Counsel:

UNITED STATES OF AMERICA,                             James R. Boma

       Plaintiff,

v.

**1. MICHAEL KEBLES**,                                John F. Sullivan, III

       Defendant.

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 2)**

**9:12 a.m.**      Court in Session - Jury enters

       Government's witness **Carl Force** resumes.

       Direct examination by Government continues (Mr. Boma).
       ***EX ID:***   *12, 13, 2, 16, 7, 4, 5, 4A, 5A, 7A, 8, 17A*

**Exhibit/s 12, 13, 2, 16, 4A, 5A, 7A, 8, 17A RECEIVED.**

**10:39 a.m.**     Court in Recess

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**11:07 a.m.**   Court in Session - Jury enters

Government's witness **Carl Force** resumes.

Direct examination by Government continues (Mr. Boma).
*EX ID:        17B, 17C*

**Exhibit/s 17B, 17C RECEIVED.**

11:36 a.m.   Cross examination by Defendant (Mr. Sullivan).

12:12 p.m.   Jury excused

Discussion regarding the Mr. Boma meeting with Carl Force to prepare witnesses over lunch and Mr. Sullivan has no objection.

**12:12 p.m.**   Court in Recess

**1:46 p.m.**   Court in Session - Jury enters

Government's witness **Carl Force** resumes.

Cross examination by Defendant continues (Mr. Sullivan).
*EX ID:        A, D, E*

**Exhibit/s A, D, E RECEIVED.**

2:24 p.m.   Re-Direct examination by Government (Mr. Boma).

2:42 p.m.   Re-Cross examination by Defendant (Mr. Sullivan).

2:49 p.m.   Government's witness **Lionel Anthony Tucker** sworn.

Direct examination by Government (Mr. Boma).
*EX ID:        1, 2, 3, 4, 5, 6*

**Exhibit/s 1, 2, 3, 4, 5, 6 RECEIVED.**

*Witness tendered and accepted as an expert.*

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

| | |
|---|---|
| 3:09 p.m. | Government's witness **Bob Wilson** sworn. |
| | Direct examination by Government (Mr. Boma). |
| **3:17 p.m.** | Court in Recess |
| **3:46 p.m.** | Court in Session - Jury enters |
| | Government's witness **Bob Wilson** resumes. |
| | Cross examination by Defendant (Mr. Sullivan). |
| 4:17 p.m. | Re-Direct examination by Government (Mr. Boma). |
| 4:23 p.m. | Re-Cross examination by Defendant (Mr. Sullivan). |
| 4:26 p.m. | Government's witness **Phillip Roderick Miller** sworn. |
| | Direct examination by Government (Mr. Boma).<br>***EX ID:        7*** |
| 4:32 p.m. | Government's witness **Brian Palmer** sworn. |
| | Direct examination by Government (Mr. Boma).<br>***EX ID:        4A, 5A, 8*** |
| 4:38 p.m. | Cross examination by Defendant (Mr. Sullivan). |
| 4:39 p.m. | Government has no additional witnesses and will rest tomorrow morning after reviewing which exhibits have been admitted. |
| | Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.** |
| **4:40 p.m.** | Court in Recess - TRIAL CONTINUED |

**Total Time in Court = 4:57**