**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | August 15, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No.  **03-cr-00249-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                       James R. Boma

    Plaintiff,

v.

**1. MICHAEL KEBLES**,                          John F. Sullivan, III

    Defendant.

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 3)**

**9:14 a.m.**   Court in Session - Jury enters

9:15 a.m.   Government rests

9:16 a.m.   Bench conference for oral motions.

       Defendant's oral motion for judgment of acquittal on count six (Mr. Sullivan).

9:16 a.m.   Argument by Defendant (Mr. Sullivan).

9:17 a.m.   Argument by Government (Mr. Boma).

       Court makes findings.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**ORDERED:**   Defendant's oral motion for judgment of acquittal on count six is **DENIED.**

Defendant's oral motion for judgment of acquittal on counts one through five and for the Court to declare that the entrapment defense had been proven as a matter of law (Mr. Sullivan).

9:19 a.m.   Argument by Defendant (Mr. Sullivan).

9:20 a.m.   Argument by Government (Mr. Boma).

**ORDERED:**   Defendant's oral motion for judgment of acquittal on counts one through five and for the Court to declare that the entrapment defense had been proven as a matter of law is **DENIED.**

9:23 a.m.   Defendant's witness **Julia Anne Rutter** sworn.

Direct examination by Defendant (Mr. Sullivan).

9:31 a.m.   Cross examination by Government (Mr. Boma).

9:35 a.m.   Defendant's witness **Laura Suzanne Minjeong Hemborg** sworn.

Direct examination by Defendant (Mr. Sullivan).

9:39 a.m.   Cross examination by Government (Mr. Boma).

9:44 a.m.   Defendant's witness **Dwane Davis** sworn.

Direct examination by Defendant (Mr. Sullivan).
*EX ID:*   *H, I*

**Exhibit/s H, I RECEIVED.**

10:06 a.m.   Cross examination by Government (Mr. Boma).
*EX ID:*   *H*

10:12 a.m.   Defendant's witness **Michael Levine** sworn.

Direct examination by Defendant (Mr. Sullivan).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

10:34 a.m.   Voir dire by Government (Mr. Boma).

10:43 a.m.   Direct examination by Defendant continues (Mr. Sullivan).

*Witness tendered and accepted as an expert.*

**10:44 a.m.**   Court in Recess

**11:05 a.m.**   Court in Session - Jury enters

   Defendant's witness **Michael Levine** resumes.

   Direct examination by Defendant continues (Mr. Sullivan).

11:27 a.m.   Cross examination by Government (Mr. Boma).

**12:04 p.m.**   Court in Recess

**1:45 p.m.**   Court in Session - Jury enters

   Defendant's witness **Michael Levine** resumes.

   Cross examination by Government continues (Mr. Boma).

2:03 p.m.   Re-Direct examination by Defendant (Mr. Sullivan).

2:05 p.m.   Re-Cross examination by Government (Mr. Boma).

2:17 p.m.   Defendant rests

   Government has no rebuttal case-in-chief.

2:18 p.m.   Jury excused

   Government's oral motion for the Court to find that entrapment is not available to the defendant.

2:19 p.m.   Argument by Government (Mr. Boma).

2:21 p.m.   Argument by Defendant (Mr. Sullivan).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**ORDERED:** Government's oral motion for the Court to find that entrapment is not available to the defendant is **DENIED.**

**ORDERED:** Court will allow the defendant to use the entrapment defense.

2:28 p.m.   Discussion and argument regarding whether entrapment defense applies to all counts or just count one.

### JURY INSTRUCTION CONFERENCE

#40   OBJECTION BY DEFENDANT - DEFERRED.

Government's oral motion to dismiss count one of superseding indictment (Mr. Boma).

2:55 p.m.   Argument by Government (Mr. Boma).

2:56 p.m.   Argument by Defendant (Mr. Sullivan).

3:00 p.m.   Argument by Government (Mr. Boma).

**ORDERED:** Government's oral motion to dismiss count one of superseding indictment is **DEFERRED.**

3:02 p.m.   Jury enters

Court's remarks to jurors that they will be excused for the evening.

3:04 p.m.   Jury excused

**3:05 p.m.**   Court in Recess

**3:30 p.m.**   Court in Session - Jury not present

**ORDERED:** Government's oral motion to dismiss count one of superseding indictment is **DENIED.**

3:33 p.m.   Discussion and argument as to which counts of the superseding indictment the entrapment defense will be allowed.

-4-

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**ORDERED:**  Court will allow the entrapment defense as to all counts in superseding indictment.

3:51 p.m.   Discussion regarding modifications to verdict form.

**4:03 p.m.**   Court in Recess - TRIAL CONTINUED

**Total Time in Court = 4:22**