IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | August 16, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00249-WYD**         Counsel:

UNITED STATES OF AMERICA,                    James R. Boma

      Plaintiff,

v.

**1. MICHAEL KEBLES**,                       John F. Sullivan, III

      Defendant.

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 4)**

**9:31 a.m.**     Court in Session - Jury not present

          Discussion regarding revised jury instructions and verdict form.

9:34 a.m.     Discussion regarding procedure for the jury viewing exhibits 1 through 7.

**ORDERED:**     Exhibits 1 through 7 will be placed on counsel table and the jurors will be allowed to view them before the Court's reading of jury instructions and verdict form.

9:35 a.m.     Discussion regarding time limits for closing arguments.

**ORDERED:**     Closing limits shall not exceed **forty (40) minutes per side.**

9:37 a.m.     Jury enters

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

|  |  |
|---|---|
|  | Jury looks at exhibits 1 through 7. |
| 9:45 a.m. | Court reads jury instructions. |
| 10:26 a.m. | Bench conference regarding jury instruction 31 being removed and counsel has no objection. |
| 10:28 a.m. | Court continues reading jury instructions and verdict form. |
| 10:40 a.m. | No objection to Court's reading of jury instructions and verdict form. |
| **10:41 a.m.** | Court in Recess |
| **11:08 a.m.** | Court in Session - Jury enters |
| 11:10 a.m. | Closing argument by Government (Mr. Boma). |
| 11:39 a.m. | Closing argument by Defendant (Mr. Sullivan). |
| 12:12 p.m. | Rebuttal argument by Government (Mr. Boma). |
| 12:25 p.m. | CSO sworn |
|  | Court's remarks to jury regarding the taking of breaks. |
| 12:26 p.m. | Alternate juror 100142342 is excused. |
| 12:27 p.m. | Jury excused to commence deliberations. |
|  | Court's remarks to counsel regarding availability. |
| **12:27 p.m.** | Court in Recess - Subject to Call |
| **2:20 p.m.** | Court in Session - Jury not present |
|  | Court reads note from jury (NOTE ATTACHED) |
| 2:21 p.m. | Discussion regarding how to respond to jury note and issue of the jurors being allowed to hear tape recordings again. |
| 2:25 p.m. | Jury enters |

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

|  |  |
|---|---|
|  | Court makes inquiry regarding jury note. |
| 2:25 p.m. | Juror 100134004 responds to Court's inquiry. |
| 2:26 p.m. | Bench conference regarding response to jury note. |
|  | Court responds to jury note. |
| 2:28 p.m. | Jury excused to resume deliberations. |
| **ORDERED:** | Counsel shall remain in the courthouse for not more than fifteen minutes. |
| **2:29 p.m.** | Court in Recess - Subject to Call |
| **3:36 p.m.** | Court in Session - Jury not present |
|  | Court reads second jury note (NOTE ATTACHED). |
| 3:37 p.m. | Discussion regarding response to second jury note and exhibits 17A, 17B, and 17C are played for the Court. |
| **ORDERED:** | Court will not allow the jury to listen to exhibits 17A, 17B, and 17C. |
| 3:48 p.m. | Jury enters |
|  | Court responds to second jury note. |
| 3:06 p.m. | Jury excused to resume deliberations. |
| **3:50 p.m.** | Court in Recess - Subject to Call |
| **4:53 p.m.** | Court in Session - Jury not present |
|  | Court informs counsel that jury will be sent home for the evening. |
| 4:56 p.m. | Jury enters |
|  | Court's remarks to jury regarding the evening recess and they shall report back on Friday, August 17, 2007, at 9:00 a.m. |
| 4:58 p.m. | Jury excused for the evening |

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

                Court's remarks to counsel regarding availability tomorrow and reactions when verdict is being read.

**5:00 p.m.**   Court in Recess - TRIAL CONTINUED

**Total Time in Court = 2:59**