IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Date: 8/16/07

Case No. 03-cr-00249-WYD

Time: 1300

## NOTE FROM JURY

MAY WE REQUEST TRANSCRIPTS PLEASE?

By: ███████
Juror/Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By: _____
Wiley Y. Daniel
United States District Judge