# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

___

| | | | |
|---|---|---|---|
| Date: | August 15, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

___

Criminal Case No.  **03-cr-00249-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                James R. Boma

      Plaintiff,

v.

**1. MICHAEL KEBLES**,                       John F. Sullivan, III

      Defendant.

___

## AMENDED COURTROOM MINUTES
___

**TRIAL TO JURY (DAY 3)**

**9:14 a.m.**   Court in Session - Jury enters

9:15 a.m.   Government rests

9:16 a.m.   Bench conference for oral motions.

           Defendant's oral motion for judgment of acquittal on count six (Mr. Sullivan).

9:16 a.m.   Argument by Defendant (Mr. Sullivan).

9:17 a.m.   Argument by Government (Mr. Boma).

           Court makes findings.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**ORDERED:**   Defendant's oral motion for judgment of acquittal on count six is **DENIED.**

Defendant's oral motion for judgment of acquittal on counts one through five and for the Court to declare that the entrapment defense had been proven as a matter of law (Mr. Sullivan).

9:19 a.m.   Argument by Defendant (Mr. Sullivan).

9:20 a.m.   Argument by Government (Mr. Boma).

**ORDERED:**   Defendant's oral motion for judgment of acquittal on counts one through five and for the Court to declare that the entrapment defense had been proven as a matter of law is **DENIED.**

9:23 a.m.   Defendant's witness **Julia Anne Rutter** sworn.

Direct examination by Defendant (Mr. Sullivan).

9:31 a.m.   Cross examination by Government (Mr. Boma).

9:35 a.m.   Defendant's witness **Laura Suzanne Minjeong Hemborg** sworn.

Direct examination by Defendant (Mr. Sullivan).

9:39 a.m.   Cross examination by Government (Mr. Boma).

9:44 a.m.   Defendant's witness **Dwane Davis** sworn.

Direct examination by Defendant (Mr. Sullivan).
*EX ID:*        *H, I*

**Exhibit/s H, I RECEIVED.**

10:06 a.m.   Cross examination by Government (Mr. Boma).
*EX ID:*        *H*

10:12 a.m.   Defendant's witness **Michael Levine** sworn.

Direct examination by Defendant (Mr. Sullivan).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

| | |
|---|---|
| 10:34 a.m. | Voir dire by Government (Mr. Boma). |
| 10:43 a.m. | Direct examination by Defendant continues (Mr. Sullivan). |

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| **10:44 a.m.** | Court in Recess |
| **11:05 a.m.** | Court in Session - Jury enters |

Defendant's witness **Michael Levine** resumes.

Direct examination by Defendant continues (Mr. Sullivan).

| | |
|---|---|
| 11:27 a.m. | Cross examination by Government (Mr. Boma). |
| **12:04 p.m.** | Court in Recess |
| **1:45 p.m.** | Court in Session - Jury enters |

Defendant's witness **Michael Levine** resumes.

Cross examination by Government continues (Mr. Boma).

| | |
|---|---|
| 2:03 p.m. | Re-Direct examination by Defendant (Mr. Sullivan). |
| 2:05 p.m. | Re-Cross examination by Government (Mr. Boma). |
| 2:17 p.m. | Defendant rests |

Government has no rebuttal case-in-chief.

| | |
|---|---|
| 2:18 p.m. | Jury excused |

Government's oral motion for the Court to find that entrapment is not available to the defendant.

| | |
|---|---|
| 2:19 p.m. | Argument by Government (Mr. Boma). |
| 2:21 p.m. | Argument by Defendant (Mr. Sullivan). |

-3-

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**ORDERED:** Government's oral motion for the Court to find that entrapment is not available to the defendant is **DENIED.**

**ORDERED:** Court will allow the defendant to use the entrapment defense.

2:28 p.m.  Discussion and argument regarding whether entrapment defense applies to all counts or just count one.

### JURY INSTRUCTION CONFERENCE

#40  OBJECTION BY DEFENDANT - DEFERRED.

Government's oral motion to dismiss count one of superseding indictment (Mr. Boma).

2:55 p.m.  Argument by Government (Mr. Boma).

2:56 p.m.  Argument by Defendant (Mr. Sullivan).

3:00 p.m.  Argument by Government (Mr. Boma).

**ORDERED:** Government's oral motion to dismiss count one of superseding indictment is **DEFERRED.**

3:02 p.m.  Jury enters

Court's remarks to jurors that they will be excused for the evening.

3:04 p.m.  Jury excused

**3:05 p.m.**  Court in Recess

**3:30 p.m.**  Court in Session - Jury not present

**ORDERED:** Government's oral motion to dismiss count one of superseding indictment is **DENIED.**

3:33 p.m.  Discussion and argument as to which counts of the superseding indictment the entrapment defense will be allowed.

-4-

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

---

**ORDERED:**   Court will allow the entrapment defense as to counts 1-4 of superseding indictment.

3:51 p.m.   Discussion regarding modifications to verdict form.

**4:03 p.m.**   Court in Recess - TRIAL CONTINUED

**Total Time in Court = 4:22**