IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | August 17, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **03-cr-00249-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

   Plaintiff,

v.

**1. MICHAEL KEBLES**,                        John F. Sullivan, III

   Defendant.

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 5)**

**9:00 a.m.**   **JURY ARRIVES TO RESUME DELIBERATIONS**

**5:14 p.m.**   Court in Session - Jury not present

5:16 p.m.   Jury enters

   Court's remarks to jury regarding the weekend adjournment from trial.

5:17 p.m.   Jury excused

   Court's remarks to counsel regarding schedule for Monday, August 20, 2007.

**5:17 p.m.**   Court in Recess - TRIAL CONTINUED

**Total Time in Court = 0:03**