**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Date:              August 20, 2007          Prob./Pret.:   N/A
Courtroom Deputy:  Robert R. Keech          Interpreter:   N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No. **03-cr-00249-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

      Plaintiff,

v.

**1. MICHAEL KEBLES**,                        John F. Sullivan, III

      Defendant.

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 6)**

**9:10 a.m.     JURY ARRIVES TO RESUME DELIBERATIONS**

**5:10 p.m.**     Court in Session - Jury not present

        Court reads note from jury (NOTE ATTACHED).

5:11 p.m.       Discussion regarding response to note from jury.

        Court indicates proposed response and the giving of a modified Allen charge along with refer them to the jury instructions pertaining to presumption of innocence and the burden of proof.  No objection by counsel.

5:33 p.m.       Jury enters

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

                Court refers jury to jury instructions pertaining to presumption of innocence and the burden of proof and reads a modified Allen charge to jury.

5:36 p.m.      Jury excused and shall return on Tuesday, August 21, 2007, at 9:00 a.m.

                Court's closing remarks to counsel regarding schedule for tomorrow.

**5:38 p.m.**      Court in Recess - TRIAL CONTINUED

**Total Time in Court = 0:28**