IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Date: 8/20/07

Case No. 03-cr-00249-WYD

Time: 1645

## NOTE FROM JURY

WE ARE UNABLE TO COME TO A UNANIMOUS DECISION ON THE SECOND CHARGE (DISTRIBUTION) & THE FIFTH CHARGE OF POSSESION /W THE INTENT TO SELL

By: ███████████
Juror/Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By: _____
Wiley Y. Daniel
United States District Judge