# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE WILEY Y. DANIEL

_____

Date:                     August 21, 2007              Prob./Pret.:   Kurt Thoene (verdict)
Courtroom Deputy:   Robert R. Keech            Interpreter:    N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No.  **03-cr-00249-WYD**              <u>Counsel:</u>

UNITED STATES OF AMERICA,                     James R. Boma

                 Plaintiff,

v.

**1. MICHAEL KEBLES**,                              John F. Sullivan, III

                 Defendant.

_____

## COURTROOM MINUTES
_____

**TRIAL TO JURY (DAY 7)**

**9:00 a.m.**         **JURY ARRIVES TO RESUME DELIBERATIONS**

**10:50 a.m.**       Court in Session - Jury not present

                     Court reads note from jury (NOTE ATTACHED).

10:51 a.m.         Discussion regarding how to respond to note from jury.

10:54 a.m.         Jury enters

                     Court responds to note from jury.

10:55 a.m.         Jury excused to resume deliberations.

-1-

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

|              | Court's remarks to counsel about remaining in the courthouse. |
|--------------|---------------------------------------------------------------|
| **10:56 a.m.** | Court in Recess - Subject to Call |
| **1:50 p.m.** | Court in Session - Jury not present |

Kurt Thoene is present on behalf of Probation.

Court informs counsel that jury has reached a verdict (NOTE ATTACHED).

1:50 p.m.      Discussion and argument regarding forfeiture count and jury instructions and verdict form on the forfeiture count.

1:56 p.m.      Jury enters

Court reads verdict form.

| Count One   | GUILTY     |
|-------------|------------|
| Count Two   | GUILTY     |
| Count Three | GUILTY     |
| Count Four  | GUILTY     |
| Count Five  | GUILTY     |
| Count Six   | NOT GUILTY |

1:59 p.m.      Jury is polled.

Court excuses jurors to discuss legal issue.

2:01 p.m.      Jury excused

Discussion regarding jury instructions and verdict forms for forfeiture count.

2:19 p.m.      Jury enters

Court reads jury instructions and special verdict forms.

2:30 p.m.      Argument by Government (Mr. Boma).

2:37 p.m.      Argument by Defendant (Mr. Sullivan).

2:40 p.m.      Rebuttal argument by Government (Mr. Boma).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

| | |
|---|---|
| 2:44 p.m. | Jury excused to commence deliberations. |
| | Discussion regarding exhibits going to the jury and they will be provided to the jury. |
| | Issue as to whether the defendant shall be remanded into custody pending sentencing. |
| 2:45 p.m. | Argument by Government (Mr. Boma). |
| 2:47 p.m. | Argument by Defendant (Mr. Sullivan). |
| | Court makes findings. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **ORDERED:** | Sentencing hearing is set for **Monday, November 5, 2007, at 10:00 a.m., in courtroom A-1002.** |
| **2:53 p.m.** | Court in Recess - Subject to Call |
| **3:16 p.m.** | Court in Session - Jury not present |
| | Court informs counsel that jury has reached a verdict. |
| 3:19 p.m. | Jury enters |
| | Court reads verdict forms as to forfeiture count. |
| Count 7 | Found that the $9,100.00 in U.S. currency and the 1996 Chevrolet Suburban should be forfeited to the Government, but not the $1,439.00 in U.S. currency. |
| 3:22 p.m. | Jury is polled. |
| 3:25 p.m. | Bench conference regarding modifications to verdict. |
| 3:26 p.m. | Jury makes change to verdict form and all jurors initial the change. |
| | Court thanks jurors for their service and they are discharged. |
| 3:29 p.m. | Jury excused |

Judge Wiley Y. Daniel
03-cr-00249-WYD - Courtroom Minutes

              Court's closing remarks to counsel.

**3:29 p.m.**      Court in Recess - TRIAL CONCLUDED

**<u>Total Time in Court = 1:22</u>**

**<u>CLERK'S NOTE:</u>**      **<u>EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.</u>**