# EXHIBIT LIST

CASE NO __03-cr-00249-WYD-01__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST ____   THIRD PTY DEFTS LIST ____

CASE CAPTION __United States of America__ vs. __Michael Kebles__   PAGE NUMBER __1__   DATE __August 1, 2007__

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Force Tucker | DEA Exhibit 6 - approximately 100 MDMA pills purchased on January 14, 2003 | | | X | X 8/13/07 | X 8/13/07 | | D obj. recvst. |
| 2 | Force Tucker | DEA Exhibit 9 - approximately 300 MDMA pills purchased on February 11, 2003 | | | X | X 8/14/07 | | | no obj. |
| 3 | Force Tucker | DEA Exhibit 13 - approximately 200 MDMA pills purchased on April 2, 2003 | | | X | X 8/14/07 | | | no obj. |
| 4 | Force Tucker | DEA Exhibit 21 - approximately 70 MDMA pills seized on May 28, 2003 | | | X | X 8/14/07 | | | no obj. |
| 4A | Force Tucker Rexillez Palmer | Photograph of DEA Exhibit 21 - approximately 70 MDMA pills seized on May 28, 2003 | | | X | X 8/14/07 | | | no obj. |

CASE NO __03-cr-00249-WYD-01__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST _____   THIRD PTY DEFT'S LIST _____

CASE CAPTION __United States of America__ vs. __Michael Kebles__   PAGE NUMBER __2__   DATE __August 1, 2007__

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Force Tucker | DEA Exhibit 22 - marijuana, MDMA, and hydrocodone seized on May 28, 2003 | | | X | X 8/14/07 | | | no obj. |
| 5A & B | Force Smither Palmer | Photographs of DEA Exhibit 22 - marijuana, MDMA, and hydrocodone seized on May 28, 2003 | | | X | X 8/14/07 | | | 5A only - no obj; only 1 photo |
| 6 | Force Tucker | DEA Exhibit 24 - Marijuana seized on May 28, 2003 | | | X | X 8/14/07 | | | no obj. |
| 7 | Force Miller | Colt Trooper Mark III .357 Magnum revolver pistol seized on May 28, 2003 (DEA Exhibit N-39) | | | X | X 8/14/07 | | | no obj. |
| 7A | | Photograph of Colt Trooper Mark III .357 Magnum revolver pistol seized on May 28, 2003 (DEA Exhibit N-39) | | | X | X 8/14/07 | | | no obj. |
| 8 | Force Palmer | Photograph of $800.00 in U.S. Currency seized on May 28, 2003 (DEA N-44) | | | X | X 8/14/07 | | | no obj. |

CASE NO  03-cr-00249-WYD-01       PLAINTIFF'S LIST   X    DEFENDANT'S LIST ____   THIRD PTY DEFTS LIST ____

CASE CAPTION  United States of America   vs.  Michael Kebles       PAGE NUMBER  3     DATE  August 1, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Force | DEA Non-Drug (N) Exhibit 8 - Recorded conversations on January 14, 2003 (Trial Exhibit One) | | | X | X 8/13/07 | | | no obj. |
| 10 | Force | DEA N-9: Recording from transaction on January 14, 2003 (Trial Exhibit One) | | | X | X 8/13/07 | | | no obj. |
| 11 | | DEA N-10 - Recorded telephone call on January 23, 2003 | | | | | | | |
| 12 | Force | DEA N-12: Recorded telephone call on January 29, 2003 | | | X | X 8/14/07 | | | no obj. |
| 13 | Force | DEA N-13: Recorded telephone call on January 30, 2003 | | | X | X 8/14/07 | | | no obj. |

CASE NO ___03-cr-00249-WYD-01___   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST _____   THIRD PTY DEFT'S LIST _____

CASE CAPTION ___United States of America___ vs. ___Michael Kebles___   PAGE NUMBER __4__   DATE __August 1, 2007__

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 14 | | DEA N-16 - Recording from transaction on February 11, 2003 (Trial Exhibit Two) | | | | | | | |
| 15 | Force | DEA N-22 - Recorded telephone call on April 2, 2003 | | | X | X 8/14/07 | | | no obj. |
| 16 | Force | DEA N-23: Recording from transaction on April 2, 2003 (Trial Exhibit 3) | | | X | X 8/14/07 | | | no obj. |
| 17 | Force | DEA N-51 - Excerpts from DEA N-51 which consists of 17 compact discs of pertinent recorded inmate conversations from May 29, - June 2, 2003, Clear Creek County Jail, Georgetown, Colorado. Transcripts from relevant calls were provided previously in discovery. | | | X | X 8/14/07 | | | 17-A, 17-B & 17-C. no obj. (see next page) |

CASE NO __03-cr-00249-WYD-01__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST ____   THIRD PTY DEFTS LIST ____

CASE CAPTION __United States of America__ vs. __Michael Kebles__   PAGE NUMBER __5__   DATE __August 1, 2007__

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A,B,C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 18 | J. Smith | Records from Clear Creek County Jail | | | X | 8/13/07 | | | no obj. |
| 17-A | Force | Patricia Edwards telephone calls, portion of telephone recording | | | X | 8/13/07 | | | no obj. |
| 17-B | Force | portion of telephone recording | | | X | 8/13/07 | | | no obj. |
| 17-C | Force | portion of telephone recording | | | X | 8/13/07 | | | no obj. |