# EXHIBIT LIST

CASE NO. 00-cr-00249-WYD  03   PLAINTIFF'S LIST ____   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION UNITED STATES OF AMERICA v. 1. MICHAEL KEBLES   PAGE NO. 1   DATE August 13, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Force | CI agreement | | | X | X 8/14/07 | | | no obj. |
| B | | Search warrant affidavit | | | | | | | |
| C | | Seizure Affidavit | | | | | | | |
| D | Force | CI payment memo | | | X | X 8/14/07 | | | no obj. |
| E | Force | CI bonus memo | | | X | X 8/14/07 | | | no obj. |
| F | | Names list | | | | | | | |
| G | | Teresa Kebles Plea Agreement | | | | | | | |
| H | Davis | Choice Improvements bills | | | X | X 8/15/07 | | | no obj. |
| I | | Ruth's Chris Steakhouse receipt | | | X | X 8/15/07 | | | no obj. |