IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Wiley Y. Daniel

Case No.   03cr00249-WYD-01                               Date   July 13, 2007

Case Title:   United States of America v. Michael Kebles

<u>Plaintiff</u>   WITNESS LIST
(Plaintiff/Defendant)

| # | WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---------|------------------------------------------|
| 1. | Special Agent Carl Force, Drug Enforcement Administration (DEA) | (3) August 13-14, 2007 (6-8 hours)  8/13/07 (4:03pm) · 8/14/07 (9:12am) |
| 2. | Custodian of Records, Clear Creek County Jail, Georgetown, Colorado | August 13 or 14, 2007 (½ hour) |
| 3. | Special Agent Philip R. Miller [Roderick], Bureau of Alcohol, Tobacco, Firearms and Explosives | (6) August 14 or 15, 2007 (½ hour)  8/14/07 (4:26pm) |
| 4. | Forensic Chemist Lionel Tucker [Anthony], DEA Western Regional Laboratory | (4) August 14 or 15, 2007 (1 hour)  8/14/07 (2:49pm) |
| 5. | Special Agent Michael J. Tinkler, DEA | If needed (2) 8/13/07 (4:01pm) |
| 6. | Group Supervisor Gary Owen, DEA | August 14 or 15, 2007 (1 hour) |
| 7. | Special Agent Brian Palmer, Bureau of Immigration and Customs Enforcement (BICE) | (7) August 13 or 14, 2007 (1 hour)  8/14/07 (4:32pm) |
| 8. | Sgt. Jeff Smith [Jeffrey W. Smith], Clear Creek County Sheriff's Office, Clear Creek County Jail, Georgetown, Colorado | August 14 or 15, 2007 (½ hour)  (1) 8/13/07 (3:50pm) |
| 9. | Mr. Robert Wilson | (5) August 14 or 15, 2007 (3 hours)  8/14/07 (3:09pm) |
| 10. | Special Agent Michael Marshall, Drug Enforcement Administration | If needed. |
| 11. | Special Agent Mark Lee, Drug Enforcement Administration | If needed. |
| 12. | Special Agent Rick Champion, Drug Enforcement Administration | If needed. |

| | | |
|---|---|---|
| 13. | Special Agent Mark W. Kopper<br>Drug Enforcement Administration | If needed. |
| 14. | Special Agent Suzanne Halonen<br>Drug Enforcement Administration | If needed. |
| 15. | Special Agent Suzanne Robert S. Martinez<br>Drug Enforcement Administration | If needed. |
| 16. | Task Force Officer Jerry Snow<br>Drug Enforcement Administration | If needed. |
| 17. | Task Force Officer Timothy Creedon<br>Drug Enforcement Administration | If needed. |
| 18. | Task Force Officer Mark Yacono<br>Drug Enforcement Administration | If needed. |
| 19. | Group Supervisor Robert Reid<br>Drug Enforcement Administration | If needed. |
| 20. | Group Supervisor Michael J. Santavicca<br>Drug Enforcement Administration | If needed. |