IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-000249-1-WYD

UNITED STATES OF AMERICA,
               Plaintiff,

vs.

MICHAEL KEBLES
               Defendant.

## DEFENDANT MICHAEL KEBLES' POTENTIAL WITNESS LIST

The defendant, Michael Kebles, by and through his attorney, John F. Sullivan, III, respectfully submits the following list of potential witnesses in this case:

1) All witnesses listed on the government's proposed witness list of May 18, 2007,

2) Ms. Teresa Kebles, 9195 West Phillips Drive, Littleton, CO 80128 (720) 329-0319,

(4) 3) Mr. Michael Levine, PO Box 533, Stone Ridge, NY, 12484, (845) 687-9642,  [8/15/07 (10:12am)]

4) Mr. Anthony Divirgilio, Investigator, (303) 534-1177,

(2) 5) Ms. Laura Hemborg, 7279 West 13th Avenue, Lakewood, CO 80214, (303) 726-2664,  [Suzanne Min jeong. 8/15/07 (9:35am)]

(1) 6) Ms. Julia Rutter, 8039 S. Kittredge Court, Englewood, CO 80112, (303) 346-7929,  [Anne 8/15/07 (9:23am)]

7) Mr. Scott Anthony Raymond, c/o Bureau of Prisons,

8) Ms. Cheryl Rieg, 4464 East Maplewood Way, Centennial, CO 80112 (720) 404-1396,

(3) 9) Mr. Dwayne Davis, 4535 Garland Street, Wheat Ridge, CO 80033 (303) 422-5192,  [Duane 8/15/07 (9:44am)]

10) Mr. Michael Kebles.

There was a witness list filed by Mr. Kebles on December 21, 2005 which contains all of the names

listed above and counsel may consider calling one or more of the witnesses from that list depending on evidence presented during trial.

Respectfully submitted this 20th day of May, 2007.

s/John Sullivan
John F. Sullivan, III
155 S. MADISON STREET, SUITE 209
DENVER, CO 80209
(303) 748-4343

### CERTIFICATE OF SERVICE

I hereby certify that I have duly served this motion on the 20th day of May 2007 by ECF to:

Mr. James Boma, Esq.
james.boma@usdoj.gov

s/John Sullivan