IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Date: 8/21/07

Time: 0930

Case No. 03-cr-00249-WYD

## NOTE FROM JURY

YOUR HONOR. THERE IS A QUESTION THAT IS HOLDING US UP AS A JURY TO COME TO A UNANIMOUS CONCLUSION

-ARE THERE PROCEDURES OR PROTOCOLS THAT WOULD ALLOW, OR DISALLOW THE GOVERNMENT (HENCE DEA/CI) TO USE (KNOWINGLY OR OTHERWISE) TO USE FAMILY MEMBERS AGAINST EACH OTHER IN ORDER TO CREATE A DRUG CASE

THANK YOU FOR YOUR PATIENCE

By: _____
Juror/Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By: _____
Wiley Y. Daniel
United States District Judge