IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Date: 8/21/07

Time: 1215

Case No. 03-cr-00249-WYD

## NOTE FROM JURY

WE THE JURY HAVE COME TO A UNANOMOUS VERDICT

By: ██████████
Juror/Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By: _____
Wiley Y. Daniel
United States District Judge