IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Date: 8/21/07          Case No. 03-cr-00249-WYD

Time: 1500

## NOTE FROM JURY

YOUR HONOR

WE HAVE COME TO A UNANIMOUS VERDICT REGARDING THE MONEY JUDGEMENT, AND THE TWO FACILITATING PROPERTY VIOLATIONS

By: _____
Juror/Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By: _____
Wiley Y. Daniel
United States District Judge