# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 2 1 2007**

**GREGORY C. LANGHAM**
CLERK

Criminal Case No. 03-cr-249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

## VERDICT FORM

---

### COUNT ONE

As to Count One, has the Government proved beyond a reasonable doubt that Defendant MICHAEL KEBLES was not entrapped?

   __✗__ Yes

   _____ No

If your answer to the above question is no, then you must find that the Defendant is Not Guilty.  If your answer to the above question is yes, then you must decide the question below.

We, the jury, upon our oaths, unanimously find the Defendant, MICHAEL KEBLES, as to Count One of the Superseding Indictment:

   _____ Not Guilty

   __✗__ Guilty

## COUNT TWO

As to Count Two, has the Government proved beyond a reasonable doubt that Defendant MICHAEL KEBLES was not entrapped?

$\underline{\hspace{0.3cm}X\hspace{0.3cm}}$  Yes

$\underline{\hspace{0.8cm}}$  No

If your answer to the above question is no, then you must find that the Defendant is Not Guilty. If your answer to the above question is yes, then you must decide the question below.

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL KEBLES, as to Count Two of the Superseding Indictment:

$\underline{\hspace{0.8cm}}$  Not Guilty

$\underline{\hspace{0.3cm}X\hspace{0.3cm}}$  Guilty

## COUNT THREE

As to Count Three, has the Government proved beyond a reasonable doubt that Defendant MICHAEL KEBLES was not entrapped?

$\underline{\hspace{0.3cm}X\hspace{0.3cm}}$  Yes

$\underline{\hspace{0.8cm}}$  No

If your answer to the above question is no, then you must find that the Defendant is Not Guilty. If your answer to the above question is yes, then you must decide the question below.

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

KEBLES, as to Count Three of the Superseding Indictment:

\_\_\_\_\_ Not Guilty

\_\_X\_\_ Guilty

## COUNT FOUR

Has the Government proved, beyond a reasonable doubt, that Defendant

MICHAEL KEBLES was not entrapped?

\_\_X\_\_ Yes

\_\_\_\_\_ No

If your answer to the above question is no, then you must find that the Defendant

is Not Guilty. If your answer to the above question is yes, then you must decide the

question below.

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

KEBLES, as

to Count Four of the Superseding Indictment:

\_\_\_\_\_ Not Guilty

\_\_X\_\_ Guilty

## COUNT FIVE

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

KEBLES, as to Count Five of the Superseding Indictment:

\_\_\_\_\_ Not Guilty

\_\_X\_\_ Guilty

## COUNT SIX

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

KEBLES, as to Count Six of the Superseding Indictment:

_____X_____ Not Guilty

_____ Guilty

Dated this 21ST of AUGUST , 2007

_____

Foreperson