FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SPECIAL VERDICT FORM** (Money judgment)

AUG 21 2007

COUNT: __7__

GREGORY C. LANGHAM
CLERK

Was $9,100.00 in United States Currency derived, directly or indirectly, as a result of the drug violations of which the defendant has been convicted?

YES __X__

NO _____

If you answered "NO", how much was derived, if any, directly or indirectly, as a result of the drug trafficking violations of which the defendant has been convicted?

$ ~~9100.00~~ [signatures/initials]

Dated this __21__ of __AUGUST__, 2007

_____
Foreperson

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2007

GREGORY C. LANGHAM
CLERK

**SPECIAL VERDICT FORM** (Facilitating property)

COUNT: __7__

Was the 1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401, titled in the name of Michael Kebles, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation of which the defendant has been convicted?

YES __X__

NO _____

Dated this __21__ of __AUGUST__, 2007

_____
Foreperson

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2007

GREGORY C. LANGHAM
CLERK

**SPECIAL VERDICT FORM** (Facilitating property)

COUNT: 7

Did the defendant derive the $1,439.00 in United States Currency, seized from Michael Kebles on May 28, 2003, directly or indirectly, as a result of the violations of which the defendant has been convicted?

YES _____

NO __X__

Dated this 21 of August, 2007

_____
Foreperson