IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

---

## GOVERNMENT'S SENTENCING STATEMENT

---

THE UNITED STATES OF AMERICA, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby files its Sentencing Statement in the above-captioned matter. The Government states to the Court as follows with respect to this defendant's conviction at trial on Tuesday, August 21, 2007, upon Counts One through Five of the Superseding Indictment in this case: [1]

    1.    The respective quantities of controlled substances seized, purchased or offered for sale in this case were as follows:

    (A)    That Government Exhibit 1 (DEA Exhibit 6: 100 tablets) was, in fact, 25.6 grams of a mixture and substance containing 3,4-Methylenedioxymethamphetamine hydrochloride,

---

[1] The jury returned a not guilty verdict as to Count Six of the Superseding Indictment. The jury also entered special verdicts forfeiting a vehicle and $9,100.00 in U.S. Currency to the Government. The forfeitures will be the subject of a Motion and Proposed Preliminary Order of Forfeiture to be filed under separate cover. Finally, the defendant agreed not to contest the forfeiture of the .357 caliber revolver in this matter.

hereinafter referred to as MDMA, a controlled substance listed in Schedule I, Title 21, United States Code, Section 812, and the regulations enacted thereunder. (Counts One and Two);

(B) That Government Exhibit 2 (DEA Exhibit 9: 301 tablets) was, in fact, 77.2 grams of a mixture and substance containing MDMA. (Counts One and Three);

(C) That Government Exhibit 3 (DEA Exhibit 13: 200 tablets) was, in fact, 51.3 grams of a mixture and substance containing MDMA (Counts One and Four);[2]

(D) That Government Exhibit 4 (DEA Exhibit 21: 70 tablets ) was, in fact, 17.9 grams of a mixture and substance containing MDMA (Counts One and Five);

(E) That Government Exhibit 5 (DEA Exhibits 22.01 through 22.06) was, in fact, 16.6 grams of a mixture and substance containing MDMA , 3.4 grams of Marihuana, 24 grams of a substance in which no controlled

---

[2] During this controlled purchase that occurred on April 2, 2003, as testified to by S/A Carl Force, DEA, the defendant offered to sell the informant an additional 400 tablets of MDMA which the informant declined. Because all of the tablets recovered in this investigation were virtually identical in appearance, the Government intends to seek an additional **102.6 grams of MDMA** (doubling the actual weight of 51.3 grams of MDMA for the two hundred pills purchased on that date) for the additional 400 pills for relevant conduct purposes under §1B1.3, U.S.S.G., as to Counts One and Four of the Superseding Indictment. The Government would note that as of that date, this defendant had already sold the Government 601 tablets of MDMA and additional distribution weight quantities of MDMA were recovered from the defendant's residence on May 28, 2003 (Counts One and Five).

2

        substances were found, and .51 gram (1 tablet) of hydrocodone, a controlled substance (Counts One and Five); and

(F) That Government Exhibit 6 (DEA Exhibits 24.01 through 24.04) was, in fact, 2.48 grams of marihuana and marihuana residue, and that marihuana is a Schedule I controlled substance (Counts One and Five).[3]

2. Thus, the total quantity of MDMA was **291.2 grams.** Converting to marijuana equivalent as directed by the Drug Equivalency Tables at the rate of 1 gram of MDMA = 500 grams, or .5 kilogram of marijuana, yields 145.6 kilograms of marihuana equivalent, which in turn yields an **offense level of 26** under §2D1.1(c)(7) of the Sentencing Guidelines.[4]

3. In light of the recovery of the loaded .357 caliber handgun inside defendant Kebles' residence on May 28, 2003, along with the controlled substances identified herein above, the Government submits that the 2-level Specific Offense Characteristic increase under §2D1.1(b)(1) is warranted under the facts here. If granted by the Court, this would result in an adjusted offense level of **28.**

---

[3] As it will have no impact on sentencing, the Government intends to ignore for sentencing purposes the marihuana and one hydrocodone tablet recovered from the defendant's residence during the course of the execution of the search warrant on May 28, 2003.

[4] Due to the date of the offenses the November 1, 2002 Edition of the Sentencing Guidelines was used.. The November 1, 2006 Edition was checked as well, but the calculations were identical.

4. For the information of the Court, counsel and the Probation Officer assigned to preparing the pre-sentencing investigation report (PSI) for this defendant, the Government estimates that this defendant will be found to have an Offense Level of 28, Criminal History Category I, yielding a Sentencing Guidelines range of 78-97 months.

Respectfully submitted this 28th day of August, 2007,

        TROY A. EID
        UNITED STATES ATTORNEY


By: <u>s/ James R. Boma</u>
     JAMES R. BOMA
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO  80202
     Telephone:  (303) 454-0100
     Fax:  (303) 454-0401
     E-mail:  james.boma@usdoj.gov
     Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2007, I electronically filed the foregoing **GOVERNMENT'S SENTENCING STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**John F. Sullivan , III**

jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

Supervisory Probation Officer Kurt Thoene, Denver **(Via Fax to 303-844-5439)**
S/A Carl Force, DEA (San Juan, PR) **(Via Fax to 787-775-1896)**
S/A Michael J. Tinkler, DEA, Denver **(Via Fax)**

<u>s/Lisa Vargas</u>
LISA VARGAS
Legal Assistant to
James R. Boma
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX: (303) 454-0409