IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.

## GOVERNMENT'S STATUS REPORT REGARDING FORFEITURE IN THIS MATTER

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby submits this status report regarding the forfeiture of the firearm and ammunition previously seized from this defendant's residence on May 28, 2003, showing unto the Court as follows:

    1.    Prior to the submission of the special verdicts forms regarding forfeiture to the jury last Tuesday, August 21, 2007, the defendant stated through counsel that he was not contesting the forfeiture of the firearm in this case.  At the time, the undersigned stated that the Government would prepare a stipulation regarding the forfeiture of the firearm, a .357 caliber handgun.  However, in the interim, and after consulting with AUSA James Russell of this Office's Asset Forfeiture Unit, we have elected to proceed with a Motion and proposed Preliminary Order for Forfeiture regarding the firearm, the 17 rounds of ammunition, and the $9,100.00 in U.S. Currency and the vehicle as directed by the jury's special verdicts in this case.

      2.      AUSA Russell is presently out of the Office for medical treatment and the Government would respectfully request an additional 10 days or until Friday, September 7, 2007, in which to file its referenced pleadings.

Respectfully submitted this 28th day of August, 2007,

                TROY A. EID
                UNITED STATES ATTORNEY

        By:  s/ James R. Boma
              JAMES R. BOMA
              Assistant U.S. Attorney
              U.S. Attorney's Office
              1225 17th St., Suite 700
              Denver, CO  80202
              Telephone:  (303) 454-0100
              Fax:  (303) 454-0401
              E-mail:  james.boma@usdoj.gov
              Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2007, I electronically filed the foregoing **GOVERNMENT'S STATUS REPORT REGARDING FORFEITURE IN THIS MATTER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**John F. Sullivan , III**

jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

AUSA James Russell, AFU, Denver

s/Lisa Vargas
LISA VARGAS
Legal Assistant to
James R. Boma
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX: (303) 454-0409
