IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MICHAEL KEBLES,

       Defendant.

_____

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**
_____

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters

an appearance as counsel for the above-named Plaintiff,.

DATED at Denver, Colorado, this 5th day of September, 2007.

                          TROY A. EID
                          United States Attorney

                      By:s/James S. Russell
                        JAMES S. RUSSELL
                       Assistant United States Attorney
                       1225 17th Street, Suite 700
                       Denver, Colorado 80202
                       Telephone: (303) 454-0100
                       Fax: (303) -454-0402
                       E-mail: James.Russell2@usdoj.gov