IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

---

### MOTION FOR PRELIMINARY ORDER OF FORFEITURE
---

COMES NOW the United States, by and through Assistant United States Attorney James S. Russell, and pursuant to 21 U.S.C. §853 and Rule 32 (d)(2) of the Federal Rules of Criminal Procedure, moves this Court to enter a Preliminary Order of Forfeiture in this case forfeiting to the United States the defendant's interest in the following property and directing the United States Marshals Service or its designated sub-custodian to seize the property subject to forfeiture, and to publish notice of the forfeiture:

    (1)    1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401, and

    (2)    $9,100.00 in United States Currency;

    (3)    Colt .357 revolver, S/N J46965.

In support, Plaintiff states:

1.    On August 21, 2007, following a three and one-half day trial, a jury returned a guilty verdict against defendant Michael Kebles on Counts One through Five, and a Special Verdict finding that the 1996 Chevrolet Suburban and $9,100.00 in United States Currency described above are subject to criminal forfeiture pursuant to 21 U.S.C. §853 (a).  Defendant

Michael Kebles further agreed to forfeiture and destruction of the Colt .357 revolver, S/N J46965, more fully described in Count Seven of the Superseding Indictment.

    2.    A Preliminary Order of Forfeiture is necessary in order for the United States Marshals Service to arrest the property subject to forfeiture. In addition, 21 U.S.C. §853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States Marshals Service cannot effect the arrest, notice, and publication without an order of forfeiture.

    3.    The facts as set forth in the Indictment provide an ample basis for an order of forfeiture in accordance with 21 U.S.C. §853.

    4.    The United States further states that it shall return the remaining $9,802.32 described in Count Seven of the Superseding Indictment to defendant's counsel for satisfaction of defendants' Court fees and fines, including:

    (A) The remaining $590.28 of the $9,690.28 in United States Currency, seized from U.S. Bank Account No. 1-036-7193-0339 pursuant to Civil Seizure Warrant No. 03-X-58;

    (B) $5,773.04 in United States Currency, seized from U.S. Bank Account No. 2-036-8093-4668 pursuant to Civil Seizure Warrant No. 03-X-57; and

    (C) $2000.00 in United States Currency, seized from U.S. Bank Account No. 1-036-5755-4491 pursuant to Civil Seizure Warrant No. 03-X-59; and

    (D) $1,439.00 in United States Currency, seized from Michael Kebles on May 28, 2003.

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture tendered herewith, for the reasons set forth above.

Dated this 5th day of September, 2007.

Respectfully submitted,

TROY A. EID
United States Attorney

By: s/ James S. Russell
    JAMES S. RUSSELL
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: James.Russell2@usdoj.gov
    Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on this 5th day of September, 2007, I electronically filed the foregoing

MOTION FOR PRELIMINARY ORDER OF FORFEITURE with the Clerk of Court using the

ECF system which will send notification of such filing to the following e-mail address:

John F. Sullivan, III
jfslaw1@aol.com

s/ James S. Russell
JAMES S. RUSSELL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff