IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT a jury found defendant Michael Kebles guilty of Counts One through Five in the above-styled case on August 21, 2007, and thereafter said jury found that the following property is forfeited to the United States pursuant to 21 U.S.C. §853:

    (1)    1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401, and

    (2)    $9,100.00 in United States Currency;

THAT defendant has agreed to forfeiture and destruction of the Colt .357, S/N J46965, more fully described in Count Seven of the Superseding Indictment; and

THAT prior to the disposition of the asset, the United States Marshals Service is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Michael Kebles' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §853:

(1) 1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401;

(2) $9,100.00 in United States Currency; and

(3) Colt .357 revolver, S/N J46965.

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States Marshals Service, or its designated agent, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) in a newspaper of general circulation in Denver, Colorado for four consecutive weeks and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

THAT the United States, upon entry of Final Order of Forfeiture, shall return the remaining $9,802.32 seized from defendant Michael Kebles, through counsel, and that said funds shall be used to satisfy defendant's Court fees and fines.

SO ORDERED this _____ day of _____, 2007.

BY THE COURT:

_____
WILEY Y. DANIEL
United States District Court Judge