UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00249

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KEBLES,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On September 5, 2007, the Government filed a Motion for Preliminary Order of Forfeiture (docket #386).  Defendant may file a short response, if necessary, by September 25, 2007.

    Dated:  September 6, 2007