IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-000249-WYD

UNITED STATES OF AMERICA,
                            Plaintiff,

vs.

MICHAEL KEBLES
                            Defendant.

## MOTION TO RECONSIDER

       Comes now the Defendant, Michael Kebles, by and through counsel, John F. Sullivan, III, and, respectfully requests this Court reconsider its ruling ordering that Mr. Kebles be remanded and permit his release from custody until sentencing. In support of his motion Mr. Kebles offers the following:

       1) Mr. Kebles was charged by indictment on or about June, 2003. He bonded out and had been out of custody until August 21, 2007 when a jury returned a verdict of guilty for five of the six counts charged. Mr. Kebles was found not guilty of the final count involving the possession of a firearm.

       2) Mr. Kebles has maintained a residence in Denver since his release in June, 2003 and continued to work in home remodeling with his company, Choice Improvements. He did not miss any court dates. As was evidenced in the trial, he has no significant criminal history.

       3) He has strong family support in Denver in the form of his sisters and mother.

       4) Recently, Mr. Kebles purchased a home which he had been remodeling. That house is currently loaded with tools and building materials which need to be either sold or put into storage. Mr. Kebles would like to be released long enough to get his affairs in order and relieve the burden on his family who would be responsible for the large task of taking care of the tools,

the house and the building materials.

      5) Given his lack of criminal history, his obeying all court orders for four years, and his attending all court dates for four years, Mr. Kebles is requesting that he be released for the short period of time between now and his sentencing date.

      6) Counsel has spoken with Assistant United States Attorney James Boma and he objects to this motion's being granted.

      7) Mr. Kebles is willing to be released to house arrest or to a halfway house.

WHEREFORE, for the above reasons, Mr. Kebles respectfully requests this Court reconsider its Order remanding Mr. Kebles into custody and enter an Order permitting Mr. Kebles' release on bond between now and the sentencing date of November 5, 2007 and for all other relief proper in the premises.

Respectfully submitted this 7th day of September 2007.

                    s/John Sullivan III
By:  John F. Sullivan III,
      155 S. Madison Street, Suite 209
      Denver, CO 80209
      (303) 748-4343

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of September 2007, true and correct copies of the foregoing **MOTION TO RECONSIDER** were served via ECF upon:

Mr. James Boma, Esq.
Assistant United States Attorney
1225 17th Street, Suite 700
17th Street Plaza
Denver, CO 80202         s/ John Sullivan