IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-000249-WYD

UNITED STATES OF AMERICA,
                Plaintiff,

vs.

MICHAEL KEBLES
                Defendant.

**ORDER**

The Court having been advised in the premises now _____ the Defendant's Motion to Reconsider.

Dated this the ___ day of _____ 2007.

                                                    _____
                                                    Judge, United States District Court
                                                    for the District of Colorado