UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00249

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KEBLES,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On September 7, 2007, the Defendant filed a Motion to Reconsider (docket #388). The Government is ordered to respond by September 27, 2007.

    Dated: September 10, 2007