## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

___

| | | | |
|---|---|---|---|
| Date: | November 5, 2007 | Probation: | Doug Randolph |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

___

Criminal Case No: **03-cr-00249-WYD**            Counsel:

UNITED STATES OF AMERICA,            James R. Boma

      Plaintiff,

v.

**1. MICHAEL KEBLES**,            John F. Sullivan, III

      Defendant.
___

### SENTENCING
___

**10:10 a.m.**    Court in Session - Defendant present (in-custody)

      **Guilty Verdict returned on August 21, 2007 (Day 7 of Trial to Jury) Counts of Conviction - counts one, two, three, four, and five of Superseding Indictment.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

10:11 a.m.    Statement on behalf of Defendant (Mr. Sullivan).

10:14 a.m.    Statement on behalf of Government (Mr. Boma).

10:16 a.m.    Statement on behalf of Defendant (Mr. Sullivan).

      Defendant's oral motion for new trial (Mr. Sullivan).

Judge Wiley Y. Daniel
03-cr-00249-WYD - Sentencing Minutes

| | |
|---|---|
| 10:19 a.m. | Argument by Defendant (Mr. Sullivan). |
| 10:30 a.m. | Argument by Government (Mr. Boma). |
| 10:31 a.m. | Argument by Defendant (Mr. Sullivan). |
| 10:33 a.m. | Argument by Government (Mr. Boma). |
| 10:38 a.m. | Argument by Defendant (Mr. Sullivan). |
| **ORDERED:** | Defendant's oral motion for new trial is **DENIED.** |
| 10:46 a.m. | Statement on behalf of Defendant (Mr. Sullivan). |
| 10:47 a.m. | Statement on behalf of Government (Mr. Boma). |
| 10:52 a.m. | Statement on behalf of Defendant (Mr. Sullivan). |
| 10:58 a.m. | Statement on behalf of Government (Mr. Boma). |
| 11:02 a.m. | Statement on behalf of Defendant (Mr. Sullivan). |
| 11:05 a.m. | Statement on behalf of Government (Mr. Boma). |
| 11:09 a.m. | Statement on behalf of Defendant (Mr. Sullivan). |
| 11:10 a.m. | Statement on behalf of Government (Mr. Boma). |
| **11:12 a.m.** | Court in Recess |
| **11:25 a.m.** | Court in Session |
| | Court's remarks regarding testimony of Carl Force. |
| 11:28 a.m. | Discussion regarding advisory guideline calculations. |
| 11:29 a.m. | Statement on behalf of Government (Mr. Boma). |
| 11:30 a.m. | Statement on behalf of Defendant (Mr. Sullivan). |
| 11:41 a.m. | Statement by Defendant on his own behalf (Mr. Kebles). |

Judge Wiley Y. Daniel
03-cr-00249-WYD - Sentencing Minutes

11:45 a.m.    Statement on behalf of Government (Mr. Boma).

11:47 a.m.    Statement on behalf of Probation (Mr. Randolph).

11:47 a.m.    Statement on behalf of Government (Mr. Boma).

Court makes findings.

**ORDERED:**    Defendant's Motion for Downward Departure for Acceptance of Responsibility (as contained in the Presentence Investigation Report) is **DENIED.**

**ORDERED:**    Defendant be **imprisoned** for a total of **63** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a Federal Prison Camp because that environment is more suited for this Defendant.**

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:    Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    Defendant shall not unlawfully possess a controlled substance.

(X)    The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

Judge Wiley Y. Daniel
03-cr-00249-WYD - Sentencing Minutes

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:** Defendant shall pay **$500.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the underlying convictions and the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:55 a.m.** Court in Recess - HEARING CONCLUDED

***CLERK'S NOTE:*** ***DEFENDANT'S EXHIBITS A and B (ATTACHED) WERE SCANNED AND MADE PART OF THE RECORD AND MAILED TO COUNSEL.***

**TOTAL TIME: 1:32**