IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

_____

## MOTION TO AMEND JUDGMENT
_____

COMES NOW the United States, by and through Assistant United States Attorney James S. Russell, and pursuant to Fed.R.Crim.P. 32.2(b)(3), 35(a), and 36, moves this Court to amend the Judgment entered in this case on November 5, 2007 (ECF Docket #402). In support, Plaintiff states:

1.    On August 21, 2007, following a three and one-half day trial, a jury returned a guilty verdict against defendant Michael Kebles on Counts One through Five of the Superseding Indictment, and a Special Verdict finding that a 1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401 and $9,100.00 in United States Currency (Subject Property) were subject to criminal forfeiture pursuant to 21 U.S.C. §853 (a). Defendant Michael Kebles further agreed to forfeiture and destruction of a Colt .357 revolver, S/N J46965 (Subject Property), more fully described in Count Seven of the Superseding Indictment.

2.    On September 5, 2007, Plaintiff filed a Motion for Preliminary Order of Forfeiture (ECF Docket #386) seeking forfeiture of the Subject Property described above, and agreeing to return the remaining seized property to defendant's counsel for satisfaction of defendant's Court

fees and fines, including:

      (A) The remaining $590.28 of the $9,690.28 in United States Currency, seized from U.S. Bank Account No. 1-036-7193-0339 pursuant to Civil Seizure Warrant No. 03-X-58;

      (B) $5,773.04 in United States Currency, seized from U.S. Bank Account No. 2-036-8093-4668 pursuant to Civil Seizure Warrant No. 03-X-57; and

      (C) $2000.00 in United States Currency, seized from U.S. Bank Account No. 1-036-5755-4491 pursuant to Civil Seizure Warrant No. 03-X-59; and

      (D) $1,439.00 in United States Currency, seized from Michael Kebles on May 28, 2003.

This motion was granted by the Court on September 27, 2007 (ECF Docket #395).

    3.    On November 5, 2007, defendant Michael Kebles was sentenced on Counts One through Five of the Superseding Indictment and a Judgment entered (ECF Docket #402). However, forfeiture of the Subject Property was inadvertently omitted from the Judgment, as required by Fed.R.Crim.P. 32.2(b)(3).

    WHEREFORE, pursuant to Fed.R.Crim.P. 35(a) and 36 the United States moves this Court to amend the Judgment entered in this case, to include a provision that the following Subject Property is forfeited to the United States:

      (1)    1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401;

      (2)    $9,100.00 in United States Currency; and

      (3)    Colt .357 revolver, S/N J46965.

    Dated this 13th day of November, 2007.

Respectfully submitted,

TROY A. EID
United States Attorney

By: s/ James S. Russell
    JAMES S. RUSSELL
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: James.Russell2@usdoj.gov
    Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 13th day of November, 2007, I electronically filed the foregoing MOTION TO AMEND JUDGMENT with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

John F. Sullivan, III
jfslaw1@aol.com

s/ James S. Russell
JAMES S. RUSSELL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff

3