| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>United States of America  JDIS: 03-CR-00249-WYD-3 | COURT CASE NUMBER<br>03-cr-00249-WYD ||
| DEFENDANT    Michael Kebles | TYPE OF PROCESS<br>Execute Preliminary Order ||

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
|  | 1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401 |
| AT | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| United States Attorney's Office<br>ATTN: Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado  80202 | Number of process to be served with this Form - 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                                                                        Fold

Please execute attached Preliminary Order of Forfeiture by seizing subject 1996 Chevrolet Suburban for forfeiture

CATS #03-DEA-421634

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Nicole C. Davidson*     [signature] Nicole C. Davidson | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(303) 454-0267 | DATE<br>10/18/07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk<br>[signature] | Date<br>10/22/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service  11/5/2007   Time 3:15 pm<br>Signature of U.S. Marshal or Deputy<br>[signature] |

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   Transferred to Judicial No. 03-CR-00249-WYD

| PRIOR EDITIONS<br>MAY BE USED | | FORM USM-285 |
|---|---|---|

☐ CLERK OF COURT   ☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT