| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| **PLAINTIFF**<br>United States of America   JDIS: 03-CR-00249-WYD-4 | **COURT CASE NUMBER**<br>03-cr-00249-WYD |
| **DEFENDANT**   Michael Kebles | **TYPE OF PROCESS**<br>Execute Preliminary Order |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ | $9,690.28 in United States Currency |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado  80202

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute attached Preliminary Order of Forfeiture by seizing $9,100.00 of the subject $9,690.28 in United States Currency for forfeiture

CATS #03-DEA-421733

| Signature of Attorney or other Originator requesting service on behalf of:<br>Nicole C. Davidson | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(303) 454-0267 | DATE<br>10/18/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk<br>Shai Valey | Date<br>10/22/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/5/2007   Time: 3:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Transfered to Judicial No. 03-CR-00249-WYD/
$9,100.00 of $9,690.28 seized

PRIOR EDITIONS MAY BE USED           FORM USM-285

☐ CLERK OF COURT   ☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT