IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-249-WYD

UNITED STATES OF AMERICA,
                         Plaintiff,

vs.

MICHAEL KEBLES
                         Defendant.

## NOTICE OF APPEAL

Comes now the Defendant, Michael Kebles, by counsel and notifies the Court that he will file an appeal in his case.

Respectfully submitted this 14th day of November 2007.

                         S/John Sullivan
By:  John F. Sullivan III,
       155 S. Madison Street, Suite 209
       Denver, CO 80209
       (303) 748-4343

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2007, true and correct copies of the foregoing **NOTICE OF APPEAL** were served via ECF upon:

Mr. James Boma, Esq.
Assistant United States Attorney
1225 17th Street, Suite 700
17th Street Plaza
Denver, CO 80202          s/John Sullivan