| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* ||
|---|---|---|
| **PLAINTIFF**<br>United States of America  JDIS: 03-CR-00249-WYD-2 ✓ || **COURT CASE NUMBER**<br>03-cr-00249-WYD |
| **DEFENDANT**<br>Michael Kebles || **TYPE OF PROCESS**<br>Publication |
| **SERVE** ▶ | **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**<br>A newspaper of general circulation in Denver, Colorado ||
| **AT** | **ADDRESS** *(Street or RFD, Apartment No., City, State and ZIP Code)* ||

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| United States Attorney's Office<br>ATTN: Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado 80202 | Number of process to be served with this Form - 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
**Fold**                                                                                                                   **Fold**

Please execute attached Preliminary Order of Forfeiture by publishing notice of the forfeiture for FOUR consecutive weeks via The Daily Journal

CATS #03-DEA-421733 / 03-DEA-421634

| Signature of Attorney or other Originator requesting service on behalf of:<br>Nicole C. Davidson  *[signature]* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(303) 454-0267 | DATE<br>10/18/07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk<br>*[signature]* | Date<br>10/22/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 12/10/07   Time: 3:40 pm<br><br>Signature of U.S. Marshal or Deputy<br>*[signature]* Ron Kapinol |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

---

PRIOR EDITIONS MAY BE USED                                                                                               FORM USM-285

☐ CLERK OF COURT   ☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

## The Daily Journal
### A Publication Of The McGraw-Hill Companies

**Publisher's Affidavit**
STATE OF COLORADO
City and County of Denver

I, John Rhoades, of the City and County of Denver, State of Colorado, being duly sworn, upon oath say that I am the Publishing Director of The Daily Journal; that I have personal knowledge of all the facts set forth in this affidavit; that said The Daily Journal is a public newspaper of general circulation having its principal office and place of business situated in said City and County of Denver; that said The Daily Journal is printed and published daily except Saturdays, Sundays and legal holidays; that said The Daily Journal is a daily newspaper within the meaning of the act of the General Assembly of the State of Colorado, approved April 7, 1921, and entitled, "An Act Concerning Legal Notices, Advertisements and Publications, and the Fees of Printers and Publishers Thereof, and to Repeal All Acts and Parts of Acts in Conflict with the Provisions of This Act" and as amended by an act of said General Assembly, entitled "An Act to Amend An Act Entitled 'An Act Concerning Legal Notices, Advertisements and Publications and the Fees of Printers and Publishers Thereof and to Repeal All Acts and Parts of Acts in Conflict with the Provisions of this Act'," approved March 30, 1923, and as amended by an act of said General Assembly, approved May 18, 1931, entitled, "An Act to Amend Section 4 of Chapter 139, Session Laws of Colorado, 1923, Relating to Legal Notices and Advertisements," which said Act took effect on and after the first day of January, 1932, and as amended by an act of said General Assembly, entitled, "An Act to Amend Chapter 139 of the Session Laws of 1923 Relating to Legal Notices and Advertisements; to Define Newspapers Qualified to Publish Legal Notices and Advertisements and the Fees of Printers and Publishers Thereof, and to Provide That the Costs of Such Legal Notices and Advertisements Shall Be Taxed as Fees," approved March 5, 1935; and as amended by an act of said General Assembly entitled, "An Act Relating to Legal Notices and Advertisements, and Amending Section 1, of Chapter 113, Session Laws of 1931," approved March 25, 1935; and "An Act to Amend and as Amended by the General Assembly, concerning 'Rates for Legal Publications,' 109-1-7 C.R.S. 1963 as amended, approved May 22, 1971, and effective January 1, 1972," that said newspaper had, prior to January 1, 1936, and has ever since said date, been admitted to the United States Mails as second class matter under the provisions of the Act of March 3, 1879, or any amendments thereof; that said newspaper is printed and published in whole in said City and County of Denver and has a general circulation therein; that said newspaper has been so printed and published as a public daily newspaper of general circulation in said City and County of Denver, uninterruptedly and continuously during the period of more than fifty-two consecutive weeks next prior to the first issue thereof containing the annexed legal notice and advertisement; that said legal notice and advertisement was published in the regular edition of said newspaper for ___four consecutive weeks___

that the first publication of said legal notice and advertisement was in the regular edition of said newspaper of the __8th__ day of __November__, A.D. 20__07__;

that the last publication of said legal notice and advertisement was in the regular edition of said newspaper of the __29th__ day of __November__, A.D. 20__07__; and

that therefore, said legal notice and advertisement was duly published in a newspaper duly qualified for that purpose within the meaning of said above-mentioned acts of the General Assembly of the State of Colorado.

Subscribed and sworn to, at the City and County of Denver, State of Colorado, before me, a Notary Public, this __30__ day of __December__, A.D. 20__07__

Witness my hand and notarial seal.
_Kari Johnson_
Notary Public

My Commission Expires July 9, 2011
1114 West 7th Avenue, Suite 100
Denver, Colorado 80204-4455

---

**NOTICE OF ARREST
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CASE # 03-CR-00249-WY**

665

UNITED STATES OF AMERICA, PLAINTIFF VS. Michael Kebles, Defendant. Notice is hereby given that A Preliminary Order of Forfeiture was entered by the Court forfeiting to the United States all of the defendant's right, title and interest in the following: 1996 Chevrolet Suburban VIN# GNFK16R7TG167401; $9,100.00 US Currency; and Colt .357 revolver, S/N J46965. Any person claiming an interest in or to said property must file his claim within 30 days from the last date of publication of this notice pursuant to 21 U.S.C. 853. Claims are to be filed with the Clerk of the District Court, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294 and a copy provided to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 1225 17th Street, Suite 700, Denver, CO 80202.

Published: November 8, 15, 23 & 29, 2007 in
The Daily Journal                                                            665

NOTICE OF ARREST
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CASE # 03-CR-00249-WYD

UNITED STATES OF AMERICA, PLAINTIFF VS. Michael Kebles, Defendant.
Notice is hereby given that A Preliminary Order of Forfeiture was entered by the Court forfeiting to the United States all of the defendant's right, title and interest in the following:
1996 Chevrolet Suburban VIN# #GNFK16R7TG167401; $9,100.00 US Currency; and Colt .357 revolver, S/N J46965. Any person claiming an interest in or to said property must file his claim within 30 days from the last date of publication of this notice pursuant to 21 U.S.C. 853. Claims are to be filed with the Clerk of the District Court, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294 and a copy provided to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 1225 17th Street, Suite 700, Denver, CO 80202.