IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

---

### MOTION FOR FINAL ORDER OF FORFEITURE AND JUDGMENT
---

    COMES NOW the United States, by and through Assistant United States Attorney James S. Russell, and moves this Court to enter a Final Order of Forfeiture and Judgment in this case pursuant to 18 U.S.C. §982, incorporating 21 U.S.C. §853. In support, Plaintiff states:

    1.    On September 27, 2007, a Preliminary Order of Forfeiture was entered by the Court forfeiting to the United States any and all of Defendant's right, title and interest in the following property:

        (a)    1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401,

        (b)    $9,100.00 in United States Currency, and

        (c)    Colt .357 revolver, S/N J46965;

and ordering the United States, upon entry of a Final Order of Forfeiture, to return the remaining $9,802.32 described in Count Seven of the Superseding Indictment to defendant's counsel for satisfaction of defendant's Court fees and fines.

    2.    The Preliminary Order of Forfeiture directed the United States Marshals Service to seize the subject property, and to publish notice of the forfeiture and the United States' intent

to dispose of the property.

3.	The United States Marshals Service executed the Preliminary Order of Forfeiture on November 5, 2007, and published notice of the defendant's forfeiture for four consecutive weeks in *The Daily Journal*, between November 8 and 29, 2007.

4.	To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in any of the subject property.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. §982, incorporating 21 U.S.C. §853.

Dated this 29th day of January, 2008.

Respectfully submitted,

TROY A. EID
United States Attorney

By: s/ James S. Russell
    JAMES S. RUSSELL
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: James.Russell2@usdoj.gov
    Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 29th day of January, 2008, I electronically filed the foregoing MOTION FOR FINAL ORDER OF FORFEITURE AND JUDGMENT with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

John F. Sullivan, III
jfslaw1@aol.com

                                             s/ James S. Russell
                                             JAMES S. RUSSELL
                                             Assistant United States Attorney
                                             1225 17th Street, Suite 700
                                             Denver, Colorado 80202
                                             Telephone: (303) 454-0100
                                             FAX: (303) 454-0402
                                             E-mail: James.Russell2@usdoj.gov
                                             Attorney for Plaintiff