IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE AND JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §982, incorporating 21 U.S.C. §853;

THAT a Preliminary Order of Forfeiture was entered on September 27, 2007;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. §982, incorporating 21 U.S.C. §853;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §982, incorporating 21 U.S.C. §853;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §982, incorporating 21 U.S.C. §853, free from the claims of any other party:

    (a)    1996 Chevrolet Suburban, VIN 3GNFK16R7TG167401,

  (b)  $9,100.00 in United States Currency, and

  (c)  Colt .357 revolver, S/N J46965.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law; and

THAT the United States shall return the remaining $9,802.32 described in Count Seven of the Superseding Indictment to defendant's counsel for satisfaction of defendants' Court fees and fines.

  DATED this __ day of _____, 2008.

_____
WILEY Y. DANIEL
United States District Court Judge