UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00249

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MICHAEL KEBLES,

 Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 On April 18, 2008, the Defendant filed a Motion for Release Pending Appeal (docket #435).  The Government is ordered to respond by **Monday, May 19, 2008.**

 Dated:  April 21, 2008