IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Defendant.
_____

**RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION FOR RELEASE PENDING APPEAL (DOCUMENT NUMBER 435)**
_____

    THE UNITED STATES OF AMERICA, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby files its response in opposition to the above-captioned motion, showing unto the Court as follows:

1. This defendant was convicted at trial on Tuesday, August 21, 2007, upon Counts One through Five of the Superseding Indictment in this case, each a felony violation of 21 U.S.C. §841(a)(1), and each punishable by up to 20 years in prison under 21 U.S.C. §841(b)(1)(C).  Thereafter, he was sentenced to a term of imprisonment of 63 months.  His case is now on appeal before the Tenth Circuit Court of Appeals.

2. 18 U.S.C. §3143(a)(2) provides that the Court "shall order that a person who has been found guilty of an offense described in under [18 U.S.C. §3142(f)(1)(C)] and is awaiting imposition or execution of sentence be detained...", unless the Court finds one of the exceptions set forth therein.  18 U.S.C. §3142(f)(1)(C), in

turn, provides that in a case involving a violation of 21 U.S.C. §801, *et seq.*, and punishable by 10 years or more, which is the case here with five felony convictions meeting this criteria, and under 18 U.S.C. §3142(e), the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the Government can establish **"probable cause"** that the defendant has committed this offense. In this instance, the trial jury has found **beyond a reasonable doubt** that the defendant committed these five very serious drug felony offenses. The Court, relying upon this statutory authority, detained this defendant pending sentencing in this matter.

3. 18 U.S.C. §3143(b) governs release or detention pending an appeal by the defendant and it provides, in relevant part, under §3143(b)(1), that:

   Except as provided under in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition for writ of certiorari, be detained, unless the judicial officer finds –

   (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the community if released under section 3142(b) or (c) of this title; **and** (Emphasis added)

   (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in –

   (I) reversal,
   (ii) an order for a new trial,
   (iii) a sentence that does not include a term of imprisonment, or
   (iv) a reduced sentence to a term of imprisonment less than the time already served plus the expected duration of the appeal process.

4. None of the statutory exceptions apply in this instance. The defendant was sentenced to a term of imprisonment of over 5 years in this case. The gravamen

      of the defendant's appeal is that he was entrapped as a matter of law. That argument, with all due respect, is not supported by the evidence submitted to the jury at the trial of this matter. This case is set for oral argument before the Tenth Circuit Court of Appeals during June 2008. A decision on the merits of the appeal should be forthcoming shortly after that. Based upon the Government's appellate brief, the likelihood of the defendant prevailing on appeal is not strong as controlling precedent supports the Government's position on appeal.

5. The Government respectfully submits that the defendant has not rebutted in any fashion the rebuttable presumption set forth which applies with even greater force upon conviction and sentencing than it does in the pre-trial setting due to the clear language of 18 U.S.C. §3143(a)(2). Further, the defendant's brother, Daniel Kebles, a defendant in the related case of *United States v. Daniel Kebles, et al.*, Case Number: 03-cr-WYD-01, was a large source of supply for Ecstasy and remains a fugitive from justice outside the borders of the United States.

6. This defendant has in no fashion established by clear and convincing evidence his burden under 18 U.S.C. §§ 3142(b)(1) and (2). He was convicted of five drug trafficking felonies and sentenced to a lengthy term of imprisonment as a result.

      WHEREFORE, and in light of the foregoing, the Government respectfully submits that this defendant's motion for release pending appeal should be denied as a matter of law without need for a hearing as the defendant has made no factual showing that would warrant release pending appeal.

Respectfully submitted this 22nd day of April, 2008,

        TROY A. EID
        UNITED STATES ATTORNEY


     By: s/ James R. Boma
        JAMES R. BOMA
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO  80202
        Telephone:  (303) 454-0100
        Fax:  (303) 454-0401
        E-mail:  james.boma@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2008, I electronically filed the foregoing **RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL (DOCUMENT NUMBER 435** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Robert John Corry , Jr**
robert.corry@comcast.net

**Kenneth Frank Eichner**
keichner@qwest.net,keneichner@gmail.com

**Walter L. Gerash**
marj@waltergerash.com

**James Sandy Russell**
James.Russell2@usdoj.gov,Donna.Seago@usdoj.gov,Pam.Jebens@usdoj.gov,Nicole.Davidson@usdoj.gov,USACO.ECFCivil@usdoj.gov,Pamela.Thompson3@usdoj.gov,Lois.Limmel@usdoj.gov

**Eric Alan Samler**
esamler@colorado-appeals.com

**John F. Sullivan , III**
jfslaw1@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

Probation Officer Doug Randolph (Via Fax to 303-844-8439

S/A Carl Force, DEA (San Juan, PR) (Via Fax 787-775-1896)

        s/Lisa Vargas
        LISA VARGAS
        Legal Assistant to
        James R. Boma
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone:  (303) 454-0100
        FAX: (303) 454-0409