FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**May 2, 2008**

**FOR THE TENTH CIRCUIT**

Elisabeth A. Shumaker  
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

MICHAEL KEBLES,

    Defendant-Appellant.

No. 07-1485  
(D.Ct. No. 03-CR-00249-WYD-1)

---

ORDER

---

Before **O'BRIEN**, Circuit Judge.

---

    This matter is before the court on *Appellant's Intention To Conduct His Own Appeal*, and attorney John Sullivan's *Motion To Withdraw Representation*. We have construed Mr. Kebles' pleading as a request to proceed in this matter pro se.

    The motion to withdraw is granted. Mr. Sullivan is relieved of his duties as counsel in this matter. As construed, the request to proceed pro se is likewise granted. Mr. Kebles may represent himself. The court will not appoint another lawyer to the appeal.

    The oral argument set for June 19, 2008, is vacated and counsel are excused from attendance. This matter will be submitted on the briefs. Mr. Kebles may file a pro se supplemental brief within 30 days of the date of this order. If it chooses, the government

may file an optional response to that brief within 15 days of service.  We remind Mr. Kebles that his brief should be filed in compliance with the formatting and word count (or page) limitations found in Federal Rule of Appellate Procedure 32 and 10th Circuit Local Rule 32(a).

    Entered for the Court,

    ELISABETH A. SHUMAKER
    Clerk of Court