**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 3, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL KEBLES,

    Defendant - Appellant.

No. 07-1485

03CR249 WYD

---

ORDER

---

The appellant's motion seeking to supplement the record on appeal, an extension of time, and other miscellaneous relief is granted in substantive part.

Within two weeks from the date of this order, the Clerk of the U.S. District Court for the District of Colorado shall transmit transcripts from two grand jury proceedings (believed to be dated June 2003 and September 2003) to this court under seal as a supplemental record. Questions from the district court clerk about this directive may be directed to the circuit chief deputy clerk.

The due date for the appellant's supplemental brief is extended to June 30, 2008. The court declines the invitation to define the term "supplemental brief" or to determine at this time how issues raised in the supplemental brief will be treated.

Appellant is granted leave to file a supplemental reply brief within 14 days after

service of any supplemental response brief filed by the United States.

                                         Entered for the Court
                                         ELISABETH A. SHUMAKER
                                         Clerk of Court

                                         by:
                                         Douglas E. Cressler
                                         Chief Deputy Clerk