**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

March 30, 2009

Douglas E. Cressler
Chief Deputy Clerk

Mr. James R. Boma
Mr. John M. Hutchins
Mr. James Sandy Russell
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202-0000

Mr. Michael Kebles
FCI Fort Dix - West
P.O. Box 2000
Fort Dix, NJ 08640
#31863-013

**RE:**   **07-1485, United States v. Kebles**
Dist/Ag docket: 1:03-cr-00249-WYD-1

Dear Counsel and Appellant:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/klp