IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01528-WYD
Criminal Action No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL KEBLES,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before <u>Monday, August 9, 2010,</u> shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this <u>6th</u> day of July, 2010.

                                  BY THE COURT:


                                  <u>s/ Wiley Y. Daniel</u>
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE