**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 03-cr-249-WYD
Civil Case No. 10-cv-01528-WYD

MICHAEL KEBLES,

      Applicant,

v.

UNITED STATES OF AMERICA,

      Respondent.

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

      Undersigned counsel enters his appearance on behalf of the Respondent in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

      DATED this __6th__ day of __July__, 2010.

      DAVID M. GAOUETTE
      United States Attorney

      *s/JOHN HUTCHINS*
      JOHN HUTCHINS
      Assistant United States Attorney
      Attorney Registration #7529
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Telephone:(303) 454-0100
      E-mail: John.Hutchins@usdoj.gov
      Counsel for Respondent

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on July 6, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

  None

  and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Michael Kebles
Registration Number 31863-013
FCI Ft. Dix
P.O. Box 2000
Inmate Mail/Parcels
Fort Dix, N.J.  08640


             *s /Dorothy Burwell*
             Dorothy Burwell
             United States Attorney's Office