U.S. Department of Justice  
Drug Enforcement Administration

Attachment 2

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files |
|---|---|---|
| 5. By: S/A Carl Force At Denver Field Divison | ☒ | CS-02-109063 |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 08/26/03 |

9. Other Officers: I/A Terri Wellman.

10. Report Re: Debriefing of CS-02-109063 on August 25 and 26, 2003 in Englewood, Colorado.

### DRUG RELATED INFORMATION:

1. On August 25, 2003, at approximately noon, CS-02-109063 (hereafter referred to as CS) and S/A Carl Force and I/A Terri Wellman met in Englewood, Colorado. The CS, S/A Force and I/A Wellman discussed Michael and Teresa KEBLES.

2. Reference is made to the DEA Form - 6 written to this File Number by S/A Carl Force regarding the "Acquisition of Exhibits 13, N-22 and N-23 on April 2, 2003 in Denver, Colorado."

3. S/A Force asked the CS if Michael KEBLES invited him/her back to Michael's apartment to purchase an additional 400 tablets of ecstasy on the day that the CS and Michael KEBLES conducted a drug transaction and Michael showed up on a motorized scooter (April 2, 2003). The CS responded yes that Michael did ask the CS if he wanted to purchase 400 hits of MDMA back at Michael's residence.

AGENT's NOTE: On August 26, 2003, S/A Force reviewed the kel tape (Exhibit N-23) of the drug transaction and noted that Michael stated that he could sell "400" and the CS replied that he/she wanted to wait two more days.

4. S/A Force informed the CS that Teresa KEBLES was claiming that the CS entrapped her and that the CS had used cocaine with Teresa. The CS

| 11. Distribution: Division District Other SARI | 12. Signature (Agent) S/A Carl Force | 13. Date 08/27/03 |
|---|---|---|
| | 14. Approved (Name and Title) Jeffrey Boobar G/S Task Force II | 15. Date 8/27/03 |

DEA Form - 6  
(Jul. 1996)

**DEA SENSITIVE**  
Drug Enforcement Administration

000458

cf- debriefing of CS-02-109063 on August 25 and 26, 2003  
- Originating Office

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice  
Drug Enforcement Administration

Attachment 2



### REPORT OF INVESTIGATION
*(Continuation)*

4.  
Page 2 of 4

5. Program Code

6. Date Prepared  
08/26/03

replied that he/she did not entrap Teresa but that the CS had used cocaine with Teresa at the bar where she worked.

AGENT's NOTE: The DEA, more specifically S/A Force, was not aware or had any suspicion that the CS was using controlled substances during this current investigation.

5. On August 26, 2003, S/A Force had several telephone conversations with the CS to clarify specifics concerning the CS's use of cocaine with Teresa KEBLES and other targets in this investigation.

6. S/A Force asked the CS if he/she made arrangements with Teresa where he/she would supply cocaine to Teresa in exchange for her brokering ecstasy deals and/or providing MDMA. The CS answered no. The CS advised that during a telephone conversation with Teresa that she told the CS that she hit her head on the tub at her home. Teresa told the CS that she was high on ecstasy at the time and that is why she incurred the injury. The CS advised that it was at this time that he/she approached Teresa about obtaining MDMA.

7. S/A Force asked the CS if he/she used cocaine with Teresa during the time frame of this current investigation. The CS responded yes. S/A Force asked the CS if he/she used drugs during the controlled purchases from Michael KEBLES and the CS replied no that he/she never sold or used drugs with Michael KEBLES.

8. The CS elaborated that he/she and Teresa used cocaine about two or three times together at THE SUNSET GRILLE which is located at 8269 South Holly Street in Centennial, Colorado. The CS reiterated that Teresa was a bartender at THE SUNSET GRILLE and that they used cocaine while she was working.

9. The CS stated that he/she provided cocaine to Teresa on each occasion but did not sell it to her. The CS advised that Teresa was always asking the CS to get cocaine for her. S/A Force asked whom the CS obtained the cocaine from and the CS responded ▓▓▓▓▓▓▓▓▓▓

10. The CS advised that he/she never used ecstasy or MDMA.

DEA Form     - 6a  
(Jul. 1996)

**DEA SENSITIVE**  
Drug Enforcement Administration   000459

3 - **Originating Office**

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice  
Drug Enforcement Administration

Attachment 2



## REPORT OF INVESTIGATION
(Continuation)

4.  
Page 3 of 4

5. Program Code

6. Date Prepared  
08/26/03

11. S/A Force asked the CS what was his/her motivation for making controlled purchases from Teresa and the CS answered that Teresa angered him/her by calling the CS a "nigger" and that was his/her motivation.

12. S/A Force asked the CS did you supply or use drugs with any other defendants in this case and the CS responded yes. During the investigation, the CS used cocaine with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. S/A Force asked the CS if he/she had ever used drugs with the before-mentioned defendants during controlled purchases and the CS answered no.

13. The CS elaborated that he/she used cocaine with ▓▓▓▓▓▓▓▓ and ▓▓▓▓ years ago.

14. S/A Force informed the CS that it was unlawful to use drugs and that his/her actions were unjustified and would not be tolerated. S/A Force told the CS that he was unsure if the CS would be able to work with the DEA in the future because of his/her conduct and that would be determined at a later date.

### NON-DRUG RELATED CRIMINAL INFORMATION:

None.

### FINANCIAL INFORMATION:

None.

### TERRORIST ACTIVITIES:

None.

DEA Form    - 6a  
(Jul. 1996)

DEA SENSITIVE  
Drug Enforcement Administration   0 0 0 4 6 0

3 - Originating Office

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice  
Drug Enforcement Administration

Attachment 2

| REPORT OF INVESTIGATION (Continuation) |  |
|---|---|
| 4. Page 4 of 4 | |
| 5. Program Code | 6. Date Prepared 08/26/03 |

## INDEXING

1. █████████████████████████████

2. KEBLES, Michael - NADDIS # 5611577

3. KEBLES, Teresa - NADDIS # 5611583

4. █████████████████████████████

5. █████████████████████████████

6. █████████████████████████████

7. █████████████████████████████

DEA Form - 6a  
(Jul. 1996)

**DEA SENSITIVE**  
Drug Enforcement Administration    000461

3 - Originating Office

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.