Attachment 4

# UNITED STATES COURT OF APPEALS

## TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | |
| v. | No. 07-1485 |
| MICHAEL KEBLES, | D.C. No. 03-CR-249-WYD |
| Defendant-Appellant. | |

**APPELLANT'S *PRO SE* MOTION
TO SUPPLEMENT THE APPELLATE RECORD AND
TO REQUEST A FURTHER EXTENSION OF TIME IN WHICH
TO FILE THE APPELLANT'S *PRO SE* SUPPLEMENTAL OPENING BRIEF**

Michael Kebles, the Appellant *pro se*, pursuant to the Tenth Circuit Court of Appeals' Order of July 9, 2008, hereby files this Motion to Supplement the Appellate Record (with the following documents), and to Request a Further Extension of Time in which to File the Appellant's *pro se* Supplemental Opening Brief; and the proposed supplemental documents are as follows:

1.   Bates No. 0113:  DEA Report of Investigation prepared and dated 05/28/03.

2.   Bates Nos. 0143 through 0150:  DEA Report of Investigation prepared 06/02/03 and dated 06/04/03.

3.   Bates Nos. 0458 through 0461:  DEA Report of Investigation prepared 08/26/03 and dated 08/27/03.

1

Case No. 1:03-cr-00249-WYD   Document 454-4   filed 08/03/10   USDC Colorado   pg 2 of 7
Case: 07-1485   Document: 01014678757   Date Filed: 09/04/2008   Page: 2

Attachment 4

4. Government's Further Supplemental Response to Defendant Teresa Kebles' Motion for Disclosure of Information Regarding Government Informant, signed by Mr. James R. Boma on February 5, 2004, and including Bates No. 0465: DEA Memorandum dated 01/26/2004.

5.      Exhibits of all invoices submitted by, and all checks submitted to, Michael Kebles or to his construction and remodeling firm, Choice Improvements.

6.      All documents submitted to the District Court by Mr. John F. Sullivan, III, at the sentencing hearing of November 5, 2007, pertaining to his motion for a new trial due to the discovery of new evidence.

7.      As indicated by the attached letter written by the Assistant United States Attorney, Mr. John Hutchins, "[t]he Government has no objection to [the Appellate Record being supplemented] with the precise documents" specified herein.

8.      Furthermore, the Appellant will not be able to file his Supplemental Opening Brief, due August 29th, on time even if he exercises due diligence and gives priority to its preparation because of the following extenuating circumstances: first, the Court, through no fault of its own, has not yet had the opportunity to rule upon the Appellant's Motion to Supplement the Appellate Record, which remains incomplete; second, in early August the Appellant discovered that the existing Record on Appeal, which he wishes to quote and cite, has been "checked out" and is thus unavailable to him; and third, Appellant's recent, unexpected relocation to the F.C.I. Fort Dix, New Jersey, has severely impeded his *pro se* legal work while impairing and interrupting his

working relationship with his volunteer law clerk and legal researcher, all making the timely completion of the Supplemental Opening Brief a practical impossibility.

9. Pursuant to 10th Cir. R. 27.4 (F), this Motion to extend the time to file the brief is not being filed at least five days before the brief's due date of August 29, 2008, because of the aforementioned three reasons. Appellant has not been able to ascertain the Government's position regarding this requested extension. Two similar, previous extension requests were made by the Appellant and granted by the Court.

**WHEREFORE**, the Appellant respectfully requests that this Court supplement the Record on Appeal as recommended above; return the existing Record on Appeal to the Clerk's Office to enable the Appellant to incorporate its contents as necessary; and grant the Appellant's motion for a further extension of time in which to file his Supplemental Opening Brief.

Respectfully submitted this second day of September, 2008.

/s/ Michael Kebles
Appellant *pro se*
31863-013
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Appellant's *Pro Se* Motion upon the attorney for the Plaintiff, the United States of America, on this third day of September, 2008, by depositing a true, correct, and accurate copy thereof into the United States mail, postage prepaid, and addressed to the following:

Mr. John Hutchins
United States Attorney
District of Colorado
Appellate Division
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, Colorado 80202

*/s/ Dwane D. Davis*
Dwane D. Davis
4535 Garland Street
Wheat Ridge, Colorado 80033

Attachment 4



**U.S. DEPARTMENT OF JUSTICE**

**Troy A. Eid**
United States Attorney
District of Colorado
Appellate Division

*1225 Seventeenth Street, Suite 700*     *(303) 454-0100*
*Seventeenth Street Plaza*     *(FAX) (303) 454-0402*
*Denver, Colorado 80202*

August 22, 2008

Mr. Michael Kebles
Reg. No. 31863-013
Federal Detention Center – Unit A
9595 W. Quincy Ave.
Littleton, Colorado 80123

SUBJECT: Government's position regarding proposed documents put forward by *pro se* appellant to supplement the record in *United States v. Michael Kebles*, 07-1485

Dear Mr. Kebles:

    Pursuant to the Tenth Circuit **Order**, filed July 9, 2008, regarding your "Motion for Clarification," this letter replies to your "faxed" letter dated August 21, 2008 (attached).

    The Government has no objection to you supplementing with the precise documents which you specify in your letter dated August 21, 2008. It appears, especially with the Bates stamp numbers you provide, that all of the documents already have been provided, as discovery, to you through your trial attorney, Mr. Sullivan, or were trial defense exhibits relied on by Mr. Sullivan in conducting your defense.

    In addition to mailing this (with attachment) to you, a copy (with attachment) will be "faxed" to (303) 238-5219 this date. That is pursuant to your request.

                            FOR THE U.S. ATTORNEY,
                            Troy A. Eid:

                            */s/ John Hutchins*

                            John Hutchins
                            Assistant United States Attorney
                            District of Colorado

cc: James Boma, AUSA
     file

Case No. 1:03-cr-00249-WYD   Document 454-4   filed 08/03/10   USDC Colorado   pg 6 of 7
Case: 07-1485   Document: 01014678757   Date Filed: 09/04/2008   Page: 6

AUG-22-2008 05:05  FROM:US ATTORNEY'S OFFICE   303 454 0461   TO:3032385219   P.3/4

Attachment 4

August 21, 2008

Mr. John Hutchins
Assistant U.S. Attorney
District of Colorado
Appellate Division
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, Colorado 80202

### BY FACSIMILE TRANSMISSION TO: 303-454-0402

RE: *United States* v. *Michael Kebles*, No. 07-1485: Documents Needed to Supplement the Appellate Record

Dear Mr. Hutchins:

It is my intention to file a motion with the Tenth Circuit asking that the appellate record in this case be supplemented with the following documents:

1. Bates No. 0113: DEA Report of Investigation prepared and dated 05/28/03.

2. Bates Nos. 0143 through 0150: DEA Report of Investigation prepared 06/02/03 and dated 06/04/03.

3. Bates Nos. 0458 through 0461: DEA Report of Investigation prepared 08/26/03 and dated 08/27/03.

4. Government's Further Supplemental Response to Defendant Teresa Kebles' Motion for Disclosure of Information Regarding Government Informant, signed by Mr. James R. Boma on February 5, 2004, and including Bates No. 0465: DEA Memorandum dated 01/26/2004.

1

5. Exhibits of all invoices submitted by, and all checks submitted to, Michael Kebles or to his construction and remodeling firm, Choice Improvements.

6. All documents submitted to the District Court by Mr. John F. Sullivan, III, at the sentencing hearing of November 5, 2007, pertaining to his motion for a new trial due to the discovery of new evidence.

I am providing you with this list in order to ascertain the Government's position "regarding the precise materials" with which I wish to supplement the appellate record. Please respond as soon as possible, by facsimile transmission, to the following Fax number:

303-238-5219

Sincerely,

Michael Kebles
Appellant pro se
31863-013
Federal Detention Center-Unit A
9595 West Quincy Avenue
Littleton, Colorado 80123

2