Attachment 5

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 12, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

MICHAEL KEBLES,

    Defendant-Appellant.

07-1485
(D.Ct. No.1:03-CR-00249-WYD-1)

---

ORDER

---

Before **HARTZ, McKAY** and **SEYMOUR**, Circuit Judges.

---

    This matter is before the court on Mr. Kebles' *Motion To Supplement The Appellate Record And To Request A Further Extension Of Time In Which To File The Appellant's Pro Se Supplemental Opening Brief.* In that request, Mr. Kebles seeks to add certain materials to the appellate record, and also seeks additional time in which to file the supplemental brief this court first authorized in its order dated May 2, 2008.

    The request for additional time is granted. The deadline for submitting the supplemental brief is extended to September 29, 2008. We caution Mr. Kebles, however, that the court will not grant any additional extensions of time. If the brief is not received on or before that date we will consider the original authorization forfeited and will proceed to consider this matter based on the pleadings already on file.

Attachment 5

The request to supplement the record is granted in part and denied in part. To the extent Mr. Kebles wishes to have this court consider all the materials on file in the district court, the request is granted. All of those materials are available and will be accessed as necessary. To the extent Mr. Kebles seeks to have this court review materials outside the district court record the request is denied. We will proceed based on the understanding that all of the materials on file in the district court are part of the appellate record.

Finally, to the extent Mr. Kebles' motion also seeks permission to borrow the record on appeal, the request is denied. As a pro se litigant, he need not cite to the record nor incorporate its contents in his brief. General legal arguments are acceptable. Mr. Kebles will be required to submit his brief without physical access to the record on appeal.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER
Clerk of Court