IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF COLORADO

                                                    2010 AUG 17 PM 4:57

                                                    GREGORY C. LANGHAM
                                                            CLERK
```

Civil Action No.    10-CV-1528-WYD
Criminal Action No. 03-CR-249-WYD

BY_____DEP. CLK

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MICHAEL KEBLES,

    Defendant-Movant.

---

**MOVANT'S MOTION FOR AN ENLARGEMENT OF TIME FOR FILING
A REPLY TO THE GOVERNMENT'S RESPONSE**

---

The Movant, Michael Kebles, *pro se,* files this Motion for an Enlargement of Time for Filing a Reply to the Government's Response, and as grounds therefor, states as follows:

1.    On June 28, 2010, the Movant filed his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 in this Court.

2.    On August 3, 2010, the Government, through its attorney, Mr. John M. Hutchins, filed its Response to the § 2255 Motion.

3.    Pursuant to D.C.COLO. LCivR 7.1C, "The moving party may file a reply within 14 days after the date of service of the response, or such lesser or greater time as the court may allow." The Movant's Reply, which would therefore be due today, is not yet complete and thus the

1

Movant respectfully asks this Court to grant the Movant a "greater time" for the purpose of completing and filing his Reply. The Movant specifically requests an extension of forty-five days, which would make the new filing deadline October 1, 2010. This is the Movant's first request for such an extension.

4.   An extension of forty-five days is both necessary and reasonable to write a comprehensive Reply because of the staggering length of the Government's Answer (35 pages) and attachments (129 pages); the ponderous number of the Government's precedential citations (22); and the superabundance of the Government's complicated objections as to matters of both procedure and substance.

5.   Furthermore, because of various claims made by the Government with respect to the trial record and the appellate record, the Movant is compelled to request both records from the National Archives in order to locate the documents and transcripts he requires to rebut the Government's arguments and allegations. The Movant specifically requires a copy of the post-trial correspondence between himself and Mr. John F. Sullivan, III, (his trial attorney and temporary appellate attorney) on the crucial issue of entrapment vs. vicarious entrapment, which bears upon his trial strategy and ultimately upon the § 2255 Motion's central issue of ineffective assistance of counsel.

The Movant therefor respectfully asks the District Court to grant him an additional forty-five days within which to file his Reply, and a new deadline of October 1, 2010, by which to file it.

Respectfully submitted this seventeenth day of August, 2010.

Michael Kebles
Movant pro se

## CERTIFICATE OF SERVICE

I do hereby certify that I served the foregoing Movant's Motion for an Enlargement of Time for Filing a Reply to the Government's Response upon the Plaintiff-Respondent, the United States of America, on August 17, 2010, by depositing a true, correct, and accurate copy thereof into the United States mail, postage prepaid, and addressed to the Plaintiff-Respondent's attorney at the following address:

Mr. John M. Hutchins
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, Colorado 80202


_/s/ Dwane D. Davis_
Dwane D. Davis