IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01528-WYD
Criminal Action No.  03-cr-00249-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHAEL KEBLES,

     Movant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Movant's Motion for an Enlargement of Time For Filing a Reply to the Government's Response, filed August 17, 2010, ECF No. 455, is **GRANTED** to and including **Friday, October 1, 2010**.

     August 18, 2010