IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01528-WYD
Criminal Action No.  03-cr-00249-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL KEBLES,

      Movant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Movant's Second Motion for an Enlargement of Time For Filing a Reply to the Government's Response, filed October 1, 2010, ECF No. 457, is **GRANTED** to and including **Friday, October 22, 2010**.

      October 4, 2010