IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL -
ASSISTANT UNITED STATES ATTORNEY JAMES S. RUSSELL**
_____

    COMES NOW Assistant United States Attorney James S. Russell and, in compliance with D.C.Colo.LCivR. 83.3 (D) hereby moves to Withdraw as counsel for the United States in this matter.

    As grounds therefor, the undersigned Assistant United States Attorney states that:

    1.    Assistant United States Attorney James S. Russell a member of the District of Colorado United States Attorney's Office Asset Forfeiture Unit has been the sole or lead counsel on this matter.

    2.    Effective immediately, Assistant United States Attorney James S. Russell is going on a detail to the Washington D.C. area to work in another branch of the Department of Justice. As such, he will not be acting as an Assistant United States Attorney in the District of Colorado, nor will he have any contact with this or any other litigation in the

-2-

District of Colorado.

  3. Assistant United States Attorney Tonya S. Andrews, another member of the United States Attorney's Office Asset Forfeiture Unit has entered her Appearance in this matter and will fully represent the United States in all further proceedings.

  WHEREFORE, Assistant United States Attorney James S. Russell moves to withdraw as counsel for the United States in this matter.

  DATED at Denver, Colorado, this 15th day of October, 2010.

            Respectfully submitted,

            JOHN F. WALSH
            United States Attorney

          By: s/ James S. Russell
            James S. Russell
            Assistant United States Attorney
            1225 17th Street, Suite 700
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            Fax: (303) 454-0402
            E-mail: james.russell2@usdoj.gov