IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

---

**ORDER**

---

This matter having come before the Court on the Motion to Withdraw as Counsel - Assistant United States Attorney James S. Russell, and the Court being fully apprised, it is hereby ORDERED that:

1.    That Assistant United States Attorney James S. Russell's Motion to Withdraw as Counsel be GRANTED.

DONE at Denver, Colorado, this ___ day of _____, 2010.

                      BY THE COURT:

                      _____
                      WILEY Y. DANIEL
                      UNITED STATES JUDGE