IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL KEBLES,

    Defendant.

### MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Withdraw as Counsel - Assistant United States Attorney James S. Russell (ECF No. 459) is **GRANTED**. AUSA James S. Russell is permitted to withdraw as counsel for the Government in this matter. AUSA Tonya Andrews has entered her appearance in this case and will fully represent the Government on any future proceedings.

    Dated:  October 15, 2010