# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2010 OCT 22 PM 4: 58
GREGORY C. LANGHAM
CLERK
BY_____ PM DEP. CLK

Civil Action No.      10-CV-1528-WYD
Criminal Action No.   03-CR-0249-WYD

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MICHAEL KEBLES,

    Defendant-Movant.

## MOVANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME FOR FILING A REPLY TO THE GOVERNMENT'S RESPONSE

The Movant, Michael Kebles, *pro se,* files this Third Motion for an Enlargement of Time for Filing a Reply to the Government's Response, and as grounds therefor, states as follows:

1.    On October 4, 2010, the District Court extended the deadline for filing the Reply to the Government's Response a second time, to October 22, 2010. The Movant had requested the enlargement of time to give his researcher an opportunity to visit the National Archives and review the Record on Appeal, which the Movant had never seen.

1

2. At the Tenth Circuit Court of Appeals, the researcher found in the Record on Appeal a document that the Movant had previously told the District Court, in his 2255 Motion, was excluded from the appellate record because it had not been introduced at the trial: the DEA Report of Investigation dated August 2003.

3. That document is the basis for all three of the Movant's claims for collateral relief: informant perjury, prosecutorial misconduct, and ineffective assistance of counsel, and its presumed absence from the appellate record was the basis for believing all three issues were unavailable for appellate review. Furthermore, all three issues are interrelated, factually and legally, to such a great extent that if any one of the issues is now procedurally defaulted according to *United States v. Frady*, 456 U.S. 152 (1982), the default may affect the viability of the other two.

4. This discovery at the Tenth Circuit has caused the Movant to reevaluate his entire 2255 Motion, and the reevaluation has prevented him again from completing his Reply to the Government's Response. Under these new circumstances, the Reply clearly demanded drastic revision to adjust to the new information.

5. Although all factual and legal research is quite complete, the Movant is constrained to request, reluctantly but respectfully, one final enlargement of time, to November 1, 2010, by which to file the Reply.

6. This will be the Movant's last request for an enlargement of time.

Respectfully submitted this twenty-second day of October, 2010.

*Michael Kebles*

Michael Kebles
Movant pro se

<u>Certificate of Service</u>

I served the foregoing 3rd Motion on
Mr. John Hutchons
1225 17th St., Suite 700
17th St. Plaza
Denver, CO 80202
    on Oct. 22, 2010.

    *Dwane D. Davis*