IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01528-WYD
Criminal Action No.  03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Movant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Movant's Third Motion for an Enlargement of Time For Filing a Reply to the Government's Response, filed October 22, 2010, ECF No. 462, is **GRANTED** to and including **Monday, November 1, 2010**.

    October 26, 2010