PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State  
Office of Passport Services  
Legal Affairs Division  
2100 Pennsylvania Avenue, NW, 3rd Floor  
Washington, DC 20037

**FROM:** U.S. District Court  
901 19th Street  
Denver, Colorado 80294

☐ **Original Notice**  
Date:  
By:

☒ **Notice of Disposition**  
Date: 11/5/2007  
By: Judge Wiley Y. Daniel

---

Defendant: Michael Kebles  
Date of Birth: 1970  
SSN:

Case Number: 03-cr-00249-WYD  
Place of Birth: Pennsylvania

---

**Notice of Court Order** (Order Date: )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 200513107 and/or passport card number _____ to the custody of the U.S. District Court on 06/03/2003.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**  
Original to case file  
Department of State  
Defendant *(or representative)*  
Clerk of Court