**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 03-cr-249-WYD
Civil Case No. 10-cv-01528-WYD

MICHAEL KEBLES,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

    Undersigned counsel enters his appearance on behalf of the Respondent in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

    DATED this   30th   day of   March  , 2011.

                                          JOHN F. WALSH
                                          United States Attorney

                                          *s/Michael C. Johnson*
                                          MICHAEL C. JOHNSON
                                          Assistant United States Attorney
                                          1225 Seventeenth Street, Suite 700
                                          Denver, Colorado  80202
                                          Telephone:(303) 454-0100
                                          E-mail: Michael.Johnson2@usdoj.gov
                                          Counsel for Respondent

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on March 30, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system and have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

    Michael Kebles
    Registration Number 31863-013
    FCI Ft. Dix
    P.O. Box 2000
    Inmate Mail/Parcels
    Fort Dix, N.J.  08640


                                           *s /Dorothy Burwell*
                                           Dorothy Burwell
                                           United States Attorney's Office