**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 03-cr-249-WYD
Civil Case No. 10-cv-01528-WYD

MICHAEL KEBLES,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**MOTION TO WITHDRAW**

---

    Undersigned counsel files his Motion to Withdraw as counsel of record, and as grounds therefore states as follows:

    1.    Undersigned counsel is retiring from the Department of Justice on April 1, 2011.

    2.    Assistant U.S. Attorney Michael Johnson has entered his appearance as counsel of record for the Respondent.

    Wherefore, for the reasons stated above, undersigned counsel requests that he be allowed to withdraw as counsel of record and be released from any future filings and electronic notifications in this case.

DATED this   1st   day of   April  , 2011.

          JOHN M. WALSH
          United States Attorney


          *s/John Hutchins*
          JOHN HUTCHINS
          Assistant United States Attorney
          1225 Seventeenth Street, Suite 700
          Denver, Colorado  80202
          Telephone:(303) 454-0100
          E-mail: John.Hutchins@usdoj.gov
          Counsel for Respondent

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on April 1, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system and have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

    Michael Kebles
    Registration Number 31863-013
    FCI Ft. Dix
    P.O. Box 2000
    Inmate Mail/Parcels
    Fort Dix, N.J.  08640


                                              *s /Dorothy Burwell*
                                              Dorothy Burwell
                                              United States Attorney's Office