UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MICHAEL KEBLES,

 Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The Motion to Withdraw (ECF No. 467) is **GRANTED.** AUSA John Hutchins is permitted to withdraw as counsel of record for the Government in this matter. Thus, all electronic notifications for this case shall cease for Mr. Hutchins. I note that AUSA Michael Johnson has entered an appearance as counsel for the Government.

 Dated: April 4, 2011