IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01528-WYD
Criminal Action No.  03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Movant.

---

**ORDER**

---

On June 28, 2010, Movant Michael Kebles filed *pro se* a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, [ECF No. 451].  It has come to the attention of the Court that Movant may have been released from the Federal Bureau of Prisons.  According to the Federal Bureau of Prisons Inmate Locator website, http://www.bop.gov/iloc2/LocateInmate.jsp, Movant was released from the BOP on September 30, 2011.  However, the only address on file for Movant is from the Federal Correctional Institution in Fort Dix, New Jersey.  Pursuant to D.C.Colo.LCivR 10.1(m) and D.C.Colo.LCrR 49.3(m), Movant is required to file a notice of new address with the Court within five days after any change of address.  Therefore, it is hereby

ORDERED that the United States shall provide the Court with Movant's new address.  It is

FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to

Movant to at his last known address.

Dated: October 7, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge