**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date:  October 7, 2011              Case Number:  03-cr-00249-WYD

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the Order dated 10/7/11 signed by Chief Judge Wiley Y. Daniel was duly mailed to the person listed below:

**Michael Kebles**
#31863-013
FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
EAST: P.O. BOX 2000
FORT DIX, NJ 08640

1.

GREGORY C. LANGHAM, CLERK

By:  s/N. Marble
      N. Marble, Deputy Clerk