IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00249-WYD
Civil Action No. 10-cv-01528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KEBLES,

    Defendant.

---

**GOVERNMENT'S NOTICE OF MOVANT'S ADDRESS**

---

Pursuant to this Court's Order filed October 7, 2011, in which the Court ordered "that the United States shall provide the Court with Movant's new address," *see* Doc. 469, the United States asserts as follows:

The U.S. Attorney's Office for the District of Colorado has learned that Mr. Kebles has now been released from the custody of the Federal Bureau of Prisons. The U.S. Attorney's Office has contacted Mr. Kebles' probation officer, namely, United States Probation Officer Kit Griffin, who is employed at the U.S. Probation Office in Denver, Colorado, to ascertain Mr. Kebles' present address. Kit Griffin has informed the

U.S. Attorney's Office that Mr. Kebles' present address, as of the week of October 9, 2011, is as follows:

>Michael Kebles
>4495 Xavier Street
>Denver, Colorado  80212

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>*s/Michael C. Johnson*
>MICHAEL C. JOHNSON
>Assistant United States Attorney
>1225 17th Street, Suite 700
>Denver, Colorado  80202
>Phone:  (303) 454-0100

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on <u>October 13, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and also mailed by U.S. mail a copy of the foregoing document to the following individual:

Michael Kebles
4495 Xavier Street
Denver, Colorado  80212


                                          s/ *Dorothy Burwell*
                                          Dorothy Burwell
                                          United States Attorney's Office