IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01528-WYD
Criminal Action No.  03-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL KEBLES,

    Movant.

## ORDER TO SHOW CAUSE

On June 28, 2010, Movant Michael Kebles filed *pro se* a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, [ECF No. 451]. It has come to the attention of the Court that Movant may have been released from the Federal Bureau of Prisons. According to the Federal Bureau of Prisons Inmate Locator website, http://www.bop.gov/iloc2/LocateInmate.jsp, Movant was released from the BOP on September 30, 2011. On October 13, 2011, the Government confirmed that Movant has been released from the custody of the BOP, and provided the Court with Movant's current address[1].

Therefore, it is hereby

**ORDERED** that Movant shall SHOW CAUSE, in writing, on or before

---

[1] Prior to October 13, 2011, the only address on file for Movant was the Federal Correctional Institution in Fort Dix, New Jersey. Pursuant to D.C.Colo.LCivR 10.1(m) and D.C.Colo.LCrR 49.3(m), Movant was required to file a notice of new address with the Court within five days after any change of address.

**Wednesday, November 30, 2011**, why his motion to vacate should not be DENIED AS MOOT.

Dated: November 7, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge