# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.      10-CV-1528-WYD
Criminal Action No.   03-CR-0249-WYD

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MICHAEL KEBLES,

    Defendant-Movant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 7 - 2013

JEFFREY P. COLWELL
CLERK

---

## MOVANT'S NOTICE OF APPEAL

---

The Movant, Michael Kebles, *pro se*, hereby gives notice that he will appeal to the United States Court of Appeals for the Tenth Circuit from the Order (Nov. 6, 2012) denying his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

1. **NO FILING FEE OR AFFIDAVIT REQUIRED.** Pursuant to Fed.R.App.P. Rule 24(a)(3)(A), the Movant "may proceed on appeal in forma pauperis without further authorization".

2. The sole issue to be appealed is the issue of *ineffective assistance of counsel*.

1

3.  In *Rules Governing Section 2255 Proceedings for the United States District Courts*, Rule 11(a) states, in pertinent part:

> The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue.

4.  Because the District Court has neither issued nor denied a certificate of appealability in this case, the Movant hereby requests that the Court permit "the parties to submit arguments on whether a certificate should issue."

Respectfully submitted on this seventh day of January, 2013.

Michael Kebles
Movant *pro se*
5805 West 51st Avenue
Denver, Colorado 80212

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the foregoing **MOVANT'S NOTICE OF APPEAL** upon the Plaintiff-Respondent, the United States of America, by depositing a true, correct, and accurate copy thereof into the United States mail, first-class postage prepaid, and addressed to the Plaintiff-Respondent's attorney at the following address:

> Mr. Michael Conrad Johnson
> Assistant U.S. Attorney
> 1225 Seventeenth Street, Suite 700
> Seventeenth Street Plaza
> Denver, Colorado 80202

on this seventh day of January, 2013.

Michael Kebles
Movant *pro se*
5805 West 51st Avenue
Denver, Colorado 80212

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages,** including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of Transmission: _January 7, 2013_

2. Name of attorney or *pro se* party making the transmission: _Michael Kebles_

   Facsimile number: _303-733-0445_   Telephone number: _303-733-0445_

3. Case number, caption, and title of pleading or paper: _10CV 1528_
   _United States v Michael Kebles, 03CR 0249_
   _Movant's Notice of Appeal_

4. Number of pages being transmitted, including the facsimile cover sheet: _4_

   Instructions, if any: _Please Fax acknowledgement of filing. Thanks!_

(Rev. (12/08))