2255,TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:10−cv−01528−WYD

Kebles v. USA
Assigned to: Judge Wiley Y. Daniel
 Related  Case:   1:03−cr−00249−WYD−1
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/28/2010
Date Terminated: 11/06/2012
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Michael Kebles**                                            represented by  **Michael Kebles**
#31863−013
5805 West 51st Avenue
Denver, CO 80212
PRO SE

V.

**Respondent**

**USA**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/29/2010 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) (Text Only Entry − No Document Attached), filed by Michael Kebles.(jak, ) (Entered: 06/30/2010) |
| 08/20/2012 | 2 | NOTICE of Change of Address/Contact Information by Petitioner Michael Kebles (jjhsl, ) (Entered: 08/20/2012) |
| 11/07/2012 | 3 | JUDGMENT. ORDERED that the instant civil action is dismissed by Clerk on 11/07/12. (jjhsl, ) (Entered: 11/07/2012) |