**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                         Douglas E. Cressler
Clerk of Court                 February 07, 2013               Chief Deputy Clerk

Michael Kebles
5805 West 51st Avenue
Denver, CO 80212
#31863-013

    **RE:**    **13-1006, United States v. Kebles**
            Dist/Ag docket: 1:10-CV-01528-WYD, 1:03-CR-00249-WYD-1

Dear Appellant:

Please note the following requirements for prosecuting this matter.

In our previous correspondence, you were given a deadline in which to file an entry of appearance form with the court. To date, we have not received that form. You must submit an entry of appearance form within 40 days of the date of this letter. An additional form will be provided to you.

The district court will transmit to the court of appeals as the record on appeal, copies of all documents filed in the district court except those excluded by 10th Cir. R. 10.3(E). As a result, you do not need to submit any record materials.

Since the filing fees for this appeal have not been paid and district court has not granted you leave to proceed on appeal without prepayment of fees, you must pay the $5.00 filing fee and $450.00 docket fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment fees pursuant to 28 U.S.C. 1915. You must complete the Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form (which will be provided to you) and return it to this court within 40 days of the date of this letter. Unless the fees are paid or the form is returned within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Pursuant to Rule 22(b), Federal Rules of Appellate Procedure, this court will treat your notice of appeal as a request for a certificate of appealability. Nevertheless, in order for the court to determine whether a certificate of appealability should issue, you must file Appellant's Combined Opening Brief And Application For A Certificate Of Appealability (which will be provided to you). This form will act as both your application for a certificate of appealability and your opening brief. Failure to return the completed form to

this office within 40 days from the date of this letter will be grounds for dismissal of the appeal without further notice. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted. Please note that the appellee is not required to file a response brief unless/until this court grants your application for a certificate of appealability.

Please contact this office if you have questions.

                        Sincerely,

                        Elisabeth A. Shumaker
                        Clerk of the Court

cc:      James R. Boma
          Michael Conrad Johnson

EAS/sds