**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 20, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.                                                                                                  No. 13-1006

MICHAEL KEBLES,

    Defendant - Appellant.

---

**ORDER**

---

    This matter is before the court on appellant's motion for extension of time to file the appellant's combined brief and certificate of appealability brief in this appeal. The motion is granted as provided herein. The combined brief and certificate of appealability shall be served and filed on or before April 18, 2013. The time for appellant to either pay the filing fee or file a motion for leave to proceed on appeal without prepayment of costs and fee is also extended until April 18, 2013. No further extensions will be granted on the Clerk's authority.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk