FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 10, 2013**

Elisabeth A. Shumaker
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL KEBLES,

    Defendant - Appellant.

No. 13-1006
(D.C. Nos. 1:10-CV-01528-WYD &
1:03-CR-00249-WYD-1)

_____

### ORDER

_____

This court has stated: "A party seeking to file court records under seal must overcome a presumption, long supported by courts, that the public has a common-law right of access to judicial records . . . To do so, 'the parties must articulate a real and substantial interest that justifies depriving the public of access to the records that inform our decision-making process.'" *Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135-36 (10th Cir. 2011) (citations omitted).

Materials transmitted to this court from the district court as part of the record of proceedings include document(s) under seal that do not appear to come within the scope of materials that must be kept confidential in accordance with 10th Cir. R. 25.5. Specifically, the court is concerned about the sealing of **Doc. 401 and the attachments to that document**.

Within 14 days from the date of this order, the United States shall file a response to this order showing cause whether and why the identified materials need to be filed under seal with this court and if so, how long the materials need to remain under seal. The response to this order shall include citations to any applicable rule, statute, case law, and/or prior court order that have a bearing on why the materials are sealed.

All other existing deadlines remain in place. Extensions of time to comply with the directives of this order are discouraged.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Douglas E. Cressler
    Chief Deputy Clerk