FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 9, 2013**

Elisabeth A. Shumaker  
Clerk of Court

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 13-1006 |
| MICHAEL KEBLES, | (D.C. No. 1:10-CV-01528-WYD) |
| Defendant - Appellant. | |

---

**ORDER**

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 3.3(B) and 10th Cir. R. 42.1.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk